United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Flour City Bagels, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 16-1599515 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 585 Moseley Road<br>Fairport, NY 14450 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Monroe | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)   _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify:  _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**
         ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
            preceding the date of this petition or for a longer part of such 180 days than in any other district.

         ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ No
**have possession of any**
**real property or personal**        ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                              **Why does the property need immediate attention?** *(Check all that apply.)*

                              ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                 What is the hazard? _____

                              ☐ It needs to be physically secured or protected from the weather.

                              ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                              ☐ Other _____

                              **Where is the property?**  _____
                                                          Number, Street, City, State & ZIP Code

                              **Is the property insured?**

                              ☐ No

                              ☐ Yes.  Insurance agency   _____
                                      Contact name        _____
                                      Phone               _____

---

█     **Statistical and administrative information**

**13.  Debtor's estimation of**    .     *Check one:*
**available funds**
                              ■ Funds will be available for distribution to unsecured creditors.

                              ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
**creditors**                   ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                              ■ 200-999

**15.  Estimated Assets**       ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Flour City Bagels, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March  2, 2016
                      MM / DD / YYYY

**X** /s/ Kevin Coyne
Signature of authorized representative of debtor

Kevin Coyne
Printed name

Title    Manager

**18. Signature of attorney**

**X** /s/ Stephen A. Donato

Date    March  2, 2016
            MM / DD / YYYY

Signature of attorney for debtor

Stephen A. Donato
Printed name

Bond, Schoeneck & King, PLLC
Firm name

One Lincoln Center
Syracuse, NY 13202
Number, Street, City, State & ZIP Code

Contact phone    (315) 218-8000        Email address    sdonato@bsk.com

Bar number and State

Case 2-16-20213-PRW    Doc 1    Filed 03/02/16    Entered 03/02/16 19:35:45    Desc Main
Document      Page 4 of 37

**Fill in this information to identify the case:**

Debtor name    Flour City Bagels, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 2, 2016      **X** /s/ Kevin Coyne
                                            Signature of individual signing on behalf of debtor

                                            Kevin Coyne
                                            Printed name

                                            Manager
                                            Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | Flour City Bagels, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2600 ELMWOOD AVENUE LLC 259 ALEXANDER ST ROCHESTER, NY 14607 | Kenneth Glazer kglazer@buckprop.com 585-287-5843 | Store Lease | | | | $179,508.89 |
| 683 PVR LLC 683 Pittsford-Victor Rd. Pittsford, NY 14534 | John Barholf john.bartholf@gmail.com | Store Lease | Disputed | | | $31,000.02 |
| BONADIO & CO LLP 171 SULLYS TRAIL SUITE 201 PITTSFORD, NY 14534 | Jeff Wexler jwexler@cbonadio.com 585-381-1000 | Professional Fees | | | | $41,280.00 |
| BRUEGGERS ENTERPRISES INC. 12201 MERIT DR SUITE 900 DALLAS, TX 75251 | Paul Carolan pcarolan@brueggers.com 800-237-3170 | Franchise Fees | Unliquidated Disputed | | | $744,028.70 |
| CNL APF PARTNERS, LP - Atlanta PO BOX 100327 ATLANTA, GA 30384-0327 | Lyena Hale lyena.hale@ge.com 480-563-6282 | Store Lease | | | | $110,831.67 |
| COLONIE MECHANICAL CONTRACTOR INC 17 RAILROAD AVE ALBANY, NY 12205 | 518-459-5753 | Services | | | | $76,860.11 |
| DAVID L GANDELL MD 21 WARWICK DR FAIRPORT, NY 14450 | David Gandell dg@doctor.com | Store lease | Disputed | | | $32,752.90 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ERIE BOULEVARD LLC PO BOX 808 SHELBURNE, VT 05482-0808 | Reg Gignoux reg.gignoux@splitrocknet.com 802-985-2466 | Store Lease | | | | $303,317.89 |
| EXCELLUS BLUECROSS BLUESHIELD PO BOX 5266 BINGHAMTON, NY 13902-5266 | 844-843-5256 | Employee health benefits | | | | $49,050.92 |
| FLOWER CITY PRODUCE INC 20-22 PUBLIC MARKET ROCHESTER, NY 14609 | Sam Lentine, Sr. fcpsam@rochester.rr.com 585-423-0994 | Trade Debt | | | | $28,208.19 |
| JOHNSTON PAPER COMPANY PO BOX 736 AUBURN, NY 13021 | Monte Palombo monte.palombo@johnston.biz 800-800-7123 | Trade Debt | | | | $56,298.45 |
| MONROE CLOVER PLAZA LLC 259 ALEXANDER ST C/O BUCKINGHAM PROPERTIES LLC ROCHESTER, NY 14607 | Kenneth Glazer kglazer@buckprop.com 585-287-5843 | Store Lease | | | | $37,639.79 |
| REMAN INTERNATIONAL INC 121 SULLYS TRAIL SUITE 8 PITTSFORD, NY 14450 | Neil Sherman nsherman@theadvantagegroup.com 585-259-6353 | Services | | | | $37,750.00 |
| ROYAL CUP INC 160 CLEAGE RD PO BOX 170971 BIRMINGHAM, AL 35217-0971 | Tom Jordan tjordan@royalcupcoffee.com 205-271-6030 | Trade Debt | | | | $35,590.50 |
| TRIPLE O MECHANICAL INC 6004 NORTH LAKE RD BERGEN, NY 14416 | Luke Giannone lgiannone@triple-o.net 585-271-1280 | Services | | | | $94,837.49 |
| UNIVERSITY BUSINESS CENTER C/O BUCKINGHAM PROPERTIES LLC 259 ALEXANDER ST ROCHESTER, NY 14607 | Kenneth Glazer kglazer@buckprop.com 585-281-5843 | Store Lease | | | | $44,187.70 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Foods, Inc. 9399 West Higgins Road Des Plaines, IL 60018 | Joyce Barnett joyce.barnett@usfoods.com 847-720-8114 | Trade Debt | | | | $29,293.59 |
| VAN HOOK SERVICE CO INC 76 SENECA AVE ROCHESTER, NY 14621 | 585-254-4375 | Services | | | | $67,174.32 |
| WEGMANS FOOD MARKETS INC REAL ESTATE ACCT PO BOX 24470 ROCHESTER, NY 14624 | Ralph A. Uttaro ralph.uttaro@wegmans.com 585-464-4754 | Store Lease | | | | $44,518.88 |
| WOODS OVIATT GILMAN LLP 2 STATE ST 700 CROSSROADS BLDG ROCHESTER, NY 14614 | Anthony Cotroneo acotroneo@woodsoviatt.com 585-987-2800 | Professional Fees | | | | $89,330.21 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    Flour City Bagels, LLC                             Case No. _____

