UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    FLOUR CITY BAGELS, LLC,[1]　　　　　　Case No. 16-20213 (PRW)
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11 Case

                                           Debtor.

## CERTIFICATION OF 20 LARGEST UNSECURED CREDITOR MAILING MATRIX

    I, Kevin Coyne, Manager of Flour City Bagels, LLC, the Debtor herein, hereby certify under the penalties of perjury that the attached mailing matrix contains creditors holding the 20 largest unsecured claims with correct names, addresses and zip codes as they appear on the schedules of liabilities, list of creditors and list of equity security holders (or an amendment thereto).

Dated: March 2, 2015　　　　　　　　　　　　　　　　　　/s/ Kevin Coyne
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin Coyne
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Manager

1921923_1

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

Kenneth Glazer
2600 ELMWOOD AVENUE LLC
259 ALEXANDER ST
ROCHESTER, NY 14607


John Barholf
683 PVR LLC
683 Pittsford-Victor Rd.
Pittsford, NY 14534


Jeff Wexler
BONADIO & CO LLP
171 SULLYS TRAIL SUITE 201
PITTSFORD, NY 14534


Paul Carolan
BRUEGGERS ENTERPRISES INC.
12201 MERIT DR SUITE 900
DALLAS, TX 75251


Lyena Hale
CNL APF PARTNERS, LP - Atlanta
PO BOX 100327
ATLANTA, GA 30384-0327


COLONIE MECHANICAL CONTRACTOR INC
17 RAILROAD AVE
ALBANY, NY 12205


David Gandell
DAVID L GANDELL MD
21 WARWICK DR
FAIRPORT, NY 14450


Reg Gignoux
ERIE BOULEVARD LLC
PO BOX 808
SHELBURNE, VT 05482-0808


EXCELLUS BLUECROSS BLUESHIELD
PO BOX 5266
BINGHAMTON, NY 13902-5266

Case 2-16-20213-PRW    Doc 4    Filed 03/02/16    Entered 03/02/16 19:58:57    Desc Main
Document    Page 2 of 4

Sam Lentine, Sr.
FLOWER CITY PRODUCE INC
20-22 PUBLIC MARKET
ROCHESTER, NY 14609


Monte Palombo
JOHNSTON PAPER COMPANY
PO BOX 736
AUBURN, NY 13021


Kenneth Glazer
MONROE CLOVER PLAZA LLC
259 ALEXANDER ST
C/O BUCKINGHAM PROPERTIES LLC
ROCHESTER, NY 14607


Neil Sherman
REMAN INTERNATIONAL INC
121 SULLYS TRAIL
SUITE 8
PITTSFORD, NY 14450


Tom Jordan
ROYAL CUP INC
160 CLEAGE RD PO BOX 170971
BIRMINGHAM, AL 35217-0971


Luke Giannone
TRIPLE O MECHANICAL INC
6004 NORTH LAKE RD
BERGEN, NY 14416


Kenneth Glazer
UNIVERSITY BUSINESS CENTER
C/O BUCKINGHAM PROPERTIES LLC
259 ALEXANDER ST
ROCHESTER, NY 14607


Joyce Barnett
US Foods, Inc.
9399 West Higgins Road
Des Plaines, IL 60018


VAN HOOK SERVICE CO INC
76 SENECA AVE
ROCHESTER, NY 14621

Ralph A. Uttaro
WEGMANS FOOD MARKETS INC
REAL ESTATE ACCT PO BOX 24470
ROCHESTER, NY 14624


Anthony Cotroneo
WOODS OVIATT GILMAN LLP
2 STATE ST 700 CROSSROADS BLDG
ROCHESTER, NY 14614