UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FLOUR CITY BAGELS, LLC,[1]   Case No. 16-20213
                              Chapter 11 Case

                    Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, I caused true and correct copies of the following documents to be deposited in the first class mail, using the United States Postal Service:

- *Motion for an Order Authorizing Debtor to (A) Maintain Existing Bank Accounts, (B) Continue Use of Its Existing Cash Management Systems, (C) Continue Using Existing Business Forms and (D) Granting a Limited Waiver of the Deposit Guidelines Set Forth in 11 U.S.C. § 345;*

- *Interim Order Authorizing Debtor to (A) Maintain Existing Bank Accounts, (B) Continue Use of Its Existing Cash Management Systems, (C) Continue Using Existing Business Forms, and (D) Granting a Limited Waiver of the Deposit Guidelines Set Forth in 11 U.S.C. § 345;* and

- *Notice of Motion and Entry of Interim Order Authorizing Debtor to (A) Maintain Existing Bank Accounts, (B) Continue Use of Its Existing Cash Management Systems, (C) Continue Using Existing Business Forms, and (D) Granting a Limited Waiver of the Deposit Guidelines Set Forth in 11 U.S.C. § 345*

addressed to each of the people on the attached Service List.

                    BUCKLEY KING LPA

            By:    /s/ Harry W. Greenfield
                   Harry W. Greenfield, Esq., *Pro Hac Vice*
                   Jeffrey Toole, Esq., *Pro Hac Vice*
                   Office and Post Office Address:
                   1400 Fifth Third Center
                   600 Superior Avenue, E.
                   Cleveland, Ohio  44114
                   Tel:  (216) 363-1400
                   Fax:  (216) 579-1020

                   Email:  greenfield@buckleyking.com
                           toole@buckleyking.com

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

and

BOND, SCHOENECK & KING, PLLC

Stephen A. Donato, Esq.
Camille W. Hill, Esq.
Office and Post Office Address:
One Lincoln Center
Syracuse, New York 13202
Tel: (315) 218-8000
Fax: (315) 218-8100
Email:  sdonato@bsk.com
 chill@bsk.com

*Proposed Counsel to the Debtor and Debtor in Possession*

SERVICE LIST

Kathleen D. Schmitt, Esq.
Office of the U.S. Trustee
Federal Office Building
100 State Street, Room 6090
Rochester, NY 14614

Christopher M. Desiderio, Esq.
Nixon Peabody, LLP
*Attorneys for United Capital Business Lending, Inc.*
437 Madison Avenue
New York, NY 10022-7039

Daniel R. Swetnam, Esq.
Ice Miller LLP
*Attorneys for Canal Mezzanine Partners II, LP*
250 West Street, Suite 700
Columbus, OH 43215-7509

Michael Einbinder, Esq.
Einbinder, Dunn & Goniea LLP
*Attorneys for Bruegger's Franchise Corporation*
104 W. 40th Street
New York, NY 10018

Richard J. Szekelyi
Phoenix Management Services
*Financial Advisors to Debtor*
1382 W. 9th Street, Suite 310
Cleveland, OH  44113

KeyBank, N.A.
1475 Mt. Hope Avenue
Rochester, NY 14620

Meghan K. McGuire, Esq.
Nixon Peabody LLP
*Attorneys for United Capital Business Lending, Inc.*
1300 Clinton Square
Rochester, NY 14604

NYS Office of the Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202

Office of the NYS Attorney General
Litigation Bureau, Bankruptcy Unit
The Capital
Albany, NY 12224-0341

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group I
Niagara Center, 2nd Floor
130 S. Elmwood Avenue
Buffalo, NY 14202

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

US Attorney's Office
100 State Street, Suite 500
Rochester, NY 14614

2600 Elmwood Avenue LLC
Attn: Kenneth Glazer
259 Alexander Street
Rochester, NY 14607

683 PVR LLC
Attn: John Barholf
683 Pittsford-Victor Road
Pittsford, NY 14534

Bonadio & Co. LLP
Attn: Jeff Wexler
171 Sullys Trail
Suite 201
Pittsford, NY 14534

Brueggers Enterprises Inc.
Attn: Paul Carolan
12201 Merit Drive
Suite 900
Dallas, TX 75251

CNL APF Partners, LP – Atlanta
Attn: Lyena Hale
P.O. Box 100327
Atlanta, GA 30384-0327

Colonie Mechanical Contractor Inc.
17 Railroad Avenue
Albany, NY 12205

David L. Gandell, MD
21 Warwick Drive
Fairport, NY 14450

Erie Boulevard, LLC
Attn: Reg Gignoux
P.O. Box 808
Shelburne, VT 05482-0808

Excellus BlueCross BlueShield
P.O. Box 5266
Binghamton, NY 13902-5266

Flower City Produce Inc.
Attn: Sam Lentine, Sr.
20-22 Public Market
Rochester, NY 14609

Johnston Paper Company
Attn: Monte Palombo
P.O. Box 736
Auburn, NY 13021

Monroe Clover Plaza LLC
c/o Buckingham Properties LLC
Attn: Kenneth Glazer
259 Alexander Street
Rochester, NY 14607

Reman International Inc.
Attn: Neil Sherman
121 Sullys Trail
Suite 8
Pittsford, NY 14450

Royal Cup Inc.
Attn: Tom Jordan
160 Cleage Road
P.O. Box 170971
Birmingham, AL 35217-0971

Triple O Mechanical Inc.
Attn: Luke Giannone
6004 North Lake Road
Bergen, NY 14416

University Business Center
c/o Buckingham Properties LLC
Attn: Kenneth Glazer
259 Alexander Street
Rochester, NY 14607

US Foods, Inc.
Attn: Joyce Barnett
9399 West Higgins Road
Des Plaines, IL 60018

Van Hook Service Co. Inc.
76 Seneca Avenue
Rochester, NY 14621

Wegmans Food Markets Inc.
Attn: Ralph A. Uttaro
Real Estate Acct.
P.O. Box 24470
Rochester, NY 14624

Woods Oviatt Gilman LLP
Attn: Anthony Cotroneo
2 State Street
700 Crossroads Building
Rochester, NY 14614