```
                        United States Bankruptcy Court
                         Western District of New York
```

In re:                                                          Case No. 16-20213-PRW
Flour City Bagels, LLC                                          Chapter 11
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0209-2    User: lawson         Page 1 of 1         Date Rcvd: Mar 07, 2016
                        Form ID: defygen     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2016.
db          +Flour City Bagels, LLC,    585 Moseley Road,    Fairport, NY 14450-3339
pr          +Kevin Coyne,   c/o Flour City Bagels, LLC,    585 Moseley Road,    Fairport, NY 14450-3339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
              Camille W. Hill    on behalf of Debtor    Flour City Bagels, LLC chill@bsk.com,
               ayerst@bsk.com;kdoner@bsk.com
              Christopher Desiderio    on behalf of Notice of Appearance Creditor    United Capital Business
               Lending, Inc. cdesiderio@nixonpeabody.com,    sfarber@nixonpeabody.com
              Harry W Greenfield    on behalf of Debtor    Flour City Bagels, LLC greenfield@buckleyking.com
              Heather E Heberlein    on behalf of Debtor    Flour City Bagels, LLC heberlein@buckleyking.com
              Jeffrey C Toole    on behalf of Debtor    Flour City Bagels, LLC toole@buckleyking.com,
               young@buckleyking.com
              Kathleen Dunivin Schmitt    USTPRegion02.RO.ECF@USDOJ.GOV
              Meghan K. McGuire    on behalf of Notice of Appearance Creditor    United Capital Business Lending,
               Inc. mkmcguire@nixonpeabody.com,    roc.managing.clerk@nixonpeabody.com,mconaway@nixonpeabody.com
              Stephen A. Donato    on behalf of Debtor    Flour City Bagels, LLC sdonato@bsk.com,
               ayerst@bsk.com;kdoner@bsk.com
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Flour City Bagels, LLC

    Debtor(s)

Case No.: 2–16–20213–PRW
Chapter: 11

Tax ID: 16–1599515

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that the following document(s) contains deficiencies:

Docket # **57** – Motion to Reject Lease or Executory Contract with 683 PVR, LLC, Coming Through the Rye, LLC and 2600 Elmwood Avenue, LLC (Attachments: # 1 Exhibit A – proposed Order # 2 Certificate of Service) Filed on behalf of Debtor Flour City Bagels, LLC (Hill, Camille)

**MISSING OR INCOMPLETE:**

- [ ] Amendment is missing: [ ] Cover Sheet; [ ] Certificate of Service; [ ] Amended Summary of Assets & Liabilities
  - [ ] File as: Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
  - [ ] File as: Bankruptcy > Other > Cover Sheet.
  - [ ] File as: Bankruptcy > Other > Certificate of Service.
- [ ] Signature or Electronic Equivalent is missing from
- [ ] Incorrect Case Number is identified on the pdf.
- [ ] Hearing Information is improper: [ ] Date; [ ] Time; [ ] Location.
- [ ] Certificate of service is missing. **File as: Bankruptcy > Other > Certificate of Service and link back to the original document.**
- [ ] Certificate of service. Please note that service on some or all of the parties on the recipient list may not be in compliance with the Federal Rules of Bankruptcy Procedure. **File as: Bankruptcy > Other > Certificate of Service and link back to the original document.**
- [ ] Official Form 423 is missing. Without a completed Form 423 AND certificate number, this case will be closed without the entry of a discharge order. **File as: Bankruptcy > Other > Financial Management Course**.
- [ ] Per Chambers, Need proof of mortgage recording or lien perfection.
- [X] Other: Notice of Motion fails to include the required default statement.
- [ ] **File as:**

**INCORRECT PROCEDURE:** Please consult the 'Judges' and 'Calendars' section of the Court's website at: www.nywb.uscourts.gov for procedures on hearing dates, locations, times and service.

- [X] Motion fails to comply with the Standing Order dated December 18, 2009, which contains a comprehensive list of procedures/requirements for each default motion filed in Rochester and Watkins Glen. This Standing Order is available at www.nywb.uscourts.gov.

**ADDITIONAL INFORMATION:** The deficiencies noted above must be corrected.

- [X] This motion **WILL NOT** be considered by the Court.
- [X] **File as: Bankruptcy/Adversary > Motions > AMENDED MOTION. Link the Amended Motion to the original motion.**

Date: March 7, 2016

Lisa Bertino Beaser
Clerk of the Bankruptcy Court

By: L. Lawson
Deputy Clerk

Form defygen/Doc 79
www.nywb.uscourts.gov