UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    FLOUR CITY BAGELS, LLC,[1]          Case No. 16-20213
                                                         Chapter 11 Case

                              Debtor.

**NOTICE OF THE DEBTOR'S APPLICATION TO EMPLOY AND RETAIN (A) PHOENIX MANAGEMENT SERVICES, LLC AS FINANCIAL ADVISORS, AND (B) PHOENIX CAPITAL RESOURCES AS INVESTMENT BANKERS FOR, THE DEBTOR IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

**PLEASE TAKE NOTICE**, that Flour City Bagels, LLC, the debtor and debtor in possession in the captioned case (the "Debtor"), by and through its undersigned counsel, will move before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, at the United States Bankruptcy Court, Federal Building, 100 State Street, Rochester, New York, on the 12th day of April, 2016, at 12:00 p.m. or as soon thereafter as counsel can be heard, for an Order, Authorizing the Debtor to Employ and Retain (A) Phoenix Management Services, LLC as its Financial Advisors, and (B) Phoenix Capital Resources as its Investment Bankers for the Debtor in Possession *Nunc Pro Tunc* to the Petition Date.

**PLEASE TAKE FURTHER NOTICE**, that affidavits or memoranda in response to the Motion, if any, shall be filed with the Bankruptcy Court Clerk for the Western District of New York (Rochester Division), and served upon the undersigned counsel for the Debtor as soon as practicable prior to the hearing date in accordance with Local Rule 9013-1(B).

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

Dated: March 10, 2016
Cleveland, Ohio

BUCKLEY KING LPA

By: /s/ *Harry W. Greenfield*
Harry W. Greenfield, Esq., *Pro Hac Vice*
Jeffrey Toole, Esq., *Pro Hac Vice*
Heather E. Heberlein, Esq., *Pro Hac Vice*
Office and Post Office Address:
1400 Fifth Third Center
600 Superior Avenue, E.
Cleveland, Ohio  44114
Tel:  (216) 363-1400
Fax:  (216) 579-1020
Email:  greenfield@buckleyking.com
toole@buckleyking.com
heberlein@buckleyking.com

and

BOND, SCHOENECK & KING, PLLC
Stephen A. Donato, Esq.
Camille W. Hill, Esq.
Office and Post Office Address:
One Lincoln Center
Syracuse, New York 13202
Tel: (315) 218-8000
Fax: (315) 218-8100
Email:  sdonato@bsk.com
chill@bsk.com

*Proposed Counsel to the Debtor and Debtor in Possession*

1928646_1