

FILED
March 11, 2016
BANKRUPTCY COURT
ROCHESTER, NY

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re

FLOUR CITY BAGELS, LLC,

Debtor.

Chapter 11
Docket No: 2-16-20213-PRW

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that TRIPLE-O MECHANICAL, INC., appears herein by its counsel, Law Office of Frank G. Montemalo, PLLC, Frank G. Montemalo, Esq., and demands pursuant to §§102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and electronic mail:

> Frank G. Montemalo, Esq.
> LAW OFFICE OF FRANK G. MONTEMALO, PLLC
> 36 West Main Street, Suite 500
> Rochester, New York   14614
> Telephone:   585-568-2207
> Fax:         585-546-6456
> frank@montemalolawoffice.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand,

Case 2-16-20213-PRW   Doc 104   Filed 03/11/16   Entered 03/11/16 15:36:43   Desc
Main Document    Page 1 of 2

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may effect or seek to affect in any way, any rights or interest of TRIPLE-O MECHANICAL, INC.

Dated: March 9, 2016
Rochester, New York

                                        /s/ *Frank G. Montemalo*
                                        Frank G. Montemalo, Esq.
                                        LAW OFFICE OF FRANK G. MONTEMALO, PLLC
                                        *Attorneys for Triple-O Mechanical, Inc.*
                                        36 West Main Street, Suite 500
                                        Rochester, New York 14614
                                        585-568-2207

TO:     Flour City Bagels, LLC
          *Debtor*
          585 Moseley Road
          Fairport, New York 14450

          Stephen A. Donato, Esq.
          Camille W. Hill, Esq.
          BOND, SCHOENECK & KING, PLLC
          *Attorneys for Debtor*
          One Lincoln Center
          Syracuse, New York 13202

          Harry W. Greenfield, Esq.
          Jeffrey C. Toole, Esq.
          BUCKLEY KING, LPA
          *Attorneys for Debtor*
          1400 Fifth Third Center
          600 Superior Avenue East
          Cleveland, Ohio 44114

          Kathleen Dunivin Schmitt, Esq.
          *U.S. Trustee*
          100 State Street, Room 6090
          Rochester, New York 14614