                                 Debtor(s)      Chapter      11

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:      March  2, 2016                     /s/ Kevin Coyne

                                              Kevin Coyne/Manager
                                              Signer/Title

2600 ELMWOOD AVENUE LLC
259 ALEXANDER ST
ROCHESTER, NY 14607


683 PVR LLC
683 Pittsford-Victor Rd.
Pittsford, NY 14534


731 SOUTH CROUSE AVENUE CORP
989 James St.
Syracuse, NY 13203


900 CENTRAL AVENUE LLC
C/O NIGRO COMPANIES
20 CORPORATE WOODS BLVD
ALBANY, NY 12211


A COMPARATO REALTY & MANAGEMENT
COMPSON DEVELOPMENT
2465 RIDGE RD WEST
ROCHESTER, NY 14626


ACCELCARE
PO BOX 92878  DEPT 385
ROCHESTER, NY 14692


ADM MILLING CORP
ARCHER DANIELS MIDLAND CO
PO BOX 92572
CHICAGO, IL 60675-2572


AIRGAS USA LLC
PO BOX 802756
NORTH DIVISION
CHICAGO, IL 60680-2576


ALARM ENFORCEMENT UNIT
COUNTY OF ONONDAGA
407 SOUTH STATE ST
SYRACUSE, NY 13202


ALBANY COUNTY HEALTH DEPART
175 GREEN ST
ALBANY, NY 12202

ALBANY COUNTY SHERIFF'S OFFICE
ALBANY COUNTY COURT HOUSE
ROOM 79
ALBANY, NY 12207


ALBANY EMERGENCY MEDICINE ASSOCIATES PC
PO BOX 768
CLIFTON PARK, NY 12065


ALBANY FIRE EXTINGUISHER INC
215 WATERVLIET SHAKER RD
WATERVLIET, NY 12189


ALBANY FIRE PROTECTION INC
PO BOX 429 AVENUE
WATERVLIET, NY 12189


ALBANY WATER BOARD
PO BOX 1966
ALBANY, NY 12201-1966


ALERUS FINANCIAL
ATTN: DANELL WESTBROCK
PO BOX 64535
ST PAUL, MN 55164-0535


AMAN, DANIEL
PO BOX 18668
RECEIVER TOWN OF BRIGHTON
ROCHESTER, NY 14618


AMC EMURGENTCARE
PO BOX 417208
BOSTON, MA 02241-7208


AMTRUST NORTH AMERICA
PO BOX 6939
CLEVELAND, OH 44101-1939


APEX PLUMBING AND DRAIN SERVICE INC
872 ALBANY SHAKER RD
LATHAM, NY 12110

ARAMARK UNIFORM SERVICES INC
PO BOX 28050 AUS NORTH LOCK
NEW YORK, NY 10087-8050


ARCHWOOD INC
5 BRUNSON WAY
PENFIELD, NY 14526


ARCTIC GLACIER USA INC
1654 MARTHALER LN
WEST ST PAUL, MN 55118


BADGE COMPANY INC
18261 ENTERPRISE LN SUITE D
HUNTINGTON BEACH, CA 92648


BAY STATE MILLING COMPANY CORP
100 CONGRESS ST ATTN A/R DEPT
QUINCY, MA 02169-0948


BIOSOURCE FLAVORS INC - PREPAY
300 WEST 6TH ST
MOMENCE, IL 60954


BLUE DIAMOND SEPTIC LLC
357 SO ALBANY RD
SELKIRK, NY 12158


BOEHM,CHARLES-florida
248 NORTH LAKE AVE
TROY, NY 12180


BONADIO & CO LLP
171 SULLYS TRAIL SUITE 201
PITTSFORD, NY 14534


BOND SCHOENECK & KING PLLC
ONE LINCOLN CENTER
SYRACUSE, NY 13202-1355


BORRELLI, MICHAEL - DISTRIBUTION
22 CRICKET HILL DR
PITTSFORD, NY 14534

```
BORRELLI,MICHAEL
22 CRICKET HILL DR
PITTSFORD, NY 14534


BOTTINO INC
4511 WETZEL RD
LIVERPOOL, NY 13090


BRADY SYSTEMS INC
811 NORTH ALVORD ST
SYRACUSE, NY 13208-2015


BRIGHTON, TOWN OF
2300 ELMWOOD AVE
OFFICE OF THE FIRE MARSHALL
ROCHESTER, NY 14618


BRUEGGERS ENTERPRISES INC.
12201 MERIT DR SUITE 900
DALLAS, TX 75251


BRUEGGERS MINNEAPOLIS COMMISSARY
1311 FRANKLIN AVE
MINNEAPOLIS, MN 55404


BUDGET SEWER AND DRAIN
872 OLD ALBANY SHAKER RD
LATHAM, NY 12110


Canal Mezzanine Partners II LP
8840 Commons Blvd., Suite 130
Twinsburg, OH 44087


CAPITAL WATER & FIRE RESTORATION LLC
PO BOX 489
GLENMONT, NY 12077


CARAVAN INGREDIENTS
4591 PAYSTHERE CIR
CHICAGO, IL 60674


CAVOLIS GRINDING SERVICE INC
1921 BROADWAY
SCHENECTADY, NY 12306
```

CDW DIRECT, LLC
PO BOX 75723
CHICAGO, IL 60675-5723


CENTER FOR SECURITY/LOCKSMITHS
1659 ROUTE 9
CLIFTON PK, NY 12065


CENTURY II MALL ASSOCIATES
20 CORPORATE WOODS BLVD
C/O NIGRO COMPANIES
ALBANY, NY 12211


CINTAS FIRST AID & SAFETY
PO BOX 631025
CINCINNATI, OH 45263-1025


CITY OF SCHENECTADY - DEPT OF WATER
DEPT OF WATER - BUREAU OF RECEIPTS
105 JAY ST ROOM 100, CITY HALL
SCHENECTADY, NY 12305


CLAY TOWN OF
OSWEGO ROAD WATER
4401 STATE ROUTE 31
CLAY, NY 13041-8707


CLEAR VIEW BAG CO. INC.
PO BOX 11160
ALBANY, NY 12211


CLIFTON COUNTRY RD ASSOCIATES LLC
PO BOX 1549
C/O WINDSOR DEV GROUP INC
CLIFTON PARK, NY 12065-0807


CNL APF PARTNERS, LP - Atlanta
PO BOX 100327
ATLANTA, GA 30384-0327


CNL APF PARTNERS, LP - RENT
PO BOX 100327
ATLANTA, GA 30384-0327

COCA COLA USA
PO BOX 75895
CHARLOTTE, NC 28275


COCA-COLA REFRESHMENTS
ROCHESTER SALES CENTER
PO BOX 4108
BOSTON, MA 02211-4106


COLONIE MECHANICAL CONTRACTOR INC
17 RAILROAD AVE
ALBANY, NY 12205


COLONIE, TOWN OF
DEPARTMENT OF FIRE PREVENTION
347 OLD NISKAYUNA RD
LATHAM, NY 12110


COMMERCIAL ELECTRONICS
3421 HOLLENBURG DR
BRIDGETON, MO 63044


COMMISSIONER OF FINANCE
PO BOX 328
SARATOGA SPRINGS, NY 12866-0328


COMMISSIONER OF FINANCE - BINGHAMTON
PO BOX 5271
BINGHAMTON, NY 13902


COMMISSIONER OF FINANCE DEPT OF PUBLIC S
474 BROADWAY CITY HALL
C/O LISA NOLAN
SARATOGA SPRINGS, NY 12866


COMMISSIONER OF MOTOR VEHICLES
REG RENEWAL CENTER
207 GENESEE ST STE 6
UTICA, NY 13501-5899


COMMISSIONER OF TAXATION & FINANCE - nys
NYS ASSESSMENT RECEIVABLES
PO BOX 4127
BINGHAMTON, NY 13902-4127

COMMONWEALTH FINANCIAL SYSTEMS INC
245 MAIN ST
DICKSON CITY, PA 18519


CONNOVER PACKAGING
119 DESPATCH DR
EAST ROCHESTER, NY 14445


CONVIBER
PO BOX 301
SPRINGDALE, PA 15144-0301


CONWAY IMPORT CO INC
NEW YORK DIVISION
11051 W ADDISON ST
FRANKLIN PK, IL 60131


CPWA
PO BOX 1446
CLIFTON PARK, NY 12065-0806


CRISAFULLI BROS P&H CONTR INC
520 LIVINGSTON AVE
ALBANY, NY 12206


CROUSE-MARSHALL BUSINESS ASSOCIATION
736 IRVING AVE
BRIAN R DAVIS, TREASURER
SYRACUSE, NY 13210


CULLIGAN
131 LITTLE BRITAIN RD
NEWBURGH, NY 12550


D B R PLUMBING INC
1516 ERIE BLVD EAST
SYRACUSE, NY 13210


D'S PAINTING
663 BEADLE RD
BROCKPORT, NY 14420


DAVES GLASS CO INC
160 DELAWARE AVE
DELMAR, NY 12054

DAVID GANDELL MD
21 WARWICK DR
FAIRPORT, NY 14450


DAVID L GANDELL MD
21 WARWICK DR
FAIRPORT, NY 14450


DAVIS-ULMER SPRINKLER CO INC - METRO PAR
300 METRO PARK
ROCHESTER, NY 14623


DECARR, RICHARD
4753 FAWN HILL
SYRACUSE, NY 13215


DECARR, RICHARD - DISTRIBUTION
4753 FAWN HILL
SYRACUSE, NY 13215


DECRESCENTE DISTRIBUTING CO INC
211 N MAIN ST PO BOX 231
MECHANICVILLE, NY 12118


DELAWARE PLAZA LLC
180 DELAWARE AVE
DELAWARE PLAZA SUITE 200
DELMAR, NY 12054


DILLON, LINDA M
11 SOUTH MAIN ST RECEIVER
PITTSFORD, NY 14534


Dinamic Integration
164 Matilda Street
Rochester, NY 14606


DOYLE SECURITY SYSTEMS INC
792 CALKINS RD
ROCHESTER, NY 14623


DUFFY'S EQUIPMENT SERVICES
3138 ONEIDA ST
SAUQUOIT, NY 13456-2814

```
EARTHLINK BUSINESS
PO BOX 88104
CHICAGO, IL 60680-1104


ECARD SYSTEMS INC
1722 GENERAL GEORGE PATTON # 500A
BRENTWOOD, TN 37027


EMG NOTTINGHAM LLC
277 MARTINE AVE
WHITE PLAINS, NY 10601


EMPIRE SAFE AND LOCK
PO BOX 311
LIVERPOOL, NY 13088


ENTERCOM ROCHESTER WBZA-FM
70 COMMERCIAL ST
ROCHESTER, NY 14614


ERIE BOULEVARD LLC
PO BOX 808
SHELBURNE, VT 05482-0808


ERIE INSURANCE
100 ERIE INSURANCE PL
ERIE, PA 16530


EXCELLUS BLUECROSS BLUESHIELD
PO BOX 5266
BINGHAMTON, NY 13902-5266


FAIM REPRESENTATIVES/L A S ASSOCIATES
9016 ROUTE 5 & 20 PO BOX 119
WEST BLOOMFIELD, NY 14585


FAIRPORT MUNICIPAL COMMISSION
31 SOUTH MAIN ST
FAIRPORT, NY 14450


FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461
```

FISH WINDOW CLEANING INC
2604 ELMWOOD AVE #128
ROCHESTER, NY 14618


FLANDERS GROUP, THE
2850 CLOVER ST
PITTSFORD, NY 14534


FLOWER CITY GLASS - SYRACUSE
222 TEALL AVE
SYRACUSE, NY 13210


FLOWER CITY PRODUCE INC
20-22 PUBLIC MARKET
ROCHESTER, NY 14609


FORTINO & SON ELECTRIC INC
111 TWIN OAKS DR
SYRACUSE, NY 13206


FRANCOTYP-POSTALIA INC
PO BOX 157
BEDFORD PARK, IL 60499-0157


FRANKLIN FOODS INC
PO BOX 1312
WILLISTON, VT 05495


FREEDOM FLAG COMPANY INC
419 EMBURY RD
ROCHESTER, NY 14625


FRONTIER TELEPHONE OF ROCHESTER INC
PO BOX 20550
ROCHESTER, NY 14602-0550


FUNCTIONAL COMMUNICATIONS CORP
5900 SOUTH SALINA ST
SYRACUSE, NY 13205


GATTI PLUMBING INC
441-A ELMGROVE RD
ROCHESTER, NY 14606

GE CAPITAL
PO BOX 642333
PITTSBURGH, PA 15264-2333


GENIER, BARBARA
TAX RECEIVER, TOWN OF IRONDEQUOIT
DEPT #117080 PO BOX 5209
BINGHAMTON, NY 13902-5270


GLAZER, LAURENCE C
259 ALEXANDER ST
C/O BUCKINGHAM PROPERTIES LLC
ROCHESTER, NY 14607


GREECE TOWN CENTER LLC
C/O ALLOCO REAL ESTATE MANAGEMENT
PO BOX 25111
ROCHESTER, NY 14625


GREECE TOWN OF
ONE VINCE TOFANY BLVD
GREECE, NY 14612


GREENBUSH TAPE & LABEL INC
PO BOX 1488
ALBANY, NY 12201


GREENE,F KENNETH
57 SUNSET BLVD
PITTSFORD, NY 14534


GREENE,F KENNETH - DISTRIBUTION
57 SUNSET BLVD
PITTSFORD, NY 14534


GRESH ASSOCIATES INC
DBA BIOTECH DRAINLINE SERVICES
PO BOX 1417
FAIRPORT, NY 14450


GRIMSLEY AGENCY
5320 W TAFT RD
N SYRACUSE, NY 13212

```
GUARDIAN
PO BOX 824404
PHILADELPHIA, PA 19182-4404


GUILDERLAND TOWN OF
DEPARTMENT OF FIRE PREVENTION
TOWN HALL BOX 339 RT 20
GUILDERLAND, NY 12084


HAFNER FAMILY LIMITED PARTNSHIP
500 DAVID DR
N SYRACUSE, NY 13212


HM ELECTRONICS INC
14110 STOWE DR
POWAY, CA 92064


HOSPITALITY SOLUTIONS, INC.
4 MORGAN RD
BEVERLY, MA 01915


HTS LAWN & LANDSCAPE LLC
PO BOX 757
PITTSFORD, NY 14534


ICE MILLER LLP
PO BOX 68
INDIANAPOLIS, IN 46206-0068


IMPRINTABLE SOLUTIONS INK (WE'RE FORMS)
500 HELENDALE RD SUITE 160
ROCHESTER, NY 14609


INFRAREADY PRODUCTS LTD.
1438 FLETCHER RD.
SASKATOON, SK S7M 5T2


INSERO & CO CPAs LLP
2 STATE ST SUITE 300
ROCHESTER, NY 14614


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
```

Internal Revenue Service
Insolvency Group I
Niagara Center, 2nd Floor
130 S. Elmwood Avenue
Buffalo, NY 14202


INTUIT QUICKBOOKS INC
2800 E COMMERCE CENTER PLACE
TUCSON, AZ 85706


IPFS CORPORATION
24722 NETWORK PL
CHICAGO, IL 60673-1247


IRON MOUNTAIN RECORDS MGT INC
RECORDS MANAGEMENT PO BOX 2
NEW YORK, NY 10087-7128


IRONDEQUOIT, TOWN OF
1280 TITUS AVE TAX OFFICE
ROCHESTER, NY 14617-4192


J & R WELDING INC
270 MILTON AVE
BALLSTON SPA, NY 12020


J C EHRLICH CO INC
PO BOX 13848
READING, PA 19612-3848


JOHNSTON PAPER COMPANY
PO BOX 736
AUBURN, NY 13021


Karina Nicolakis
c/o Michael J. Aviles, Esq.
Michael J. Aviles & Associates, LLC
145 Hudson Street, Suite 5C
New York, NY 10013


KAY CHEMICAL COMPANY
PO BOX 601090
CHARLOTTE, NC 28260-1090

KELLY,JODEE M
RECEIVER OF TAXES
4401 STATE ROUTE 31
CLAY, NY 13041-8707


KING, BUCKLEY
600 SUPERIOR AVE EAST
SUITE 1400
CLEVELAND, OH 44114


KITTELL BRANAGAN & SARGENT
154 NORTH MAIN ST
ST ALBANS, VT 05478


LAKELAND BANK
166 CHANGEBRIDGE RD
MONTVILLE, NJ 07045


LEGACY REMODELING LLC
4 ABBY ROAD
LATHAM, NY 12110


LISTO PENCIL CORP
1925 UNION ST PO BOX J
ALAMEDA, CA 94501


MALT PRODUCTS LLC
PO BOX 898
SADDLE BROOK, NJ 07663


MANAGED SERVICES TEAM LLC
72 CASCADE DR
ROCHESTER, NY 14614


MANEL PAVING & CONTRACTING CORP
PO BOX 26816
ROCHESTER, NY 14626


MANLIUS, VILLAGE OF
ONE ARKIE ALBANESE AVE
MANLIUS, NY 13104


MARATHON ENGINEERING
39 CASCADE DR
ROCHESTER, NY 14614

```
MASTODON VENTURES INC
515 CONGRESS AVE SUITE 1400
AUSTIN, TX 78701


MDB ENTERPRISES LLC
1025 CENTRAL AVE
ALBANY, NY 12205


METTLER-TOLEDO SAFELINE INC
22677 NETWORK PLACE
CHICAGO, IL 60673-1226


MICHAEL PAUL RICHARDS CORP
249 BANBURY DR
ROCHESTER, NY 14612


MIMEO.COM INC
PO BOX 654018
DALLAS, TX 75265-4018


MINUTEMAN PRESS
1577 RIDGE RD WEST
ROCHESTER, NY 14615


MONROE CLOVER PLAZA LLC
259 ALEXANDER ST
C/O BUCKINGHAM PROPERTIES LLC
ROCHESTER, NY 14607


MONROE COUNTY DEPARTMENT OF HEALTH -R102
111 WESTFALL RD
FOOD PROTECTION - ROOM 976
ROCHESTER, NY 14620


MONROE COUNTY TREASURY
PO BOX 14420
ROCHESTER, NY 14614


MONROE COUNTY WATER AUTHORITY
PO BOX 5158
BUFFALO, NY 14240-5158


MONROE EXTINGUISHER CO INC
105 DODGE ST PO BOX 60980
ROCHESTER, NY 14606
```

MONROE SALES REGISTER
PANORAMA BRANCH PO BOX 25150
ROCHESTER, NY 14625


MORE THAN JUST SERVICE INC
223 CHIPPERFIELD DR
CHARLENE & BOB HECKELMAN
EFFORT, PA 18330


MR FUSSY
736 PORTLAND AVE
ROCHESTER, NY 14621


MRM REAL ESTATE FUND I LLC
481 PENBROOKE DR
PENFIELD, NY 14526


MS EQUIPMENT SALES INC
3498 UNION ST
NORTH CHILI, NY 14514


MT HOPE BUSINESS ASSOCIATION
C/O FORT HILL LIQUOR STORE
1520 MT HOPE AVE
ROCHESTER, NY 14620


NATIONAL GRID
PO BOX 11742
NEWARK, NJ 07101-4742


NCR CORPORATION
PO BOX 198755
ATLANTA, GA 30384-8755


NET LEASE FUNDING 2005 LP
PO BOX 840541
DALLAS, TX 75284-0541


New York State
Department of Taxation and Finance
State Processing Center
P.O. Box 4148
Binghamton, NY 13902-4148

NEW YORK STATE CORPORATION TAX
NYS ESTIMATED CORPORATION TAX
PO BOX 22109
ALBANY, NY 12201-2109


NEW YORK STATE DEPARTMENT OF HEALTH
77 MOHICAN ST
GLENS FALLS, NY 12801-4429


NEW YORK STATE FENCE INC
858 Manitou Rd
Hilton, NY 14468


New York State Sales Tax Processing
JAF Building
P.O. 1208
New York, NY 10116-1208


NEW YORK STATE THRUWAY AUTH - VIOLATIONS
VIOLATION PROCESSING CENTER
PO BOX 15186
ALBANY, NY 12212-5186


NEW YORK STATE THRUWAY AUTHORITY - TOLLS
PO BOX 5501
BINGHAMTON, NY 13902-5501


NEWTON PLAZA ASSOCIATES LLC - DUES
596 NEW LOUDON RD
LATHAM, NY 12110


NEWTON PLAZA ASSOCIATES LLC - RENT
596 NEW LOUDON RD
LATHAM, NY 12110


NIETOPSKI SPORTS
NIETOPSKI SPORTS
2024 W HENRIETTA RD  SUITE 2A
ROCHESTER, NY 14623


NIUM INC
7418 BRIGHTON RD
PITTSBURGH, PA 15202

NORTHEAST CARPET CLEANING
5608 BUNBURY TER
CLAY, NY 13041


NORTHEAST COMMERCIAL APPLIANCE SERVICE I
949 TROY SCHENECTADY RD
LATHAM, NY 12110


NUMI LLC
PO BOX 20420
OAKLAND, CA 94620


NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300


NYS DEPT OF MOTOR VEHICLES
PO BOX 2409 REVENUE ACCOUNTING
ALBANY, NY 12220-0409


NYSEG
PO BOX 11745
NEWARK, NJ 07101-4745


OFFICEMAX INC
75 REMITTANCE DR #2698
CHICAGO, IL 60675-2698


OMNI SERVICES INC
PO BOX 350016
BOSTON, MA 02241-0516


ONONDAGA BEVERAGE
7655 EDGECOMB DR
LIVERPOOL, NY 13088


ONONDAGA COUNTY HEALTH DEPARTMENT
DIV OF ENVIRONMENTAL HEALTH
421 MONTGOMERY ST, 12TH FLOOR
SYRACUSE, NY 13202


ONONDAGA COUNTY WATER AUTHORITY
PO BOX 4949
SYRACUSE, NY 13221-4949

PAETEC COMMUNICATIONS INC
PO BOX 9001013
LOUISVILLE, KY 40290-1013


PALMER FOOD SERVICE CORPORATION
PO BOX 92365
ROCHESTER, NY 14692


PARKER INSIGHTS
PARKER MARKETING RESEARCH LLC
7644 KING'S POINTE RD
TOLEDO, OH 43617


PAYCHEX INC
1175 JOHN ST
WEST HENRIETTA, NY 14586-9199


PENFIELD TK OWNER LLC
C/O JADD MANAGEMENT LLC
415 PARK AVE ATTN KERRY STEVENS
ROCHESTER, NY 14607


PENFIELD TOWN OF
3100 ATLANTIC AVE
OFFICE OF THE FIRE MARSHAL
PENFIELD, NY 14526-9798


PERINTON TOWN OF
1350 TURK HILL RD
FAIRPORT, NY 14450


PERVASIVE SOLUTIONS LLC
PO BOX #743
VICTOR, NY 14564


PESCHEL,LAURA RECEIVER OF TAXES
301 BROOKLEA DR
FAYETTEVILLE, NY 13066


PFP LLC
360 JEFFERSON RD
ROCHESTER, NY 14623

PHOENIX CAPITAL RESOURCES
110 COMMONS COURT
CHADDS FORD, PA 19317-9716


PHOENIX MANAGEMENT SERVICES LLC
110 COMMONS COURT
CHADDS FORD, PA 19317-9716


PINNACLE ECO CLEAN INC
215 MUSHROOM BLVD
SUITE 1803
ROCHESTER, NY 14623


PITTSFORD, TOWN OF - RENT
11 SOUTH MAIN ST
PITTSFORD, NY 14534


PITTSFORD, VILLAGE OF-tax collector
TAX COLLECTOR 21 NORTH MAIN
PITTSFORD, NY 14534


PLUG & PAY TECHNOLOGIES COR
1363-26 VETERANS HIGHWAY
HAUPPAUGE, NY 11788


PMC INSURANCE COMPANY INC
209 BURLINGTON RD
BEDFORD, MA 01730


POVINELLI CUTLERY & SHARPENING SERVICE
SERVICE INC
3810 UNION RD
CHEEKTOWAGA, NY 14225


PREMIER SIGN SYSTEMS LLC
10 EXCEL DR
ROCHESTER, NY 14621


PRO MAINTENANCE SERVICE
PRO MAINTENANCE SERVICE
201 W GENESEE ST
FAYETTEVILLE, NY 13066

```
PROJECT RESOURCE SOLUTIONS
833 W WASHINGTON BLVD
3RD FLOOR
CHICAGO, IL 60607


PRUDENTIAL INSURANCE COMPANY OF AMERICA
PO BOX 101241
ATLANTA, GA 30392-1241


PURCELLS WALLPAPER & PAINT
5900 BRIDGE ST
EAST SYRACUSE, NY 13057


QUALITY AUTO GLASS AND UPHOLSTERY CO INC
744 RIVER ST
TROY, NY 12180


RAPOWITZ ASSOCIATES LP
3617 FAIR OAKS PLACE
LONG BOAT KEY, FL 34228


RED 9 ENTERPRISES
RED 9 ENTERPRISES
25 TIMBERLINE DRIVE
PENFIELD, NY 14526


RELIN GOLDSTEIN & CRANE LLP
28 E MAIN ST
STE 1800
ROCHESTER, NY 14614


REMAN INTERNATIONAL INC
121 SULLYS TRAIL
SUITE 8
PITTSFORD, NY 14450


RENSSELAER COUNTY DEPARTMENT OF HEALTH
1600 SEVENTH AVE
TROY, NY 12180


RENSSELAER COUNTY PLAZA ASSOCIATES
C/O NIGRO COMPANIES
20 CORPORATE WOODS BLVD
ALBANY, NY 12211
```

REPEAT BUSINESS SYSTEMS INC
4 FRITZ BLVD
ALBANY, NY 12205


REPUBLIC SERVICES #964
PO BOX 9001099
LOUISVILLE, KY 40290-1099


RIGHT NETWORKS LLC
14-16 HAMPSHIRE DR
HUDSON, NH 03051


ROCHESTER BUSINESS ALLIANCE
150 STATE ST
ROCHESTER, NY 14614-1308


ROCHESTER CITY TREASURER - WATER PAYMENT
CITY OF ROCHESTER WATER
DEPT 90134
BINGHAMTON, NY 13902-5508


ROCHESTER CITY TREASURER-city hall
CITY HALL ROOM 100A 30 CHURCH ST
PROPERTY TAXES
ROCHESTER, NY 14614


ROCHESTER CITY TREASURER-fire dept
ROCHESTER FIRE DEPARTMENT ATTN A/R
185 EXCHANGE BLVD  SUITE 663
ROCHESTER, NY 14614


ROCHESTER CITY TREASURER-licensing
CITY CLERK   LICENSING UNIT
30 CHURCH ST  ROOM 100-A
ROCHESTER, NY 14614-1285


ROCHESTER GAS & ELECTRIC
PO BOX 847813
BOSTON, MA 02284-7813


ROYAL CUP INC
160 CLEAGE RD PO BOX 170971
BIRMINGHAM, AL 35217-0971

RYDER TRANSPORTATION SERVICES INC
PO BOX 96723
CHICAGO, IL 60693


SAGE COLLEGES
65 1ST ST
TROY, NY 12180


SAMARITAN HOSPITAL
2215 BURDETT AVE
TROY, NY 12180


SAMLOFF, HAROLD
259 ALEXANDER ST
C/OBUCKINGHAM PROPERTIES LLC
ROCHESTER, NY 14607


SANTAROSE, MARGE
247 WALZER RD
ROCHESTER, NY 14622


SARATOGA SPRINGS, CITY OF
DEPARTMENT OF ACCOUNTS
474 BROADWAY ATTN  CITY CLERKS OFFICE
SARATOGA SPRINGS, NY 12866


SCHAAP MOVING SYSTEMS INC
6 BROWN RD
ALBANY, NY 12205


SCHAUMBURG SPECIALTIES CO INC
550 ALBION AVE UNIT 30
SCHAUMBURG, IL 60193


SCHENECTADY, COUNTY OF
107 NOTT TERRACE SUITE 300
SCHENECTADY, NY 12308-3170


SHOES FOR CREWS, LLC
PO BOX 504634
ST LOUIS, MO 63150-4634


SOLID SURFACES INC
1 TOWNLINE CIR
ROCHESTER, NY 14623

SONO ITALIANO CORPORATION
1110 WEST HARRIS RD SUITE 102
ARLINGTON, TX 76001


SOUTH TOWN PLAZA ASSOCIATES LLC
PO BOX 20852
ROCHESTER, NY 14602


SOUTH TOWN PLAZA MERCHANTS ASSOCIATES
2975 BRIGHTON HENRIETTA TL RD
ROCHESTER, NY 14623


SPECK'S GENERAL CONTRACTING
575 FORTS FERRY RD
LATHAM, NY 12110


STATE INSURANCE FUND-po box 5238
PO BOX 5238
NYSIF WORKERS COMPENSATION
NEW YORK, NY 10008-5238


STEPHEN GOULD CORPORATION
35 SOUTH JEFFERSON RD
WHIPPANY, NJ 07981


STUYVESANT PLAZA INC
4 TOWER PL SUITE 101
ALBANY, NY 12203


SUBURBAN DISPOSAL CORP
PO BOX 112
SPENCERPORT, NY 14559-0112


SYRACUSE COMMISSIONER OF FINANCE
201 EAST WASHINGTON ST
ROOM 101
SYRACUSE, NY 13202


SYRACUSE DEPARTMENT OF WATER
PO BOX 5268
BINGHAMTON, NY 13902-5268


SYRACUSE HAULERS
6223 THOMPSON RD SUITE 1000
SYRACUSE, NY 13206

THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916


THE OTHER SIDE PROPERTY SERVICES
THE OTHER SIDE PROPERTY SERVICES
104 WESTVIEW AVE
SYRACUSE, NY 13208-1930


TIME WARNER COMMUNICATIONS-70872
PO BOX 70872
CHARLOTTE, NC 28272-0872


TJB SUNSHINE ENTERPRISE INC
10 MAIN ST
SUITE 201
BALLSTON LAKE, NY 12019


TL CANNON CORPORATION
220 PONTE VEDRA PARK DR
PONTE VEDRA BEACH, FL 32082


TOMAROCH MANAGEMENT LLC
C/O HOFFMAN ENTERPRISES
25 CORPORATE CIRLCE SUITE 100
ALBANY, NY 12203


TOSHIBA BUSINESS SOLUTIONS
PO BOX 927
BUFFALO, NY 14240-0927


TOWN OF HENRIETTA
OFFICE OF THE FIRE MARSHALL
475 CALKINS RD
HENRIETTA, NY 14467


TRASON-GLOBAL REALTY LLC
3187 BELLEVUE AVE  APT A3
WINKWORTH GARDEN APARTMENTS
SYRACUSE, NY 13219


TRAVELERS
PO BOX 660317 CL REMITTANCE CENTER
DALLAS, TX 75266-0317

```
TREASURER MONROE COUNTY AIRPORT  AUTHORI
1200 BROOKS AVE
ROCHESTER, NY 14624


TRIMARK SS KEMP - CLEVELAND CORPORATION
4567 WILLOW PARKWAY
CLEVELAND, OH 44125-1041


TRIPLE O MECHANICAL INC
6004 NORTH LAKE RD
BERGEN, NY 14416


TROPICANA CHILLED DSD INC-chicago
75 REMITTANCE DR - STE 1856
CHICAGO, IL 60675-1856


TRUSTREET PROPERTIES INC
450 S ORANGE ST
ORLANDO, FL 32801


TWIN BAKERY SUPPLY INC
647 EAGLE ST
BUFFALO, NY 14210


United Capital Business Lending, Inc.
n/k/a Bridge Funding Group, Inc.
215 Schilling Circle, Suite 100
Hunt Valley, MD 21031


UNITED CARPET BROKERS INC
340 CULVER RD
ROCHESTER, NY 14607


UNITED STATES TREASURY
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ODGEN, UT 84201


UNITED STATES TREASURY - 255 EAST AVE
255 EAST AVE
ROCHESTER, NY 14604-2623
```

```
UNITED STATES TREASURY - RAIVS TEAM
INTERNAL REVENUE SERVICE
RAIVS TEAM
KANSAS CITY, MO 64999


UNITED STATES TREASURY-dept of treasury
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149


UNIVERSITY BUSINESS CENTER
C/O BUCKINGHAM PROPERTIES LLC
259 ALEXANDER ST
ROCHESTER, NY 14607


US FOODS CULINARY EQUIPMENT SUPPLIES
PO BOX 64177
ST PAUL, MN 55164


US Foods, Inc.
9399 West Higgins Road
Des Plaines, IL 60018


VAN DRUNEN FARMS - PREPAY
300 WEST 6TH ST
MOMENCE, IL 60954


VAN HOOK SERVICE CO INC
76 SENECA AVE
ROCHESTER, NY 14621


VASILE CONSTRUCTION CORP
1200 JEFFERSON RD SUITE 210
ROCHESTER, NY 14623


VEND LEASE INC
8100 SANDPIPER CIR
SUITE 300
BALTIMORE, MD 21236


VERIZON WIRELESS SERVICES
PO BOX 408
NEWARK, NJ 07101-0408
```

VILLAGE SQUARE LLC
14 HEMLOCK ST PO BOX 517
LATHAM, NY 12110-0517


W B MASON CO INC
PO BOX 981101
BOSTON, MA 02298-1101


WEGMANS FOOD MARKETS INC
REAL ESTATE ACCT PO BOX 24470
ROCHESTER, NY 14624


WEST, JENNIFER A
1350 TURK HILL RD RECEIVER
FAIRPORT, NY 14450


WINDSOR WOLF ROAD PROPERTIES LLC
PO BOX 12753
COLUMBIA DEVELOPMENT GROUP
ALBANY, NY 12212


WOODS OVIATT GILMAN LLP
2 STATE ST 700 CROSSROADS BLDG
ROCHESTER, NY 14614


WRIGHT BEVERAGE DISTRIBUTING CORP
3165 BRIGHTON HENRIETTA TOWNLINE RD
ROCHESTER, NY 14623-2795


YOUNGBLOOD DISPOSAL ENTERPRISES OF WESTE
PO BOX 64463
ROCHESTER, NY 14624