# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

### COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: __Flour City Bagels, LLC__          Case No. __16-20213__          Chapter __11__

## A. IDENTIFY TYPE OF DOCUMENT BEING FILED: (Select either #1, #2 or #3)

- [ ] #1—Amendment to previously filed document (Go to Sec. B)
- [✓] #2—Schedule/Statement not previously filed (Go to Sec. B)
- [ ] #3—Schedule of Post-Petition Debts (result of conversion -no fee due) (Go to Sec. D)

## B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:

- [ ] Official Form 101: [ ] Part 1 [ ] Part 2 [ ] Part 3 [ ] Part 4 [ ] Part 5 [ ] Part 6 [ ] Part 7
- [ ] Official Form 106Sum: Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] Official Form 106Dec: Declaration About an Individual Debtor's Schedules
- [ ] Official Form 108: Chapter 7 Statement of Intention for Individuals
- [✓] Schedules: (Please check schedules attached)
  - [✓] Schedule A/B [ ] Schedule C [✓] Schedule D (Go to Sec. C) [✓] Schedule E/F (Go to Sec. C)
  - [✓] Schedule G [✓] Schedule H [ ] Schedule I [ ] Schedule J [ ] Schedule J-2
- [✓] Statement of Financial Affairs
- [ ] Statement Pursuant to Rule 2016(b)
- [ ] Official Form 201: [ ] Debtor's Name [ ] Debtor's Address [ ] Debtor's EIN [ ] Other Names used by the Debtor
  - [ ] Other ____

  (Please indicate the Question # from Form 201 that is being amended and a brief description)

- [ ] Official Form 201A: Ch. 11 Attachment to Voluntary Petition for Non-Individuals
- [✓] Official Form 202: Declaration Under Penalty of Perjury for Non-Individual Debtors
- [ ] Creditor Matrix
- [ ] Chapter 13 Plan (Pre-confirmation): [ ] Decrease Payments [ ] Increase Payments [ ] Increases length of plan
- [ ] Other: ____

*FOR CHANGES AFFECTING SCHEDULES D, E, F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.*

## C. CREDITOR/SCHEDULE INFORMATION: (Select either #1, #2 or #3)

- [ ] #1—Creditors are being added or deleted by this amendment schedule, AND
  - [ ] The $30.00 amendment fee is attached
  - [ ] A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached.
    **Note: Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.**

- [ ] #2—Schedule(s) of creditors (Schedules D, E, F), list of creditors, matrix or mailing list is being amended for purposes other than adding or deleting creditors
  - [ ] The $30.00 fee is attached for this amendment [e.g. changing amount of a debt or classification of a debt].
  - [ ] The $30.00 fee does not apply for this amendment [e.g. change of address of a creditor or change of attorney.]

- [ ] #3 - No Creditors are being added or deleted

## D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION

**CERTIFICATION OF SERVICE:** Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

**DECLARATION OF ATTORNEY [Attorney or debtor(s), if pro se, must sign.]:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated __3/31/16__          Signature _____
Harry W. Greenfield

**DECLARATION OF DEBTOR(S): [Required if declaration is not completed on the document(s) itself or by separate instrument.]**
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of __85__ sheets, numbered 1 through ____, and that they are true and correct to the best of my knowledge, information and belief.

Dated __3/31/16__          Signature _____ (Debtor)
Kevin Coyne

Fill in this information to identify the case:

Debtor name **Flour City Bagels, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**

Case number (if known) **16-20213**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $               **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $      **2,907,544.57**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $      **2,907,544.57**

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................    $    **11,560,669.20**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    $               **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **2,756,952.77**

4.  **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b    $    **14,317,621.97**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name  **Flour City Bagels, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)  **16-20213**

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.
   **All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                        number

   3.1.  **Key Bank, N.A.**                    **Cash Deposit Account**          **4141**          $91,896.54

4.      Other cash equivalents *(Identify all)*

5.      **Total of Part 1.**                                                              | $91,896.54 |

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        **437.03**        -         **0.00**     = ....        $437.03
                                         face amount              doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | | | | $437.03 |
|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
| 15.1. | **Brioche Doree - restaurant** | 50% % | N/A | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | | |

| 17. | **Total of Part 4.** | | $0.00 |
|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | |

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Food items and paper products** | March 1, 2016 | $0.00 | Recent cost | $252,829.00 |

| 23. | **Total of Part 5.** | | $252,829.00 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

| 24. | **Is any of the property listed in Part 5 perishable?** ☐ No ■ Yes |
|---|---|

| 25. | **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** ☐ No ■ Yes. Book value _____0_____ Valuation method _____ Current Value $252,829.00 |
|---|---|

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Restaurant equipment, tables and chairs, bakery equipment, and office furniture and fixtures (this answer also includes items ordinarily listed in Item 40, 41, and 46) | $0.00 | Recent cost | $2,562,382.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $2,562,382.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Case 16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document, Page 5 of 86

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Store Leases--See Schedule G** | **Lessee** | **$0.00** | **N/A** | **Unknown** |

---

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

       | Unknown |
       |---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Best Case Bankruptcy

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $91,896.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $437.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $252,829.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,562,382.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...............................................................................>* | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,907,544.57 | + 91b. Unknown |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,907,544.57 |

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | **2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.** | | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1** **Canal Mezzanine Partners II LP** | | |

**Canal Mezzanine Partners II LP**
Creditor's Name

**8840 Commons Blvd., Suite 130**
**Twinsburg, OH 44087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**February 8, 2013**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Canal Mezzanine Partners II LP**
**2. United Capital Business Lending, Inc.**
**3. U.S. Foods, Inc.**
**4. New York State Sales Tax Processing**
**5. MRM Wealth Managment**

**Describe debtor's property that is subject to a lien**
**All of Debtor's assets**

**Describe the lien**
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,502,229.18**

Value of collateral: $2,907,544.57

---

| | |
|---|---|
| **2.2** **Lakeland Bank** | |

**Lakeland Bank**
Creditor's Name

**166 Changebridge Rd.**
**Montville, NJ 07045**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2004 Raymond Electric Reach Forklift Truck Model # EA51-R40TT**

**Describe the lien**
**Lien on forklift**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

Amount of claim: **$11,869.20**

Value of collateral: Unknown

---

Date debt was incurred
**June 10, 2015**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an Interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.3 | **MRM Wealth Managment** | Describe debtor's property that is subject to a lien | $700,000.00 | $2,907,544.57 |
|---|---|---|---|---|
|  | Creditor's Name | **All of Debtor's assets** |  |  |

**481 Penbrooke Drive**
**Penfield, NY 14526**
Creditor's mailing address

Describe the lien
**Alleged Security Interest**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**March 2015**
Last 4 digits of account number

| Do multiple creditors have an Interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☑ Disputed |

---

| 2.4 | **New York State Sales Tax Processing** | Describe debtor's property that is subject to a lien | $949,824.11 | $2,907,544.57 |
|---|---|---|---|---|
|  | Creditor's Name | **All of Debtor's assets** |  |  |

**JAF Building**
**P.O. 1208**
**New York, NY 10116-1208**
Creditor's mailing address

Describe the lien
**Tax lien**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an Interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☑ Disputed |

---

| 2.5 | **U.S. Foods, Inc.** | Describe debtor's property that is subject to a lien | $140,599.71 | $2,907,544.57 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Creditor's Name | A PMSI on items sold to Debtor by U.S. Foods, plus a Non-PMSI on all of Debtor's assets |
| --- | --- |

**9399 West Higgins Road
Des Plaines, IL 60018**

Creditor's mailing address

**Describe the lien**
**PMSI and Non-PMSI**
Is the creditor an insider or related party?

**joyce.barnett@usfoods.com**

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**February 15, 2013**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **United Capital Business Lending, Inc.** | Describe debtor's property that is subject to a lien | $5,256,147.00 | $2,907,544.57 |
| --- | --- | --- | --- | --- |

Creditor's Name
**All of Debtor's assets**

**n/k/a Bridge Funding Group, Inc.
215 Schilling Circle, Suite 100
Hunt Valley, MD 21031**

Creditor's mailing address

**Describe the lien**
**First Position Security Interest**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**February 8, 2013**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$11,560,669.20**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

---

Case 2-16-20213-PRW,   Doc 143,   Filed 03/31/16,   Entered 03/31/16 17:58:43,
Description: Main Document , Page 10 of 86

Debtor name   **Flour City Bagels, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)   **16-20213**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179,508.89 |
| 2600 ELMWOOD AVENUE LLC<br>259 ALEXANDER ST<br>ROCHESTER, NY 14607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,000.02 |
| 683 PVR LLC<br>683 Pittsford-Victor  Rd.<br>Pittsford, NY 14534 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,385.19 |
| A COMPARATO REALTY & MANAGEMENT<br>COMPSON DEVELOPMENT<br>2465 RIDGE RD WEST<br>ROCHESTER, NY 14626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| A.L. GEORGE, LLC<br>7655 Edgecomb Drive<br>Liverpool, NY 13088 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2-16-20213-PRW, Doc 143,  Filed 03/31/16 Entered 03/31/16 17:58:43,
Description: Main Document  , Page 11 of 86

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.43 |
|---|---|---|---|

**AIRGAS USA LLC**
**PO BOX 802756**
**NORTH DIVISION**
**CHICAGO, IL 60680-2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Goods and Services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**ALBANY COUNTY HEALTH DEPART**
**175 GREEN ST**
**ALBANY, NY 12202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Permit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.82 |
|---|---|---|---|

**ALBANY FIRE EXTINGUISHER INC**
**215 WATERVLIET SHAKER RD**
**WATERVLIET, NY 12189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,258.00 |
|---|---|---|---|

**Alloco Real Estate Management**
**PO Box 25111**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,630.15 |
|---|---|---|---|

**AMAN, DANIEL**
**PO BOX 18668**
**RECEIVER TOWN OF BRIGHTON**
**ROCHESTER, NY 14618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Real estate taxes__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,773.00 |
|---|---|---|---|

**AMTRUST NORTH AMERICA**
**PO BOX 6939**
**CLEVELAND, OH 44101-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.25 |
|---|---|---|---|

**APEX PLUMBING AND DRAIN SERVICE INC**
**872 ALBANY SHAKER RD**
**LATHAM, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 12 of 86

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,649.17 |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES INC**
**PO BOX 28050 AUS NORTH LOCK**
**NEW YORK, NY 10087-8050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,639.00 |
|---|---|---|---|

**ARCHWOOD INC**
**5 BRUNSON WAY**
**PENFIELD, NY 14526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.66 |
|---|---|---|---|

**BADGE COMPANY INC**
**18261 ENTERPRISE LN SUITE D**
**HUNTINGTON BEACH, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,745.68 |
|---|---|---|---|

**BAY STATE MILLING COMPANY CORP**
**100 CONGRESS ST ATTN  A/R DEPT**
**QUINCY, MA 02169-0948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,895.19 |
|---|---|---|---|

**BOEHM,CHARLES-Florida**
**248 NORTH LAKE AVE**
**TROY, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,280.00 |
|---|---|---|---|

**BONADIO & CO LLP**
**171 SULLYS TRAIL SUITE 201**
**PITTSFORD, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,933.25 |
|---|---|---|---|

**BORRELLI, MICHAEL**
**22 CRICKET HILL DR**
**PITTSFORD, NY 14534**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 13 of 86

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,230.70 |
|---|---|---|---|

**BORRELLI, MICHAEL**
22 CRICKET HILL DR
PITTSFORD, NY 14534

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $744,028.70 |
|---|---|---|---|

**BRUEGGERS ENTERPRISES INC.**
12201 MERIT DR SUITE 900
DALLAS, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Franchise agreements__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,956.50 |
|---|---|---|---|

**BRUEGGERS MINNEAPOLIS COMMISSARY**
1311 FRANKLIN AVE
MINNEAPOLIS, MN 55404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $484.50 |
|---|---|---|---|

**BUDGET SEWER AND DRAIN**
872 OLD ALBANY SHAKER RD
LATHAM, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply_ | $1,200.00 |
|---|---|---|---|

**CAPITAL WATER & FIRE RESTORATION LLC**
PO BOX 489
GLENMONT, NY 12077

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,848.58 |
|---|---|---|---|

**CARAVAN INGREDIENTS**
4591 PAYSTHERE CIR
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $9,979.96 |
|---|---|---|---|

**CAVOLIS GRINDING SERVICE INC**
1921 BROADWAY
SCHENECTADY, NY 12306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.90 |
|---|---|---|---|

**CDW DIRECT, LLC**
**PO BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.50 |
|---|---|---|---|

**CENTER FOR SECURITY/LOCKSMITHS**
**1659 ROUTE 9**
**CLIFTON PK, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,446.53 |
|---|---|---|---|

**CINTAS FIRST AID & SAFETY**
**PO BOX 631025**
**CINCINNATI, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.92 |
|---|---|---|---|

**CITY OF SCHENECTADY - DEPT OF WATER**
**DEPT OF WATER - BUREAU OF RECEIPTS**
**105 JAY ST ROOM 100, CITY HALL**
**SCHENECTADY, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.77 |
|---|---|---|---|

**CLAY TOWN OF**
**OSWEGO ROAD WATER**
**4401 STATE ROUTE 31**
**CLAY, NY 13041-8707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,831.67 |
|---|---|---|---|

**CNL APF PARTNERS, LP - Atlanta**
**PO BOX 100327**
**ATLANTA, GA 30384-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.09 |
|---|---|---|---|

**COCA COLA USA**
**PO BOX 75895**
**CHARLOTTE, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 15 of 86

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,860.11 |
|---|---|---|---|

**COLONIE MECHANICAL CONTRACTOR INC**
17 RAILROAD AVE
ALBANY, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.57 |
|---|---|---|---|

**COMMISSIONER OF FINANCE**
PO BOX 328
SARATOGA SPRINGS, NY 12866-0328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.87 |
|---|---|---|---|

**CONNOVER PACKAGING**
119 DESPATCH DR
EAST ROCHESTER, NY 14445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.24 |
|---|---|---|---|

**CONVIBER**
PO BOX 301
SPRINGDALE, PA 15144-0301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commissary Production Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,818.44 |
|---|---|---|---|

**CONWAY IMPORT CO INC**
NEW YORK DIVISION
11051 W ADDISON ST
FRANKLIN PK, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.00 |
|---|---|---|---|

**CRISAFULLI BROS P&H CONTR INC**
520 LIVINGSTON AVE
ALBANY, NY 12206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,219.22 |
|---|---|---|---|

**D B R PLUMBING INC**
1516 ERIE BLVD EAST
SYRACUSE, NY 13210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 16 of 86

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $912.60 |
|---|---|---|---|

**DAVES GLASS CO INC**
**160 DELAWARE AVE**
**DELMAR, NY 12054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,439.91 |
|---|---|---|---|

**DAVID L GANDELL MD**
**21 WARWICK DR**
**FAIRPORT, NY 14450**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,445.00 |
|---|---|---|---|

**DECARR, RICHARD**
**4753 FAWN HILL**
**SYRACUSE, NY 13215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,369.85 |
|---|---|---|---|

**DECARR, RICHARD**
**4753 FAWN HILL**
**SYRACUSE, NY 13215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,509.78 |
|---|---|---|---|

**DECRESCENTE DISTRIBUTING CO INC**
**211 N MAIN ST PO BOX 231**
**MECHANICVILLE, NY 12118**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,001.62 |
|---|---|---|---|

**DILLON, LINDA M**
**11 SOUTH MAIN ST RECEIVER**
**PITTSFORD, NY 14534**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real Estate Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.60 |
|---|---|---|---|

**Dinamic Integration**
**164 Matilda Street**
**Rochester, NY 14606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1995-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy
Case 2-16-20213-PRW,   Doc 143,   Filed 03/31/16,   Entered 03/31/16 17:58:43,
Description: Main Document  , Page 17 of 86

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.89 |
|---|---|---|---|
| | DOYLE SECURITY SYSTEMS INC<br>792 CALKINS RD<br>ROCHESTER, NY 14623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,339.44 |
|---|---|---|---|
| | DUFFY'S EQUIPMENT SERVICES<br>3138 ONEIDA ST<br>SAUQUOIT, NY 13456-2814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,218.35 |
|---|---|---|---|
| | EARTHLINK BUSINESS<br>PO BOX 88104<br>CHICAGO, IL 60680-1104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,708.41 |
|---|---|---|---|
| | EMG NOTTINGHAM LLC<br>277 MARTINE AVE<br>WHITE PLAINS, NY 10601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Rent__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,714.50 |
|---|---|---|---|
| | ENTERCOM ROCHESTER WBZA-FM<br>70 COMMERCIAL ST<br>ROCHESTER, NY 14614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Advertising Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,737.74 |
|---|---|---|---|
| | ERIE BOULEVARD LLC<br>PO BOX 808<br>SHELBURNE, VT 05482-0808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Rent__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,050.92 |
|---|---|---|---|
| | EXCELLUS BLUECROSS BLUESHIELD<br>PO BOX 5266<br>BINGHAMTON, NY 13902-5266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Insurance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,019.64 |
|---|---|---|---|

**F KENNETH GREENE**
57 SUNSET BLVD
PITTSFORD, NY 14534

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.68 |
|---|---|---|---|

**FAIM REPRESENTATIVES/L A S ASSOCIATES**
9016 ROUTE 5 & 20 PO BOX 119
WEST BLOOMFIELD, NY 14585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $729.85 |
|---|---|---|---|

**FAIRPORT MUNICIPAL COMMISSION**
31 SOUTH MAIN ST
FAIRPORT, NY 14450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.90 |
|---|---|---|---|

**FEDERAL EXPRESS**
PO BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,014.12 |
|---|---|---|---|

**FISH WINDOW CLEANING INC**
2604 ELMWOOD AVE #128
ROCHESTER, NY 14618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,304.57 |
|---|---|---|---|

**FLANDERS GROUP, THE**
2850 CLOVER ST
PITTSFORD, NY 14534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,662.62 |
|---|---|---|---|

**FLOWER CITY PRODUCE INC**
20-22 PUBLIC MARKET
ROCHESTER, NY 14609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43, Description: Main Document , Page 19 of 86

| | |
|---|---|
| **3.61** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $577.07 |
| FRANKLIN FOODS INC<br>PO BOX 1312<br>WILLISTON, VT 05495 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Goods__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.62** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $423.12 |
| FREEDOM FLAG COMPANY INC<br>419 EMBURY RD<br>ROCHESTER, NY 14625 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Goods__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.63** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $590.68 |
| FRONTIER TELEPHONE OF ROCHESTER INC<br>PO BOX 20550<br>ROCHESTER, NY 14602-0550 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utility__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.64** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $1,984.32 |
| FUNCTIONAL COMMUNICATIONS CORP<br>5900 SOUTH SALINA ST<br>SYRACUSE, NY 13205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.65** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $421.20 |
| GATTI PLUMBING INC<br>441-A ELMGROVE RD<br>ROCHESTER, NY 14606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.66** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $68.04 |
| GE CAPITAL<br>PO BOX 642333<br>PITTSBURGH, PA 15264-2333 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Copier Lease__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.67** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $6,055.59 |
| GENIER, BARBARA<br>TAX RECEIVER, TOWN OF IRONDEQUOIT<br>DEPT #117080 PO BOX 5209<br>BINGHAMTON, NY 13902-5270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Real Estate Taxes__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 20 of 86

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,449.81 |
|---|---|---|---|
| | GLAZER, LAURENCE C<br>259 ALEXANDER ST<br>C/O BUCKINGHAM PROPERTIES LLC<br>ROCHESTER, NY 14607 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Personal Loan to Ken Greene**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |
|---|---|---|---|
| | GRESH ASSOCIATES INC<br>DBA BIOTECH DRAINLINE SERVICES<br>PO BOX 1417<br>FAIRPORT, NY 14450 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,575.48 |
|---|---|---|---|
| | HAFNER FAMILY LIMITED PARTNSHIP<br>500 DAVID DR<br>N SYRACUSE, NY 13212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Rent**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|
| | HOSPITALITY SOLUTIONS, INC.<br>4 MORGAN RD<br>BEVERLY, MA 01915 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,462.75 |
|---|---|---|---|
| | INSERO & CO CPAs LLP<br>2 STATE ST SUITE 300<br>ROCHESTER, NY 14614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,562.28 |
|---|---|---|---|
| | IRON MOUNTAIN RECORDS MGT INC<br>RECORDS MANAGEMENT PO BOX 2<br>NEW YORK, NY 10087-7128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|
| | J & R WELDING INC<br>270 MILTON AVE<br>BALLSTON SPA, NY 12020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 21 of 86

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,539.40 |

**J C EHRLICH CO INC**
**PO BOX 13848**
**READING, PA 19612-3848**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,261.90 |

**JOHNSTON PAPER COMPANY**
**PO BOX 736**
**AUBURN, NY 13021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KARINA NICOLAKIS**
c/o Michael J. Aviles, Esq.
Michael J. Aviles & Associates, LLC
145 Hudson Street, Suite 5C
New York, NY 10013

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Lawsuit: Karina Nicolakis v. Ryder Truck Rental, Inc., et al., Case No. 24208/15E__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,866.24 |

**KITTELL BRANAGAN & SARGENT**
**154 NORTH MAIN ST**
**ST ALBANS, VT 05478**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,027.15 |

**MALT PRODUCTS LLC**
**PO BOX 898**
**SADDLE BROOK, NJ 07663**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |

**MANAGED SERVICES TEAM LLC**
**72 CASCADE DR**
**ROCHESTER, NY 14614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,399.84 |

**MANEL PAVING & CONTRACTING CORP**
**PO BOX 26816**
**ROCHESTER, NY 14626**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☐ No ☐ Yes

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 22 of 86

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**MARATHON ENGINEERING**
39 CASCADE DR
ROCHESTER, NY 14614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARITZA JIMENEZ as Administrator
Estate of Nelson Jimenez
Michael Aviles & Associates**
145 Hudson Street 5C
New York, NY 10013

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|

**MASTODON VENTURES INC**
515 CONGRESS AVE SUITE 1400
AUSTIN, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,206.86 |
|---|---|---|---|

**MDB ENTERPRISES LLC**
1025 CENTRAL AVE
ALBANY, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,765.22 |
|---|---|---|---|

**MICHAEL PAUL RICHARDS CORP**
249 BANBURY DR
ROCHESTER, NY 14612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.26 |
|---|---|---|---|

**MIMEO.COM INC**
PO BOX 654018
DALLAS, TX 75265-4018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Marketing Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,428.80 |
|---|---|---|---|

**MONROE CLOVER PLAZA LLC**
259 ALEXANDER ST
C/O BUCKINGHAM PROPERTIES LLC
ROCHESTER, NY 14607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 23 of 86

---

**3.89**

**Nonpriority creditor's name and mailing address**

**MONROE COUNTY TREASURY**
PO BOX 14420
ROCHESTER, NY 14614

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Real estate taxes

Is the claim subject to offset? ■ No ☐ Yes

$5,111.21

---

**3.90**

**Nonpriority creditor's name and mailing address**

**MONROE COUNTY WATER AUTHORITY**
PO BOX 5158
BUFFALO, NY 14240-5158

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset? ■ No ☐ Yes

$292.83

---

**3.91**

**Nonpriority creditor's name and mailing address**

**MONROE EXTINGUISHER CO INC**
105 DODGE ST PO BOX 60980
ROCHESTER, NY 14606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$125.28

---

**3.92**

**Nonpriority creditor's name and mailing address**

**MORE THAN JUST SERVICE INC**
223 CHIPPERFIELD DR
CHARLENE & BOB HECKELMAN
EFFORT, PA 18330

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$237.10

---

**3.93**

**Nonpriority creditor's name and mailing address**

**MR FUSSY**
736 PORTLAND AVE
ROCHESTER, NY 14621

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$732.50

---

**3.94**

**Nonpriority creditor's name and mailing address**

**MS EQUIPMENT SALES INC**
3498 UNION ST
NORTH CHILI, NY 14514

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment

Is the claim subject to offset? ■ No ☐ Yes

$246.24

---

**3.95**

**Nonpriority creditor's name and mailing address**

**MT HOPE BUSINESS ASSOCIATION**
C/O FORT HILL LIQUOR STORE
1520 MT HOPE AVE
ROCHESTER, NY 14620

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

Case 16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43, Description: Main Document , Page 24 of 86

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,289.62 |
|---|---|---|---|
| | NATIONAL GRID<br>PO BOX 11742<br>NEWARK, NJ 07101-4742 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utility__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,729.60 |
|---|---|---|---|
| | NCR CORPORATION<br>PO BOX 198755<br>ATLANTA, GA 30384-8755 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,950.00 |
|---|---|---|---|
| | NEW YORK STATE FENCE INC<br>858 Manitou Rd<br>Hilton, NY 14468 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,801.01 |
|---|---|---|---|
| | NEW YORK STATE THRUWAY AUTHORITY -<br>TOLLS<br>PO BOX 5501<br>BINGHAMTON, NY 13902-5501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Tolls__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,657.24 |
|---|---|---|---|
| | NEWTON PLAZA ASSOCIATES LLC - RENT<br>596 NEW LOUDON RD<br>LATHAM, NY 12110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Rent__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,717.27 |
|---|---|---|---|
| | NIETOPSKI SPORTS<br>NIETOPSKI SPORTS<br>2024 W HENRIETTA RD   SUITE 2A<br>ROCHESTER, NY 14623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Uniform Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|
| | NORTHEAST CARPET CLEANING<br>5608 BUNBURY TER<br>CLAY, NY 13041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $616.95 |

**NORTHEAST COMMERCIAL APPLIANCE SERVICE I**
949 TROY SCHENECTADY RD
LATHAM, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**NYS DEPARTMENT OF LABOR**
STATE OFFICE CAMPUS BUILDING #12
ROOM #256
Albany, NY 12240

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |

**NYS DEPT OF MOTOR VEHICLES**
PO BOX 2409 REVENUE ACCOUNTING
ALBANY, NY 12220-0409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Reports**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814.35 |

**NYSEG**
PO BOX 11745
NEWARK, NJ 07101-4745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,129.93 |

**OFFICEMAX INC**
75 REMITTANCE DR #2698
CHICAGO, IL 60675-2698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,332.50 |

**ONONDAGA BEVERAGE**
7655 EDGECOMB DR
LIVERPOOL, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.26 |

**ONONDAGA COUNTY WATER AUTHORITY**
PO BOX 4949
SYRACUSE, NY 13221-4949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,912.28 |
|---|---|---|---|
| | **PAETEC COMMUNICATIONS INC**<br>PO BOX 9001013<br>LOUISVILLE, KY 40290-1013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.75 |
|---|---|---|---|
| | **PAYCHEX INC**<br>1175 JOHN ST<br>WEST HENRIETTA, NY 14586-9199 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,834.01 |
|---|---|---|---|
| | **PENFIELD TK OWNER LLC**<br>C/O JADD MANAGEMENT LLC<br>415 PARK AVE ATTN KERRY STEVENS<br>ROCHESTER, NY 14607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Rent**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,264.20 |
|---|---|---|---|
| | **PERVASIVE SOLUTIONS LLC**<br>PO BOX #743<br>VICTOR, NY 14564 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,508.73 |
|---|---|---|---|
| | **PFP LLC**<br>360 JEFFERSON RD<br>ROCHESTER, NY 14623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|
| | **PINNACLE ECO CLEAN INC**<br>215 MUSHROOM BLVD<br>SUITE 1803<br>ROCHESTER, NY 14623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|
| | **PLUG & PAY TECHNOLOGIES COR**<br>1363-26 VETERANS HIGHWAY<br>HAUPPAUGE, NY 11788 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 27 of 86

Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,852.69 |
|---|---|---|---|

**PMC INSURANCE COMPANY INC**
**209 BURLINGTON RD**
**BEDFORD, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.67 |
|---|---|---|---|

**POVINELLI CUTLERY & SHARPENING**
**SERVICE**
**SERVICE INC**
**3810 UNION RD**
**CHEEKTOWAGA, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.42 |
|---|---|---|---|

**PREMIER SIGN SYSTEMS LLC**
**10 EXCEL DR**
**ROCHESTER, NY 14621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.50 |
|---|---|---|---|

**PROJECT RESOURCE SOLUTIONS**
**833 W WASHINGTON BLVD**
**3RD FLOOR**
**CHICAGO, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.43 |
|---|---|---|---|

**PRUDENTIAL INSURANCE COMPANY OF**
**AMERICA**
**PO BOX 101241**
**ATLANTA, GA 30392-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.66 |
|---|---|---|---|

**PURCELLS WALLPAPER & PAINT**
**5900 BRIDGE ST**
**EAST SYRACUSE, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,090.41 |
|---|---|---|---|

**RAPOWITZ ASSOCIATES LP**
**3617 FAIR OAKS PLACE**
**LONG BOAT KEY, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,000.00 |
|---|---|---|---|

**RELIN GOLDSTEIN & CRANE LLP**
**28 E MAIN ST**
**STE 1800**
**ROCHESTER, NY 14614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,750.00 |
|---|---|---|---|

**REMAN INTERNATIONAL INC**
**121 SULLYS TRAIL**
**SUITE 8**
**PITTSFORD, NY 14450**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.10 |
|---|---|---|---|

**REPEAT BUSINESS SYSTEMS INC**
**4 FRITZ BLVD**
**ALBANY, NY 12205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**ROCHESTER BUSINESS ALLIANCE**
**150 STATE ST**
**ROCHESTER, NY 14614-1308**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,355.37 |
|---|---|---|---|

**ROCHESTER CITY TREASURER - WATER**
**PAYMENT**
**CITY OF ROCHESTER WATER**
**DEPT 90134**
**BINGHAMTON, NY 13902-5508**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,672.92 |
|---|---|---|---|

**ROCHESTER GAS & ELECTRIC**
**PO BOX 847813**
**BOSTON, MA 02284-7813**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,590.50 |
|---|---|---|---|

**ROYAL CUP INC**
**160 CLEAGE RD PO BOX 170971**
**BIRMINGHAM, AL 35217-0971**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 29 of 86

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,655.17 |

**RYDER TRANSPORTATION SERVICES INC**
PO BOX 96723
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,845.02 |

**SAGE COLLEGES**
65 1ST ST
TROY, NY 12180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,449.81 |

**SAMLOFF, HAROLD**
259 ALEXANDER ST
C/O BUCKINGHAM PROPERTIES LLC
ROCHESTER, NY 14607

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Personal Loan to Ken Greene**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,400.00 |

**SCHAUMBURG SPECIALTIES CO INC**
550 ALBION AVE UNIT 30
SCHAUMBURG, IL 60193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.05 |

**SOLID SURFACES INC**
1 TOWNLINE CIR
ROCHESTER, NY 14623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,845.81 |

**SOUTH TOWN PLAZA ASSOCIATES LLC**
PO BOX 20852
ROCHESTER, NY 14602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.93 |

**SOUTH TOWN PLAZA MERCHANTS ASSOCIATES**
2975 BRIGHTON HENRIETTA TL RD
ROCHESTER, NY 14623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.00 |
|---|---|---|---|

**SPECK'S GENERAL CONTRACTING**
575 FORTS FERRY RD
LATHAM, NY 12110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,234.84 |
|---|---|---|---|

**STATE INSURANCE FUND-po box 5238**
PO BOX 5238
NYSIF WORKERS COMPENSATION
NEW YORK, NY 10008-5238

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,580.30 |
|---|---|---|---|

**STUYVESANT PLAZA INC**
4 TOWER PL SUITE 101
ALBANY, NY 12203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.11 |
|---|---|---|---|

**SYRACUSE DEPARTMENT OF WATER**
PO BOX 5268
BINGHAMTON, NY 13902-5268

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.38 |
|---|---|---|---|

**TJB SUNSHINE ENTERPRISE INC**
10 MAIN ST
SUITE 201
BALLSTON LAKE, NY 12019

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.26 |
|---|---|---|---|

**TL CANNON CORPORATION**
220 PONTE VEDRA PARK DR
PONTE VEDRA BEACH, FL 32082

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.51 |
|---|---|---|---|

**TOSHIBA BUSINESS SOLUTIONS**
PO BOX 927
BUFFALO, NY 14240-0927

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-20213-PRW    Doc 143    Filed 03/31/16    Entered 03/31/16 17:58:43
Description: Main Document  , Page 31 of 86

| | |
|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address** 3.145
**Town of Pittsford New York**
**11 South Main Street**
**Pittsford, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$37,079.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address** 3.146
**TREASURER MONROE COUNTY AIRPORT AUTHORI**
**1200 BROOKS AVE**
**ROCHESTER, NY 14624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Permit__

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address** 3.147
**TRI-LIFT INC.**
**P.O. Box 120247**
**East Haven, CT 06512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,675.16

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address** 3.148
**TRIPLE O MECHANICAL INC**
**6004 NORTH LAKE RD**
**BERGEN, NY 14416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$100,274.48

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address** 3.149
**TROPICANA CHILLED DSD INC-chicago**
**75 REMITTANCE DR - STE 1856**
**CHICAGO, IL 60675-1856**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$12,726.20

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address** 3.150
**TRUSTREET PROPERTIES INC**
**450 S ORANGE ST**
**ORLANDO, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$3,577.34

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Real Estate Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address** 3.151
**TWIN BAKERY SUPPLY INC**
**647 EAGLE ST**
**BUFFALO, NY 14210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4,092.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

Case 16-20213-PRW    Doc 143    Filed 03/31/16    Entered 03/31/16 17:58:43
Description: Main Document  , Page 32 of 86

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680.48 |
|---|---|---|---|

**UNITED CARPET BROKERS INC**
**340 CULVER RD**
**ROCHESTER, NY 14607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,937.56 |
|---|---|---|---|

**UNIVERSITY BUSINESS CENTER**
**C/O BUCKINGHAM PROPERTIES LLC**
**259 ALEXANDER ST**
**ROCHESTER, NY 14607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,785.14 |
|---|---|---|---|

**US FOODS CULINARY EQUIPMENT**
**SUPPLIES**
**PO BOX 64177**
**ST PAUL, MN 55164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,174.32 |
|---|---|---|---|

**VAN HOOK SERVICE CO INC**
**76 SENECA AVE**
**ROCHESTER, NY 14621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,297.98 |
|---|---|---|---|

**VERIZON WIRELESS SERVICES**
**PO BOX 408**
**NEWARK, NJ 07101-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,140.00 |
|---|---|---|---|

**VILLAGE SQUARE LLC**
**14 HEMLOCK ST PO BOX 517**
**LATHAM, NY 12110-0517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,854.85 |
|---|---|---|---|

**W B MASON CO INC**
**PO BOX 981101**
**BOSTON, MA 02298-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 33 of 86

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,216.74 |
|---|---|---|---|

**WEGMANS FOOD MARKETS INC**
**REAL ESTATE ACCT PO BOX 24470**
**ROCHESTER, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,576.72 |
|---|---|---|---|

**WEST, JENNIFER A**
**1350 TURK HILL RD RECEIVER**
**FAIRPORT, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Real Estate Taxes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,330.21 |
|---|---|---|---|

**WOODS OVIATT GILMAN LLP**
**2 STATE ST 700 CROSSROADS BLDG**
**ROCHESTER, NY 14614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,148.90 |
|---|---|---|---|

**WRIGHT BEVERAGE DISTRIBUTING CORP**
**3165 BRIGHTON HENRIETTA TOWNLINE RD**
**ROCHESTER, NY 14623-2795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOUNGBLOOD DISPOSAL**
**P.O. Box 64463**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,756,952.77 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 2,756,952.77 |

Case 16-20213-PRW   Doc 143,   Filed 03/31/16,   Entered 03/31/16 17:58:43,
Description: Main Document , Page 34 of 86

Debtor name **Flour City Bagels, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**

Case number (if known) **16-20213**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Bakery - 12 Corners in Rochester, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **2600 Elmwood Avenue LLC**<br>**259 Alexander Street**<br>**Rochester, NY 14607** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Bakery in Rochester, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **683 PVR LLC**<br>**683 Pittsford-Victor Road**<br>**Pittsford, NY 14534** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - South Crouse #199 in Syracuse, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | **96 months** | |
| | List the contract number of any government contract | | **731 South Crouse Avenue Corp.**<br>**989 James Street**<br>**Syracuse, NY 13203** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - 900 Central #158 in Albany, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | **41 months** | |
| | List the contract number of any government contract | | **900 Central Avenue LLC**<br>**c/o Nigro Companies**<br>**20 Corporate Woods Blvd.**<br>**Albany, NY 12211** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

▮  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Pennfair #646 in Rochester, NY - Debtor's interest: Lessee** | |
| | State the term remaining | **23 months** | |
| | List the contract number of any government contract | | **A Comparato Realty & Management Compson Development 2465 Ridge Rd. West Rochester, NY 14626** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease at Greece Town Center Debtor's Interest: Lessee** | |
| | State the term remaining | **22 months** | |
| | List the contract number of any government contract | | **Alloco Real Estate Management PO Box 25111 Rochester, NY 14625** |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Administrative Services Agreement dated November 29, 2004, as extended by those certain Extension Agreements dated as of August 21, 2015, and September 30, 2015. BEI's position is that this Agreement expired on October 31, 2015, by its terms. The Debtor lists it in Schedule G to reserve its position, rights and remedies under the Agreement, and in an abundance of caution.** | |
| | State the term remaining | | **Bruegger's Enterprises, Inc. 12201 Merit Dr., Suite 900 Dallas, TX 75251** |
| | List the contract number of any government contract | | |

Case 2-16-20213-PRW,  Doc 143,  Filed 03/31/16,  Entered 03/31/16 17:58:43,
Description: Main Document  , Page 36 of 86

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **30 Franchise Agreements entered into on February 23, 2001, for the operation of 30 stores, as extended by those certain Extension Agreements dated as of August 21, 2015, and September 30, 2015; Franchise Agreement entered into on September 15, 2005 (bakery located at 24 State Street, Pittsford, NY), as extended by those certain Extension Agreements dated as of August 21, 2015, and September 30, 2015; Franchise Agreement entered into on December 28, 2009 (bakery located at 2951 Monroe Avenue, Rochester, NY), as extended by those certain Extension Agreements dated as of August 21, 2015, and September 30, 2015; BFC's position is that these Agreements expired on October 31, 2015, by their terms. The Debtor lists the Agreements in Schedule G to reserve its position, rights and remedies under the Agreements, and in an abundance of caution.**<br><br>**See attached schedule for listing of the stores described in the Franchise Agreements** | |

| | | |
|---|---|---|
| State the term remaining | **See attached schedule** | **Bruegger's Franchise Corporation**<br>**PO Box 374**<br>**159 Bank Street**<br>**Burlington, VT 05401** |
| List the contract number of any government contract | | |

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Carpet Cleaning** | |
| | State the term remaining | **9 months** | **Capital Water & Fire Restoration**<br>P.O. Box 489<br>Glenmont, NY 12077 |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Union #26 in Albany, NY - Debtor's interest: Lessee** | |
| | State the term remaining | **29 months** | **Charles Boehm - Florida**<br>248 North Lake Avenue<br>Troy, NY 12180 |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Clifton #25 in Albany, NY - Debtor's interest: Lessee** | |
| | State the term remaining | **57 months** | **Clifton Country Rd. Associates LLC**<br>P.O. Box 1549<br>c/o Windsor Dev Group Inc.<br>Clifton Park, NY 12065-0807 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Saratoga #3, N Pearl, Albany, NY - Debtor's interest: Lessee** | |
| | State the term remaining | **56 months** | **CNL APF Partners, LP - Atlanta**<br>P.O. Box 100327<br>Atlanta, GA 30384-0327 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - N Pearl #12 (Closed), Albany, NY - Debtor's interest: Lessee** | |
| | State the term remaining | **0 months** | **CNL APF Partners, LP - Atlanta**<br>P.O. Box 100327<br>Atlanta, GA 30384-0327 |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - W Taft #107 Syracuse NY - Debtor's interest: Lessee** | |
| | State the term remaining | **56 months** | **CNL APF Partners, LP - Atlanta**<br>P.O. Box 100327<br>Atlanta, GA 30384-0327 |
| | List the contract number of | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| | any government contract | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - ALB Commissary in Albany, NY - Debtor's interest: Lessee | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CNL APF Partners, LP - Atlanta**<br>**P.O. Box 100327**<br>**Atlanta, GA 30384-0327** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Monroe Goodman #40 in Rochester, NY - Debtor's interest: Lessee | |
| | State the term remaining | 56 months | |
| | List the contract number of any government contract | | **CNL APR Partners, LP - Rent**<br>**P.O. Box 100327**<br>**Atlanta, GA 30384-0327** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Mt. Hope #70 in Rochester, NY - Debtor's interest: Lessee | |
| | State the term remaining | 29 months | |
| | List the contract number of any government contract | | **David L Gandell MD**<br>**21 Warwick Drive**<br>**Fairport, NY 14450** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Delmar #47 in Albany, NY - Debtor's interest: Lessee | |
| | State the term remaining | 93 months | |
| | List the contract number of any government contract | | **Delaware Plaza LLC**<br>**180 Delaware Avenue**<br>**Delaware Plaza Suite 200**<br>**Delmar, NY 12054** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Security | |
| | State the term remaining | 53 months | |
| | List the contract number of any government contract | | **Doyle Security**<br>**792 Calkins Road**<br>**Rochester, NY 14623** |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Security** | |
|---|---|---|---|
| | State the term remaining | **29 months** | |
| | List the contract number of any government contract | | **Doyle Security**<br>**792 Calkins Road**<br>**Rochester, NY 14623** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Security** | |
|---|---|---|---|
| | State the term remaining | **30 months** | |
| | List the contract number of any government contract | | **Doyle Security**<br>**792 Calkins Road**<br>**Rochester, NY 14623** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Security** | |
|---|---|---|---|
| | State the term remaining | **28 months** | |
| | List the contract number of any government contract | | **Doyle Security**<br>**792 Calkins Road**<br>**Rochester, NY 14623** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Security** | |
|---|---|---|---|
| | State the term remaining | **33 months** | |
| | List the contract number of any government contract | | **Doyle Security**<br>**792 Calkins Road**<br>**Rochester, NY 14623** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Security** | |
|---|---|---|---|
| | State the term remaining | **12 months** | |
| | List the contract number of any government contract | | **Doyle Security**<br>**792 Calkins Road**<br>**Rochester, NY 14623** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Nottingham #215 in Syracuse, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | **62 months** | **EMG Nottingham LLC**<br>**277 Martine Avenue**<br>**White Plains, NY 10601** |
| | List the contract number of | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 6 of 13

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| | any government contract | |

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Erie #235 in Syracuse. NY - Debtor's interest: Lessee** |
|---|---|---|
| | State the term remaining | **5 months** |
| | List the contract number of any government contract | **Erie Boulevard LLC**<br>**P.O. Box 808**<br>**Shelburne, VT 05482-0808** |

| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | **Instore Music** |
|---|---|---|
| | State the term remaining | **13 months** |
| | List the contract number of any government contract | **Functional Communications Corporation**<br>**50900 South Salina Street**<br>**Syracuse, NY 13205** |

| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Manilus #66 in Syracuse, NY - Debtor's interest: Lessee** |
|---|---|---|
| | State the term remaining | **28 months** |
| | List the contract number of any government contract | **Hafner Family Limited Partnership**<br>**500 David Drive**<br>**Syracuse, NY 13212** |

| 2.2 9. | State what the contract or lease is for and the nature of the debtor's interest | **Snow Plowing** |
|---|---|---|
| | State the term remaining | **1 month** |
| | List the contract number of any government contract | **HTS Lawn & Landscape**<br>**P.O. Box 757**<br>**Pittsford, NY 14534** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | BagelNet Information Technology Agreement entered into by and between the Debtor and Bruegger's Enterprises, Inc. (and assigned to LDA Managment Company, Inc.), as extended by those certain Extension Agreements dated as of August 21, 2015, and September 30, 2015. Pursuant to this Agreement, LDA provided technology services to the Debtor. LDA's position is that this Agreement expired on October 31, 2015, by its terms. The Debtor lists it in Schedule G to reserve its position, rights and remedies under the Agreement, and in an abundance of caution. | |
| | State the term remaining | | LDA Management Company, Inc. c/o LeDuff America Inc. 12201 Merit Drive, Suite 900 Dallas, TX 75251 |
| | List the contract number of any government contract | _____ | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Snow Plowing | |
| | State the term remaining | 1 month | Legacy Remodeling 4 Abby Road Latham, NY 12110 |
| | List the contract number of any government contract | _____ | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Madison #20 in Albany, NY - Debtor's interest: Lessee | |
| | State the term remaining | 17 months | MDB Enterprises LLC 1025 Central Avenue Albany, NY 12205 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43, Description: Main Document , Page 42 of 86

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Ridge Portland #52 in Rochester, NY - Debtor's interest: Lessee |
| | State the term remaining | 79 months |
| | List the contract number of any government contract | |

Michael Paul Richards Corp.
249 Banbury Drive
Rochester, NY 14612

| | | |
|---|---|---|
| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Monroe Clover #745 in Rochester, NY - Debtor's interest: Lessee |
| | State the term remaining | 105 months |
| | List the contract number of any government contract | |

Monroe Clover Plaza LLC
259 Alexander Street
c/o Buckingham Properties LLC
Rochester, NY 14607

| | | |
|---|---|---|
| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Latham #13 in Albany, NY - Debtor's interest: Lessee |
| | State the term remaining | 67 months |
| | List the contract number of any government contract | |

Newton Plaza Associates LLC
596 New Loudon Road
Latham, NY 12110

| | | |
|---|---|---|
| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Panorama #287 in Rochester, NY - Debtor's interest: Lessee |
| | State the term remaining | 15 months |
| | List the contract number of any government contract | |

Penfield TK Owner LLC
c/o Jadd Management LLC
415 Park Avenue Attn: Kerry Stevens
Rochester, NY 14607

| | | |
|---|---|---|
| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Greecetown #62 in Rochester, NY - Debtor's interest: Lessee |
| | State the term remaining | |
| | List the contract number of any government contract | |

PFP LLC
360 Jefferson Road
Rochester, NY 14623

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 43 of 86



## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Snow Plowing** |
| | State the term remaining | **1 month** |
| | List the contract number of any government contract | |

**Pro Maintenance Service**
**201 W. Genessee Street**
**Fayetteville, NY 13066**

| | | |
|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Software & Maintenance** |
| | State the term remaining | **4 months** |
| | List the contract number of any government contract | |

**Radient Systems**
**3925 Brookside Parkway**
**Alpharetta, GA 30022**

| | | |
|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Bushnells #175 in Rochester, NY - Debtor's interest: Lessee** |
| | State the term remaining | **58 months** |
| | List the contract number of any government contract | |

**Rapowitz Associates LP**
**3617 Fair Oaks Place**
**Longboat Key, FL 34228**

| | | |
|---|---|---|
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Snow plowing** |
| | State the term remaining | **1 month** |
| | List the contract number of any government contract | |

**Red 9 Enterprise**
**25 Timberline Drive**
**Penfield, NY 14526**

| | | |
|---|---|---|
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - East Greenbush #68 in Albany, NY - Debtor's interest: Lessee** |
| | State the term remaining | **34 months** |
| | List the contract number of any government contract | |

**Rensselaer County Plaza Associates**
**c/o Nigro Companies**
**20 Corporate Woods Blvd.**
**Albany, NY 12211**

| | | |
|---|---|---|
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Rubbish Disposal** |
| | State the term remaining | **19 months** |
| | List the contract number of | |

**Republic Service**
**136 Sicker Road**
**Latham, NY 12110**

Software Copyright © 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2-16-20213-PRW, Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,
Description: Main Document , Page 44 of 86

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| any government contract | |

| 2.4 4. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Rental** | |
|---|---|---|---|
| | State the term remaining | **17 months** | **Ryder** **6000 Windward Parkway** **Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |

| 2.4 5. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Troy #1 in Albany, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | **75 months** | **Sage Colleges** **65 1st Street** **Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.4 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Southtown #142 in Rochester, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | **49 months** | **South Town Plaza Associates LLC** **P.O. Box 20852** **Rochester, NY 14602** |
| | List the contract number of any government contract | | |

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Stuyvesant #2 in Albany, NY - Debtor's interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | **58 months** | **Stuyvesant Plaza Inc.** **4 Tower Pl Suite 101** **Albany, NY 12203** |
| | List the contract number of any government contract | | |

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **Rubbish Disposal** | |
|---|---|---|---|
| | State the term remaining | **13 months** | **Syracuse Haulers** **6223 Thompson Road, Suite 1000** **Syracuse, NY 13206** |
| | List the contract number of any government contract | | |

Case 2-16-20213-PRW Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43, Description: Main Document , Page 45 of 86

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Telephone & Internet | |
|---|---|---|---|
| | State the term remaining | 36 months | |
| | List the contract number of any government contract | | Time Warner Cable<br>20 Century Hill Drive<br>Latham, NY 12110 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Western #77 in Albany, NY - Debtor's interest: Lessee | |
|---|---|---|---|
| | State the term remaining | 32 months | Tomaroch Management LLC<br>c/o Hoffman Enterprises<br>25 Corporate Circle Suite 100<br>Albany, NY 12203 |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Copier | |
|---|---|---|---|
| | State the term remaining | 59 months | |
| | List the contract number of any government contract | | Toshiba<br>150 Metro Park<br>Rochester, NY 14623 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease at 24 State Street Pittsford, New York 14534 Debtor's Interest: Lessee | |
|---|---|---|---|
| | State the term remaining | 7 months | Town of Pittsford New York<br>11 South Main Street<br>Pittsford, NY 14534 |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Bayberry #231 in Syracuse, NY - Debtor's interest: Lessee | |
|---|---|---|---|
| | State the term remaining | 11 months | Trason-Global Realty LLC<br>3187 Bellevue Avenue Apt. A3<br>Winkworth Garden Apartments<br>Syracuse, NY 13219 |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Store Lease - Rochester Commissary #8046 in Rochester, NY - Debtor's interest: Lessee | University Business Center<br>c/o Buckingham Properties LLC<br>259 Alexander Street<br>Rochester, NY 14607 |
|---|---|---|---|
| | State the term remaining | 93 months | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract _____

| | | | |
|---|---|---|---|
| 2.5 5. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Village #91 in Albany, NY - Debtor's interest: Lessee** | |
| | State the term remaining | **41 months** | **Village Square LLC** **14 Hemlock Street** **P.O. Box 24470** **Latham, NY 12110-0517** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.5 6. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Perinton #36 in Rochester. NY - Debtor's interest: Lessee** | |
| | State the term remaining | **11 months** | **Wegmans Food Markets Inc.** **Real Estate Account** **P.O. Box 24470** **Rochester, NY 14624** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.5 7. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Empire #53 in Rochester. NY - Debtor's interest: Lessee** | |
| | State the term remaining | **76 months** | **Wegmans Food Markets Inc.** **Real Estate Account** **P.O. Box 24470** **Rochester, NY 14624** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.5 8. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Latta #72 in Rochester. NY - Debtor's interest: Lessee** | |
| | State the term remaining | **67 months** | **Wegmans Food Markets Inc.** **Real Estate Account** **P.O. Box 24470** **Rochester, NY 14624** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.5 9. | State what the contract or lease is for and the nature of the debtor's interest | **Store Lease - Wolf #30 in Albany, NY - Debtor's interest: Lessee** | |
| | State the term remaining | **105 months** | **Windsor Wolf Road Properties LLC** **P.O. Box 12753** **Columbia Development Group** **Albany, NY 12212** |
| | List the contract number of any government contract | | |

Case 2-16-20213-PRW Doc 143, Filed 03/31/16, Entered 03/31/16 17:58:43,

Description: Main Document , Page 47 of 86

# SCHEDULE G

# PART 1 - NO. 2.8

**List of stores for which there is a Corresponding Franchise Agreement with Bruegger's Franchise Corporation**

Rochester
- Southtown Plaza
- Bushnell's
- Panorama
- Perinton
- Monroe-Goodman (2)
- Ridge-Portland
- Empire
- Greece Towne
- Pennfair
- Pittsford Library
- Mt. Hope
- Latta-Longpond
- Monroe Clover

Albany
- Troy
- Latham
- Central
- Stuyvesant
- Madison
- Clifton Park (2)
- Union
- Saratoga (2)
- Wolf
- Demar
- E. Greenbush
- Western
- Village Square

Syracuse
- W. Taft (2)
- S. Crouse
- Nottingham
- Bayberry
- Erie
- Manlius

1941244_1

Fill in this information to identify the case:

Debtor name **Flour City Bagels, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**

Case number (if known) **16-20213**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**  **Column 2: Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | F. Kenneth Greene | 57 Sunset Blvd<br>Pittsford, NY 14534 | New York State Sales Tax Processing | ■ D _2.4_<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | F. Kenneth Greene | 57 Sunset Blvd<br>Pittsford, NY 14534 | United Capital Business Lending, Inc. | ■ D _2.6_<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Michael Borrelli | 22 Cricket Hill Drive<br>Pittsford, NY 14534 | New York State Sales Tax Processing | ■ D _2.4_<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Michael Borrelli | 22 Cricket Hill Drive<br>Pittsford, NY 14534 | United Capital Business Lending, Inc. | ■ D _2.6_<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Richard DeCarr | 4753 Fawn Hill<br>Syracuse, NY 13215 | United Capital Business Lending, Inc. | ■ D _2.6_<br>☐ E/F ____<br>☐ G ____ |

Case 2-16-20213-PRW, Doc 143,   Filed 03/31/16,   Entered 03/31/16 17:58:43,
Description: Main Document  , Page 50 of 86

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  12/30/15 to Filing Date | ■ Operating a business<br>☐ Other | $3,352,669.00 |
   | **For prior year:**<br>From  12/31/14 – 12/29/15 | ■ Operating a business<br>☐ Other | $22,920,273.00 |
   | **For year before that:**<br>From 1/01/2014 to  12/30/14 | ■ Operating a business<br>☐ Other | $23,145,052.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Case 2-16-20213-PRW,    Doc 143,    Filed 03/31/16,    Entered 03/31/16 17:58:43,    Description: Main Document  , Page 51 of 86

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   See attached | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See Attached | | | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   University Business Center, LLC v. Flour City Bagel, et al<br>LT-0013646-16/RO | Eviction Proceedings related to property known as University Business Center, Building 2, Suites 300 & 310, University Avenue, Rochester, New York 14607 | Rochester City Court 99 Exchange Blvd. Rochester, NY 14614 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2-16-20213-PRW,   Doc 143,   Filed 03/31/16,   Entered 03/31/16 17:58:43,
Description: Main Document  , Page 52 of 86

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Karina Nicolakis v. Ryder Truck Rental, Inc., Flour City Bagels LLC and Larry Ingram Index No.: 24208/15E | Personal Injury | Bronx County Supreme Court Bronx, NY 10451 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Employee Relations Associates, Inc. v. Flour City Bagels, LLC Index No.: 15-11966 | Civil | Monroe County Supreme Court 99 Exchange Blvd. Rochester, NY 14614 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Monroe Clover Plaza, LLC v. Flour City Bagel, LLC, et al. | Eviction Proceedings for property located at 2951 Monroe Ave., Rochester, NY 14618 | Brighton Town Court, Monroe County 2300 Elmwood Ave. Rochester, NY 14618 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Cancer Wellness Spa 240 Kilbourne Road Rochester, NY 14618 | Gift cards in the amount of $125.00 each | 1st of the month starting on 3/1/14 through 12/1/14 | $1,250.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | Cancer Wellness Spa 7 Brickston Drive Pittsford, NY 14534 | Gift cards in the amount of $125.00 each | 1st of the month starting on 1/1/15 through 3/1/16 | $1,875.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | Foodlink 1999 Mt. Read Blvd. Rochester, NY 14615 | Donation Boxes at Cash Registers | 2/23/15 | $1,244.00 |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | Lollypop Farm<br>99 Victor Road<br>Fairport, NY 14450 | Donation Boxes at Cash Registers | 5/12/15 | $1,100.00 |
| | Recipients relationship to debtor | | | |
| 9.5. | Jewish Community Center of Rochester<br>1200 Edgewood Avenue<br>Rochester, NY 14618 | Payment for sponsoring The Brueggers Bagels 5k from 2013-2015 | 7/30/15 | $9,000.00 |
| | Recipients relationship to debtor | | | |
| 9.6. | Susan G. Komen of Central New York<br>5008 Brittonfield Parkway, Suite 300<br>East Syracuse, NY 13057 | Donation Boxes at Cash Registers | 11/30/15 | $1,263.50 |
| | Recipients relationship to debtor | | | |
| 9.7. | Israel Tennis Centers<br>57 West 38th Street, Suite 605<br>New York, NY 10018 | Donation Boxes at Cash Registers | 12/30/15 | $2,138.00 |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. Payments related to bankruptcy
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See attached list | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Tag/Reman International 121 Sullys Trail Fairport, NY 14450 | Restaurant Equipment | Various dates | Unknown |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Albany Menands Self Storage**<br>**1373 Broadway**<br>**Albany, NY 12204** | **Mark Johnson**<br>**Shawn Hoke**<br>**Scott Smith**<br>**Chris Sawyer** | **Restaurant Equipment** | ☐ No<br>■ Yes |
| **Reman International**<br>**121 Sullys Trail, Suite 8**<br>**Fairport, NY 14450** | **Kenneth Greene** | **Restaurant Equipment** | ☐ No<br>■ Yes |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

not list leased or rented property.

■ None

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **BD-ROC, LLC** **12201 Merit Drive, Suite 900** **Dallas, TX 75251** | **Operation of two Brioche Doree restaurants** | **Dates business existed** EIN:  **46-3224819** From-To  **July, 2013 through present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Michael Borrelli<br>22 Cricket Hill Dr.<br>Pittsford, NY 14534 | March 2013 through August 2015 |
| 26a.2.    Richard Szekelyi<br>Phoenix Management Services, LLC<br>1382 W. 9th Street, Suite 310<br>Cleveland, OH 44113 | August 2015 through the Petition Date |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Michael Borrelli<br>22 Cricket Hill Drive<br>Pittsford, NY 14534 | March 2013 through August 2015 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    Richard Szekelyi<br>Phoenix Managment Services, LLC<br>1382 W. 9th Street, Suite 310<br>Cleveland, OH 44113 | August 2015 through the Petition Date |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Richard Szekelyi<br>Phoenix Management Services, LLC<br>1382 W. 9th Street<br>Cleveland, OH 44113 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    United Capital Business Lending, Inc.<br>n/k/a Bridge Funding Group, Inc.<br>215 Schilling Circle, Suite 100<br>Hunt Valley, MD 21031

26d.2.    Canal Mezzanine Partners II LP<br>8840 Commons Blvd., Suite 130<br>Twinsburg, OH 44087

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Kevin Coyne | Canal Mezzanine Partners II LP 8840 Commons Blvd., Suite 130 Twinsburg, OH 44087 | Manager of HOT, LLC, the Debtor's sole member | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Michael Borrelli | 22 Cricket Hill Dr. Pittsford, NY 14534 | Chief Financial Officer Member of Debtor's sole member, HOT, LLC | Through August 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| F. Kenneth Greene | 57 Sunset Blvd. Pittsford, NY 14534 | Chief Executive Officer Majority member of Debtor's sole member, HOT, LLC | Through August 2015 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1 | See answer to Question No. 4 | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| HOT, LLC | EIN:    16-1599516 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Name of the parent corporation                          Employer Identification number of the parent
                                                        corporation

---

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 31, 2016_____

__/s/ Kevin Coyne_____              __Kevin Coyne_____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    __Manager_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
  ☐ No
  ■ Yes

Case 2-16-20213-PRW,    Doc 143,    Filed 03/31/16,    Entered 03/31/16 17:58:43,
Description: Main Document  , Page 60 of 86

# STATEMENT OF FINANCIAL AFFAIRS

# NO. 3

# Flour City Bagels, LLC
## Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Memo | Amount |
|---|---|---|---|---|
| 12/01/2015 | BRUEGGERS ENTERPRISES INC. | 12201 MERIT DR SUITE 900 DALLAS, TX 75251 USA | ROYALTIES & MARKETING FEE | 30,691.16 |
| 12/01/2015 | SANTAROSE, MARGE | 247 WALZER RD ROCHESTER NY 14622 United States | 9983 OFFICE CLEANING | 80.00 |
| 12/02/2015 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 16,302.59 |
| 12/02/2015 | OFF CAMPUS SOLUTIONS | 680 AMERICAN AVE SUITE 102 KING OF PRUSSIA, PA 19406 | 1, 13, 142 MONTHLY FEE FOR THE | 110.00 |
| 12/02/2015 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 4,995.80 |
| 12/03/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA  19317-9716 | 9983 PROFESSIONAL FEES | 4,167.50 |
| 12/04/2015 | 175 BRUEGGERS P/C | 709-11 PITTSFORD-VICTOR RD PITTSFORD NY 14534 United States | 175 - PETTY CASH | 56.19 |
| 12/04/2015 | 2 BRUEGGERS P/C | 1475 WESTERN AVE ALBANY NY  12203 | 2 PETTY CASH | 34.97 |
| 12/04/2015 | 215 BRUEGGERS P/C | 333 NOTTINGHAM RD SYRACUSE NY  13210 United States | 215 PETTY CASH | 66.03 |
| 12/04/2015 | 235 BRUEGGERS P/C | 3065 ERIE BLVD EAST SYRACUSE NY  13224 United States | 235 PETTY CASH | 56.98 |
| 12/04/2015 | 731 SOUTH CROUSE AVENUE CORP | 989 JAMES ST SYRACUSE NY  13203 United States | 199 RENT | 6,488.99 |
| 12/04/2015 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINTENANCE PETTY CASH | 1,543.49 |
| 12/04/2015 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | 9148 EXPENSE REPORT | 746.35 |
| 12/04/2015 | CLIFTON COUNTRY RD ASSOCIATES LLC | PO BOX 1549 C/O WINDSOR DEV GROUP INC CLIFTON PARK NY 12065-0807 | RENT | 10,924.30 |
| 12/04/2015 | COMMISSIONER OF FINANCE - BINGHAMTON | PO BOX 5271 BINGHAMTON NY 13902 United States | REAL ESTATE TAXES | 9,465.93 |
| 12/04/2015 | DECAROLIS TRUCK RENTAL INC | 333 COLFAX ST ROCHESTER NY 14606 United States | 8046 - DAILY FIXED CHARGE 8/28/1 | 398.60 |
| 12/04/2015 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 1,643.50 |
| 12/04/2015 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY  14623 ATTN  SUE KELLEY | SECURITY SERVICES | 1,500.00 |
| 12/04/2015 | DUFFY'S EQUIPMENT SERVICES | 3138 ONEIDA ST SAUQUOIT NY 13456-2814 United States | REPAIR & MAINTENANCE | 3,562.13 |
| 12/04/2015 | FAIRPORT MUNICIPAL COMMISSION | 31 SOUTH MAIN ST FAIRPORT NY 14450 United States | 36 ELECTRIC | 664.68 |
| 12/04/2015 | FINGER LAKES LEGAL INC | 121 WEST MAIN ST VICTOR NY 14564 United States | 9983 PROFESSIONAL FEES | 687.35 |
| 12/04/2015 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 5,623.20 |
| 12/04/2015 | FUNCTIONAL COMMUNICATIONS CORP | 5900 SOUTH SALINA ST SYRACUSE NY 13205 United States | VENDOR | 1,218.96 |
| 12/04/2015 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 764.45 |
| 12/04/2015 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN  46206-0068 | 9983 - PROFESSIONAL FEES | 22,157.42 |
| 12/04/2015 | IMPRINTABLE SOLUTIONS INK (WE'RE FORMS) | 500 HELENDALE RD SUITE 160 ROCHESTER NY 14609 United States | 9983 - A/P ENVELOPES | 105.84 |
| 12/04/2015 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 7,402.37 |
| 12/04/2015 | KAY CHEMICAL COMPANY | PO BOX 601090 CHARLOTTE NC  28260-1090 | 8046 CLEANING SUPPLIES | 2,299.16 |
| 12/04/2015 | MALT PRODUCTS LLC | PO BOX 898 SADDLE BROOK NJ 07663 United States | 8046 BAKING | 5,421.54 |
| 12/04/2015 | MILLS, PAUL | 744 COUNTY ROUTE 10 BOX 37A PENNELLVILLE NY 13132 United States | 9150 EXPENSE REPORT | 341.55 |
| 12/04/2015 | MONROE CLOVER PLAZA LLC | 259 ALEXANDER ST C/O BUCKINGHAM PROPERTIES LLC ROCHESTER NY 14607 | 745 RENT | 5,132.60 |
| 12/04/2015 | NATIONAL GRID | PO BOX 11742 NEWARK NJ  07101-4742 | UTILITY | 5,325.17 |
| 12/04/2015 | NCR CORPORATION | PO BOX 198755 ATLANTA GA  30384-8755 | MAINTENCE AGREEMENT | 500.00 |
| 12/04/2015 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | 9145 EXPENSE REPORT | 652.85 |
| 12/04/2015 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | ALB MAINT PETTY CASH | 1,280.34 |
| 12/04/2015 | NEWTON PLAZA ASSOCIATES LLC - DUES | 596 NEW LOUDON RD LATHAM NY  12110 | 013 DUES | 50.00 |
| 12/04/2015 | NEWTON PLAZA ASSOCIATES LLC - RENT | 596 NEW LOUDON RD LATHAM NY 12110 United States | 013 RENT | 6,160.07 |
| 12/04/2015 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 784.25 |
| 12/04/2015 | PENFIELD TK OWNER LLC | C/O JADD MANAGEMENT LLC 415 PARK AVE ATTN KERRY STEVENS ROCHESTER NY 14607 | 287 RENT | 5,471.74 |
| 12/04/2015 | PERVASIVE SOLUTIONS LLC | PO BOX #743 VICTOR NY 14564 United States | 9983 COMPUTER HELP | 840.85 |
| 12/04/2015 | RICHARDS, MARILEE | 79 BEVERLY ST ROCHESTER NY 14610 United States | 9146 EXPENSE REPORT | 439.30 |
| 12/04/2015 | RYDER TRANSPORTATION SERVICES INC | PO BOX 96723 CHICAGO IL 60693 United States | 8046 VEHICLE CHARGES 9/30/15 - | 3,796.66 |
| 12/04/2015 | SAGE COLLEGES | 65 1ST ST TROY NY 12180 United States | 1 RENT | 2,845.02 |
| 12/04/2015 | SCHAAP MOVING SYSTEMS INC | 6 BROWN RD ALBANY NY 12205 United States | MOVER | 550.68 |
| 12/04/2015 | SERVPRO OF NW MONROE COUNTY | 1520 EMERSON ST ROCHESTER NY  14606 | 9983 - FIRE DAMAGE RESTORATIO | 2,309.80 |
| 12/04/2015 | STUYVESANT PLAZA INC | 4 TOWER PL SUITE 101 ALBANY NY 12203 United States | 002 RENT | 8,014.18 |
| 12/04/2015 | STUYVESANT PLAZA INC | 4 TOWER PL SUITE 101 ALBANY NY 12203 United States | 2 WATER | 762.67 |
| 12/04/2015 | SYRACUSE DEPARTMENT OF WATER | PO BOX 5268 BINGHAMTON NY 13902-5268 United States | 235 WATER | 327.44 |
| 12/04/2015 | TRASON-GLOBAL REALTY LLC | 3187 BELLEVUE AVE   APT  A3 WINKWORTH GARDEN APARTMENTS SYRACUSE NY 13219 | 231 RENT | 3,496.64 |
| 12/04/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIRS & MAINTENANCE | 3,500.00 |
| 12/04/2015 | TROPICANA CHILLED DSD INC-Chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 3,199.28 |
| 12/04/2015 | UNIVERSITY BUSINESS CENTER | C/O BUCKINGHAM PROPERTIES LLC 259 ALEXANDER ST ROCHESTER NY 14607 | 8046 RENT | 7,366.44 |
| 12/04/2015 | US FOODSERVICE INC. | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | 990 GNPK | 726.14 |
| 12/04/2015 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 58,385.08 |
| 12/04/2015 | VILLAGE SQUARE LLC | 14 HEMLOCK ST PO BOX 517 LATHAM NY 12110-0517 United States | 091 RENT | 5,320.00 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Payee | Address | Account | Amount |
|---|---|---|---|---|
| 12/04/2015 | WINDSOR WOLF ROAD PROPERTIES LLC | PO BOX 12753 COLUMBIA DEVELOPMENT GROUP ALBANY NY 12212 | 030 RENT | 5,939.56 |
| 12/04/2015 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 1,106.90 |
| 12/04/2015 | ZABITCHUCK, JOSEPH | 33 KENCREST DR ROCHESTER NY 14606 | 9147 EXPENSE REPORT | 441.60 |
| 12/07/2015 | PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 - RETAINERS | 10,000.00 |
| 12/08/2015 | BAY STATE MILLING COMPANY CORP | 100 CONGRESS ST ATTN A/R DEPT QUINCY MA 02169-0948 United States | 8046 BAKING | 5,601.20 |
| 12/08/2015 | BRUEGGERS ENTERPRISES INC. | 12201 MERIT DR SUITE 900 DALLAS, TX 75251 USA | ROYALTIES & MARKETING FEE | 30,235.24 |
| 12/09/2015 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 21,211.66 |
| 12/09/2015 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 6,133.48 |
| 12/10/2015 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60675-2572 | 8046 FLOUR | 9,421.23 |
| 12/10/2015 | CNL APF PARTNERS, LP - RENT | PO BOX 100327 ATLANTA GA 30384-0327 United States | RENT | 15,928.34 |
| 12/10/2015 | EXCELLUS BLUECROSS BLUESHIELD | PO BOX 5266 BINGHAMTON NY 13902-5266 United States | 9983 HEALTH INSURANCE | 11,912.71 |
| 12/10/2015 | EXCELLUS BLUECROSS BLUESHIELD | PO BOX 5266 BINGHAMTON NY 13902-5266 United States | 9983 HEALTH INSURANCE | 14,871.95 |
| 12/10/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,026.56 |
| 12/10/2015 | PURCELL COSGROVE, AMY K | 25 ACORN LN FAIRPORT NY 14450 | 9983 - VEHICLE TIRE | 245.06 |
| 12/10/2015 | TRIMARK SS KEMP - CLEVELAND CORPORATION | 4567 WILLOW PARKWAY CLEVELAND OH 44125-1041 United States | 72 - BEVERAGE DISPENSER | 1,284.12 |
| 12/11/2015 | 107 BRUEGGERS P/C | 5196 WEST TAFT RD NORTH SYRACUSE NY 13212 United States | 107 PETTY CASH | 42.81 |
| 12/11/2015 | 13 BRUEGGERS P/C | 594 NEW LOUDEN RD LATHAM NY 12110 United States | 13 PETTY CASH | 85.57 |
| 12/11/2015 | 142 BRUEGGERS P/C | 3333 WEST HENRIETTA RD ROCHESTER NY 14623 United States | 142 PETTY CASH | 63.63 |
| 12/11/2015 | 20 BRUEGGERS P/C | 1116 MADISON AVE ALBANY NY 12208 United States | 20 PETTY CASH | 33.75 |
| 12/11/2015 | 26 BRUEGGERS P/C | 1634 UNION ST SCHENECTADY NY 12309 United States | 26 PETTY CASH | 100.45 |
| 12/11/2015 | 62 BRUEGGERS P/C | 2498 RIDGE RD WEST ROCHESTER NY 14626 United States | 62 PETTY CASH | 88.44 |
| 12/11/2015 | 646 BRUEGGERS P/C | 2200 PENFIELD RD PENFIELD NY 14526 United States | 646 PETTY CASH | 93.25 |
| 12/11/2015 | 68 BRUEGGERS P/C | RENSSELAER CNTY PLAZA RT 4&20 RENSSELAER NY 12144 | 68 PETTY CASH | 110.39 |
| 12/11/2015 | 70 BRUEGGERS P/C | 1400 MT HOPE AVE ROCHESTER NY 14620 United States | 70 PETTY CASH | 66.87 |
| 12/11/2015 | A COMPARATO REALTY & MANAGEMENT | COMPSON DEVELOPMENT 2465 RIDGE RD WEST ROCHESTER NY 14626 | 646 RENT | 5,550.00 |
| 12/11/2015 | AIRGAS USA LLC | PO BOX 802756 NORTH DIVISION CHICAGO IL 60680-2576 | VENDOR | 464.83 |
| 12/11/2015 | ALBANY FIRE EXTINGUISHER INC | 215 WATERVLIET SHAKER RD WATERVLIET NY 12189 United States | 158 FIRE EXTINGUISHER SERVICE | 46.60 |
| 12/11/2015 | ALBANY WATER BOARD | PO BOX 1966 ALBANY NY 12201-1966 United States | UTILITY | 2,239.78 |
| 12/11/2015 | ARAMARK UNIFORM SERVICES INC | PO BOX 28050 AUS NORTH LOCK NEW YORK NY 10087-8050 United States | VENDOR | 4,452.15 |
| 12/11/2015 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | 9983 - ROC MAINT PETTY CASH | 3,461.73 |
| 12/11/2015 | BOEHM,CHARLES-florida | 248 NORTH LAKE AVE TROY NY 12180 United States | 026 RENT | 2,310.00 |
| 12/11/2015 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | SYR MAINT PETTY CASH | 225.20 |
| 12/11/2015 | BUDGET SEWER AND DRAIN | 872 OLD ALBANY SHAKER RD LATHAM NY 12110 United States | REPAIR & MAINTENANCE | 486.00 |
| 12/11/2015 | CENTER FOR SECURITY/LOCKSMITHS | 1659 ROUTE 9 CLIFTON PK NY 12065 United States | 26 REPAIR MEDECO RIM CYLINDER | 145.80 |
| 12/11/2015 | CLAY TOWN OF | OSWEGO ROAD WATER 4401 STATE ROUTE 31 CLAY NY 13041-8707 | 231 WATER | 114.12 |
| 12/11/2015 | CLEAR VIEW BAG CO. INC. | PO BOX 11160 ALBANY NY 12211 United States | 8046 CLEAR POLY BAGS | 440.79 |
| 12/11/2015 | D BRICKMAN INC | PO BOX 4188 ALBANY NY 12204 United States | VENDOR | 1,661.23 |
| 12/11/2015 | DAVES GLASS CO INC | 160 DELAWARE AVE DELMAR NY 12054 United States | REPAIR & MAINTENANCE | 1,063.80 |
| 12/11/2015 | DAVID L GANDELL MD | 21 WARWICK DR FAIRPORT NY 14450 United States | 070 RENT | 12,312.99 |
| 12/11/2015 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | VENDOR | 1,269.75 |
| 12/11/2015 | DELAWARE PLAZA LLC | 180 DELAWARE AVE DELAWARE PLAZA SUITE 200 DELMAR NY 12054 | 047 RENT | 8,834.99 |
| 12/11/2015 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN SUE KELLEY | SECURITY | 1,500.00 |
| 12/11/2015 | DUFFY'S EQUIPMENT SERVICES | 3138 ONEIDA ST SAUQUOIT NY 13456-2814 United States | REPAIR & MAINTENANCE | 1,140.62 |
| 12/11/2015 | ELLIS HOSPITAL CORPORATION | 1101 NOTT ST SCHENECTADY NY 12308 United States | WORKERS COMP | 155.52 |
| 12/11/2015 | ELLIS HOSPITAL CORPORATION | 1101 NOTT ST SCHENECTADY NY 12308 United States | WORKERS COMP | 170.50 |
| 12/11/2015 | ELLIS HOSPITAL CORPORATION | 1101 NOTT ST SCHENECTADY NY 12308 United States | WORKERS COMP | 156.78 |
| 12/11/2015 | EMG NOTTINGHAM LLC | 277 MARTINE AVE WHITE PLAINS NY 10601 United States | 215 RENT | 6,004.15 |
| 12/11/2015 | ERIE BOULEVARD LLC | PO BOX 808 SHELBURNE VT 05482-0808 United States | 235 RENT | 12,580.15 |
| 12/11/2015 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | 8046 / 9983 SHIPPING | 126.41 |
| 12/11/2015 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 3,978.75 |
| 12/11/2015 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | 9983 PHONE | 34.43 |
| 12/11/2015 | GATTI PLUMBING INC | 441-A ELMGROVE RD ROCHESTER NY 14606 United States | REPAIR & MAINTENANCE | 97.20 |
| 12/11/2015 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 308.78 |
| 12/11/2015 | GREECE TOWN CENTER LLC | C/O ALLOCO REAL ESTATE MANAGEMENT PO BOX 25111 ROCHESTER NY 14625 | 062 RENT | 3,738.67 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Payee | Address | Account | Amount |
|---|---|---|---|---|
| 12/11/2015 | HAFNER FAMILY LIMITED PARTNSHIP | 500 DAVID DR N SYRACUSE NY 13212 United States | 066 RENT | 4,787.74 |
| 12/11/2015 | J & R WELDING INC | 270 MILTON AVE BALLSTON SPA NY 10220 United States | REPAIR & MAINTENANCE | 120.00 |
| 12/11/2015 | J C EHRLICH CO INC | PO BOX 13848 READING PA 19612-3848 United States | EXTERMINATING | 113.40 |
| 12/11/2015 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 10,689.37 |
| 12/11/2015 | MDB ENTERPRISES LLC | 1025 CENTRAL AVE ALBANY NY 12205 United States | 020 RENT | 3,204.91 |
| 12/11/2015 | MICHAEL PAUL RICHARDS CORP | 249 BANBURY DR ROCHESTER NY 14612 United States | 052 RENT | 5,378.89 |
| 12/11/2015 | MILLS, PAUL | 744 COUNTY ROUTE 10 BOX 37A PENNELLVILLE NY 13132 United States | EXPENSE REIMBURSEMENT | 240.93 |
| 12/11/2015 | MIMEO.COM INC | PO BOX 654018 DALLAS TX 75265-4018 United States | ALB/ROC/SYR - NAMETAGS/STICKI | 165.88 |
| 12/11/2015 | MONROE COUNTY WATER AUTHORITY | PO BOX 5158 BUFFALO NY 14240-5158 United States | 72 WATER | 192.29 |
| 12/11/2015 | MONROE EXTINGUISHER CO INC | 105 DODGE ST PO BOX 60980 ROCHESTER NY 14606 United States | REPAIR & MAINTENANCE | 1,018.71 |
| 12/11/2015 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 9,012.18 |
| 12/11/2015 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARC | 500.00 |
| 12/11/2015 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | ALB MAINT PETTY CASH | 1,139.83 |
| 12/11/2015 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 584.00 |
| 12/11/2015 | PAYCHEX INC | 1175 JOHN ST WEST HENRIETTA NY 14586-9199 | 9983 DECEMBER 2015 ANALYSIS & | 149.75 |
| 12/11/2015 | PLUG & PAY TECHNOLOGIES COR | 1363-26 VETERANS HIGHWAY HAUPPAUGE NY 11788 United States | 9983 BRUEGGERS NOVEMBER 201 | 7.16 |
| 12/11/2015 | POVINELLI CUTLERY & SHARPENING SERVICE | SERVICE INC 3810 UNION RD CHEEKTOWAGA, NY 14225 | VENDOR | 439.50 |
| 12/11/2015 | PRUDENTIAL INSURANCE COMPANY OF AMERICA | PO BOX 101241 ATLANTA GA 30392-1241 United States | 9983 LTD/DBL INS | 1,634.28 |
| 12/11/2015 | RAPOWITZ ASSOCIATES LP | 3617 FAIR OAKS PLACE LONG BOAT KEY FL 34228 United States | RENT | 9,215.41 |
| 12/11/2015 | RENSSELAER COUNTY PLAZA ASSOCIATES | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY  12211 | 068 RENT | 4,839.52 |
| 12/11/2015 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UTILITY | 9,863.16 |
| 12/11/2015 | SONO ITALIANO CORPORATION | 1110 WEST HARRIS RD SUITE 102 ARLINGTON TX 76001 United States | VENDOR | 2,646.50 |
| 12/11/2015 | SOUTH TOWN PLAZA ASSOCIATES LLC | PO BOX 20852 ROCHESTER NY 14602 United States | 142  RENT | 7,081.49 |
| 12/11/2015 | SYRACUSE HAULERS | 6223 THOMPSON RD SUITE 1000 SYRACUSE NY 13206 United States | SYR RUBBISH REMOVAL | 2,034.49 |
| 12/11/2015 | TIME WARNER COMMUNICATIONS-70872 | PO BOX 70872 CHARLOTTE NC 28272-0872 United States | UTILITY | 3,437.58 |
| 12/11/2015 | TJB SUNSHINE ENTERPRISE INC | 10 MAIN ST SUITE 201 BALLSTON LAKE NY 12019 | SYR RUBBISH REMOVAL | 957.60 |
| 12/11/2015 | TOMAROCH MANAGEMENT LLC | C/O HOFFMAN ENTERPRISES 25 CORPORATE CIRLCE SUITE 100 ALBANY NY 12203 | 077 RENT | 4,263.02 |
| 12/11/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 12/11/2015 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 1,292.32 |
| 12/11/2015 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | 8046 BAKING | 4,047.10 |
| 12/11/2015 | US FOODS CULINARY EQUIPMENT SUPPLIES | PO BOX 64177 ST PAUL MN 55164 United States | 8046 - PREPAY RESTAURANT SUP | 2,159.06 |
| 12/11/2015 | US FOODSERVICE INC | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | VENDOR | 735.05 |
| 12/11/2015 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 53,636.15 |
| 12/11/2015 | W B MASON CO INC | PO BOX 981101 BOSTON MA 02298-1101 United States | OFFICE SUPPLIES | 604.77 |
| 12/11/2015 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT PO BOX 24470 ROCHESTER NY 14624 United States | 072 RENT | 4,916.24 |
| 12/11/2015 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 1,008.02 |
| 12/11/2015 | YOUNGBLOOD DISPOSAL ENTERPRISES OF WESTER | PO BOX 64463 ROCHESTER NY 14624 United States | DISPOSAL | 1,758.90 |
| 12/15/2015 | BRUEGGERS ENTERPRISES INC. | 12201 MERIT DR SUITE 900 DALLAS, TX 75251 USA | ROYALTIES & MARKETING FEE | 29,148.09 |
| 12/15/2015 | ENRIQUEZ, JESSE RYAN | C/O BRUEGGERS 1400 MT HOPE AVE ROCHESTER NY  14620 | 9983 REISSUE P/R CHECK DATED | 149.13 |
| 12/15/2015 | INTUIT QUICKBOOKS INC | 2800 E COMMERCE CENTER PLACE TUCSON AZ  85706 | 9983 DECEMBER 2015 INTUIT QUIC | 219.96 |
| 12/15/2015 | PMC INSURANCE COMPANY INC | 209 BURLINGTON RD BEDFORD MA  01730 | 9983 NOVEMBER 2015 WORKERS ( | 15,232.47 |
| 12/15/2015 | SANTAROSE, MARGE | 247 WALZER RD ROCHESTER NY 14622 United States | 9983 OFFICE CLEANING | 80.00 |
| 12/15/2015 | THE HARTFORD | PO BOX 660916 DALLAS TX  75266-0916 | 9983 - AUTO INSURANCE | 920.13 |
| 12/16/2015 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | 8046 CC | 11,723.34 |
| 12/16/2015 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 7,289.62 |
| 12/17/2015 | ENRIQUEZ, JESSE RYAN | C/O BRUEGGERS 1400 MT HOPE AVE ROCHESTER NY  14620 | 9983 REISSUE P/R CHECK DATED | 79.98 |
| 12/17/2015 | PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA  19317-9716 | 9983 PROFESSIONAL FEES | 11,500.00 |
| 12/17/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA  19317-9716 | 9983 PROFESSIONAL FEES | 12,761.92 |
| 12/18/2015 | 107 BRUEGGERS P/C | 5196 WEST TAFT RD NORTH SYRACUSE NY 13212 United States | 107 PETTY CASH | 41.10 |
| 12/18/2015 | 199 BRUEGGERS P/C | 731 SOUTH CROUSE AVE SYRACUSE NY 13210 United States | 199 PETTY CASH | 71.20 |
| 12/18/2015 | 215 BRUEGGERS P/C | 333 NOTTINGHAM RD SYRACUSE NY  13210 United States | 215 PETTY CASH | 140.50 |
| 12/18/2015 | 231 BRUEGGERS P/C | 7601 OSWEGO RD RT 57 LIVERPOOL NY 13090 United States | 231 PETTY CASH | 96.36 |
| 12/18/2015 | 287 BRUEGGERS P/C | 1601 PENFIELD RD ROCHESTER NY 14625 United States | 287 PETTY CASH | 50.62 |
| 12/18/2015 | 72 BRUEGGERS P/C | 3177 LATTA RD ROCHESTER NY  14612 United States | 72 PETTY CASH | 77.51 |
| 12/18/2015 | 900 CENTRAL AVENUE LLC | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY  12211 | RENT | 11,095.72 |
| 12/18/2015 | 91 BRUEGGERS P/C | 1770 CENTRAL AVE ALBANY NY  12205 United States | 91 PETTY CASH | 155.25 |
| 12/18/2015 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 1,326.48 |

# Flour City Bagels, LLC
## Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Memo | Amount |
|---|---|---|---|---|
| 12/18/2015 | BOEHM,CHARLES-florida | 248 NORTH LAKE AVE TROY NY 12180 United States | 26 2015-2016 TAX BILL 1ST INSTAL | 1,706.82 |
| 12/18/2015 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | 9148 EXPENSE REPORT | 600.88 |
| 12/18/2015 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | EXPENSE REPORT | 747.57 |
| 12/18/2015 | CNL APF PARTNERS, LP - Atlanta | PO BOX 100327 ATLANTA, GA 30384-0327 USA | 003 RENT | 4,333.34 |
| 12/18/2015 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 2,056.00 |
| 12/18/2015 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN SUE KELLEY | SECURITY | 1,500.00 |
| 12/18/2015 | ERIE INSURANCE | 100 ERIE INSURANCE PL ERIE PA 16530 | 9983 INSURANCE | 7,526.23 |
| 12/18/2015 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | SHIPPING | 88.36 |
| 12/18/2015 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 387.72 |
| 12/18/2015 | FLOWER CITY GLASS - SYRACUSE | 222 TEALL AVE SYRACUSE NY 13210 | REPAIR & MAINTENANCE | 1,038.99 |
| 12/18/2015 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 1,925.57 |
| 12/18/2015 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | 142 PHONE | 310.86 |
| 12/18/2015 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 515.20 |
| 12/18/2015 | GE CAPITAL | PO BOX 642333 PITTSBURGH PA 15264-2333 United States | 9145 / 9148 COPIER | 68.04 |
| 12/18/2015 | IMPRINTABLE SOLUTIONS INK (WE'RE FORMS) | 500 HELENDALE RD SUITE 160 ROCHESTER NY 14609 United States | 9983 - A/P CHECKS | 256.77 |
| 12/18/2015 | IPFS CORPORATION | 24722 NETWORK PL CHICAGO IL 60673-1247 | 9983 - UMBRELLA INSURANCE - PA | 980.47 |
| 12/18/2015 | J C EHRLICH CO INC | PO BOX 13848 READING PA 19612-3848 United States | MONTHLY PEST MAINT SERVICE | 2,182.22 |
| 12/18/2015 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 7,592.83 |
| 12/18/2015 | KAY CHEMICAL COMPANY | PO BOX 601090 CHARLOTTE NC 28260-1090 | 8046 COMMISSARY SUPPLIES | 3,456.86 |
| 12/18/2015 | LACAGNINA, DEANNA | 663 BEADLE RD BROCKPORT NY 14420 United States | ROC MILEAGE | 239.20 |
| 12/18/2015 | MALT PRODUCTS LLC | PO BOX 898 SADDLE BROOK NJ 07663 United States | VENDOR | 5,741.74 |
| 12/18/2015 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 5,837.38 |
| 12/18/2015 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 12/18/2015 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | 9145 EXPENSE REPORT | 449.64 |
| 12/18/2015 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | REPAIR & MAINTENANCE | 1,276.54 |
| 12/18/2015 | NYS DEPT OF MOTOR VEHICLES | PO BOX 2409 REVENUE ACCOUNTING ALBANY NY 12220-0409 United States | 9983 NOV 2015 LENS | 1.00 |
| 12/18/2015 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 894.75 |
| 12/18/2015 | PFP LLC | 360 JEFFERSON RD ROCHESTER NY 14623 United States | 062 RENT | 3,738.67 |
| 12/18/2015 | RENSSELAER COUNTY PLAZA ASSOCIATES | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY 12211 | RENT | 7,151.89 |
| 12/18/2015 | REPUBLIC SERVICES #964 | PO BOX 9001099 LOUISVILLE KY 40290-1099 United States | RUBBISH REMOVAL | 2,386.76 |
| 12/18/2015 | RICHARDS, MARILEE | 79 BEVERLY ST ROCHESTER NY 14610 United States | 9146 EXPENSE REPORT | 328.33 |
| 12/18/2015 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UTILITY | 6,556.36 |
| 12/18/2015 | SOUTH TOWN PLAZA ASSOCIATES LLC | PO BOX 20852 ROCHESTER NY 14602 United States | 9983 INSURANCE 7/1/15 - 6/30/16 | 379.36 |
| 12/18/2015 | SOUTH TOWN PLAZA MERCHANTS ASSOCIATES | 2975 BRIGHTON HENRIETTA TL RD ROCHESTER NY 14623 United States | RENT | 153.31 |
| 12/18/2015 | STUYVESANT PLAZA INC | 4 TOWER PL SUITE 101 ALBANY NY 12203 United States | 2 RENT SHORT PAY - FEBRUARY 2 | 29.04 |
| 12/18/2015 | SUBURBAN DISPOSAL CORP | PO BOX 112 SPENCERPORT NY 14559-0112 United States | ROC RUBBISH REMOVAL | 1,017.67 |
| 12/18/2015 | TL CANNON CORPORATION | 220 PONTE VEDRA PARK DR PONTE VEDRA BEACH FL 32082 United States | 36 TRASH REMOVAL | 319.26 |
| 12/18/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 12/18/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 7,411.49 |
| 12/18/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 942.35 |
| 12/18/2015 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 5,342.64 |
| 12/18/2015 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | 8046 BAKING | 4,019.45 |
| 12/18/2015 | US FOODSERVICE INC. | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | VENDOR | 660.48 |
| 12/18/2015 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 54,471.06 |
| 12/18/2015 | VERIZON WIRELESS SERVICES | PO BOX 408 NEWARK NJ 07101-0408 United States | ROC / ALB / SYR PHONE | 590.46 |
| 12/18/2015 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT PO BOX 24470 ROCHESTER NY 14624 United States | RENT | 14,301.31 |
| 12/18/2015 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 1,188.04 |
| 12/18/2015 | ZABITCHUCK, JOSEPH | 33 KENCREST DR ROCHESTER NY 14606 | 9147 EXPENSE REPORT | 684.25 |
| 12/21/2015 | 900 CENTRAL AVENUE LLC | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY 12211 | 158 RENT | 5,504.00 |
| 12/22/2015 | VAN DRUNEN FARMS - PREPAY | 300 WEST 6TH ST MOMENCE IL 60954 United States | VENDOR | 5,612.49 |
| 12/23/2015 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60675-2572 | VENDOR | 9,543.69 |
| 12/23/2015 | BIOSOURCE FLAVORS INC - PREPAY | 300 WEST 6TH ST MOMENCE IL 60954 United States | 8046 PREPAY BLUEBERRY FLAVOI | 1,230.00 |
| 12/23/2015 | CANAL MEZZANINE PARTNERS II | 8840 COMMONS BLVD SUITE 130 TWINSBURG OH 44087 United States | EXPENSE REIMBURSEMENT | 14,438.88 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Account | Amount |
|---|---|---|---|---|
| 12/23/2015 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 19,699.44 |
| 12/23/2015 | NEW YORK STATE SALES TAX PROCESSING | JAF BUILDING PO BOX 1208 NEW YORK NY 10116-1208 United States | SALES TAX | 135,591.84 |
| 12/23/2015 | RIGHT NETWORKS LLC | 14-16 HAMPSHIRE DR HUDSON NH 03051 | QUICKBOOKS | 50.00 |
| 12/23/2015 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 8,625.36 |
| 12/24/2015 | 235 BRUEGGERS P/C | 3065 ERIE BLVD EAST SYRACUSE NY 13224 United States | 235 PETTY CASH | 97.56 |
| 12/24/2015 | 287 BRUEGGERS P/C | 1601 PENFIELD RD ROCHESTER NY 14625 United States | 287 PETTY CSH | 6.47 |
| 12/24/2015 | 52 BRUEGGERS P/C | 1234 EAST RIDGE RD ROCHESTER NY 14621 United States | 52 PETTY CASH | 119.66 |
| 12/24/2015 | 53 BRUEGGERS P/C | 1950 EMPIRE BLVD WEBSTER NY 14580 United States | 53 PETTY CASH | 72.85 |
| 12/24/2015 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 5,301.19 |
| 12/24/2015 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | SYR MAINT PETTY CASH | 183.60 |
| 12/24/2015 | BUDGET SEWER AND DRAIN | 872 OLD ALBANY SHAKER RD LATHAM NY 12110 United States | 68 GREASE TANK | 162.00 |
| 12/24/2015 | CAVOLIS GRINDING SERVICE INC | 1921 BROADWAY SCHENECTADY NY 12306 United States | REPAIR & MAINTENANCE | 2,313.84 |
| 12/24/2015 | CINTAS FIRST AID & SAFETY | PO BOX 631025 CINCINNATI OH 45263-1025 United States | 8046 MEDICAL SUPPLIES | 947.11 |
| 12/24/2015 | COCA-COLA REFRESHMENTS | ROCHESTER SALES CENTER PO BOX 4108 BOSTON, MA 02211-4106 | VENDOR | 240.20 |
| 12/24/2015 | CONNOVER PACKAGING | 119 DESPATCH DR EAST ROCHESTER NY 14445 | 72 DEPOSIT SLIPS | 41.78 |
| 12/24/2015 | CROUSE-MARSHALL BUSINESS ASSOCIATION | 736 IRVING AVE BRIAN R DAVIS, TREASURER SYRACUSE NY 13210 | DUES | 160.00 |
| 12/24/2015 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 1,693.75 |
| 12/24/2015 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN: SUE KELLEY | SECURITY | 1,500.00 |
| 12/24/2015 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | 9983 SHIPPING | 81.56 |
| 12/24/2015 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 248.40 |
| 12/24/2015 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 5,367.46 |
| 12/24/2015 | FRANCOTYP-POSTALIA INC | PO BOX 157 BEDFORD PARK IL 60499-0157 United States | 9983 SHIPPING | 132.19 |
| 12/24/2015 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | 9983 PHONE | 104.21 |
| 12/24/2015 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 480.70 |
| 12/24/2015 | HTS LAWN & LANDSCAPE LLC | PO BOX 757 PITTSFORD NY 14534 | 175 - SNOWPLOWING | 459.00 |
| 12/24/2015 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 3,990.22 |
| 3/23/2015 | LACAGNINA, DEANNA | 663 BEADLE RD BROCKPORT NY 14420 United States | ROC MILEAGE/PETTY CASH | 323.91 |
| 12/24/2015 | MILLS, PAUL | 744 COUNTY ROUTE 10 BOX 37A PENNELLVILLE NY 13132 United States | SYR MILEAGE | 140.30 |
| 12/24/2015 | MONROE COUNTY DEPARTMENT OF HEALTH -R1020 | 111 WESTFALL RD FOOD PROTECTION - ROOM 976 ROCHESTER NY 14620 | ROCHESTER BAKERIES HEALTH P | 4,085.00 |
| 12/24/2015 | MONROE COUNTY WATER AUTHORITY | PO BOX 5158 BUFFALO NY 14240-5158 United States | 62 WATER | 128.35 |
| 12/24/2015 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 United States | UTILITY | 6,595.05 |
| 12/24/2015 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 12/24/2015 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 217.00 |
| 12/24/2015 | ONONDAGA COUNTY WATER AUTHORITY | PO BOX 4949 SYRACUSE NY 13221-4949 United States | 107 WATER | 144.97 |
| 12/24/2015 | RED 9 ENTERPRISES | RED 9 ENTERPRISES 25 TIMBERLINE DRIVE PENFIELD NY 14526 | ROC - 1ST INSTALLMENT SNOWPL | 1,350.00 |
| 12/24/2015 | RELIN GOLDSTEIN & CRANE LLP | 28 E MAIN ST STE 1800 ROCHESTER NY 14614 | 9983 - ATTY FOR EMPLOYEE RELA | 2,261.15 |
| 12/24/2015 | ROCHESTER CITY TREASURER - WATER PAYMENTS | CITY OF ROCHESTER WATER DEPT 90134 PO BOX 5508 | 70 WATER | 405.27 |
| 12/24/2015 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UTILITY | 2,595.95 |
| 12/24/2015 | RYDER TRANSPORTATION SERVICES INC | PO BOX 96723 CHICAGO IL 60693 United States | LEASED TRUCKS | 10,025.08 |
| 12/24/2015 | SCHENECTADY, COUNTY OF | 107 NOTT TERRACE SUITE 300 SCHENECTADY NY 12308-3170 United States | 26 - FOOD SERVICE ESTABLISHME | 215.00 |
| 12/24/2015 | SYRACUSE DEPARTMENT OF WATER | PO BOX 5268 BINGHAMTON NY 13902-5268 United States | 199 WATER | 231.00 |
| 12/24/2015 | THE OTHER SIDE PROPERTY SERVICES | THE OTHER SIDE PROPERTY SERVICES 104 WESTVIEW AVE SYRACUSE NY 13208-1930 | SYR SNOWPLOWING | 1,371.60 |
| 12/24/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 12/24/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 1,878.84 |
| 12/24/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | 235 HVAC REPAIRS | 1,318.57 |
| 12/24/2015 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 1,103.20 |
| 12/24/2015 | W B MASON CO INC | PO BOX 981101 BOSTON MA 02298-1101 United States | OFFICE SUPPLIES | 1,166.38 |
| 12/24/2015 | WHITE, BRIIANA | C/O BRUEGGER'S BAGELS 585 MOSELEY RD FAIRPORT NY 14450 | 9983 EXPENSE REPORT | 92.04 |
| 12/24/2015 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 679.48 |
| 12/28/2015 | LAKELAND BANK | 166 CHANGEBRIDGE RD MONTVILLE, NJ 07045 | 8046 DEC'15 PYMT FORKLIFT | 282.60 |
| 12/28/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 8,603.75 |
| 12/28/2015 | US FOODSERVICE INC | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | VENDOR | 512.08 |
| 12/28/2015 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 50,712.70 |
| 12/29/2015 | SANTAROSE, MARGE | 247 WALZER RD ROCHESTER NY 14622 United States | 9983 OFFICE CLEANING | 80.00 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Vendor | Address | Account | Amount |
|---|---|---|---|---|
| 12/29/2015 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT PO BOX 24470 ROCHESTER NY 14624 United States | RENT | 25,000.00 |
| 12/30/2015 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 15,589.34 |
| 12/30/2015 | NYSEG | PO BOX 11745 NEWARK NJ 07101-4745 United States | UTILITY | 886.21 |
| 12/30/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 9,673.91 |
| 12/30/2015 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 5,613.36 |
| 12/30/2015 | UNITED CAPITAL BUSINESS LENDING INC | PO BOX 677 HUNT VALLEY MD 21030-0677 United States | 9983 INTEREST | 33,000.00 |
| 12/30/2015 | US FOODSERVICE INC. | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | VENDOR | 752.01 |
| 12/30/2015 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 60,966.48 |
| 12/31/2015 | 731 SOUTH CROUSE AVENUE CORP | 989 JAMES ST SYRACUSE NY 13203 United States | 199  RENT | 6,488.99 |
| 12/31/2015 | 900 CENTRAL AVENUE LLC | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY  12211 | 158 RENT | 5,504.00 |
| 12/31/2015 | AIRGAS USA LLC | PO BOX 802756 NORTH DIVISION CHICAGO IL 60680-2576 | CO2 RENTALS | 143.12 |
| 12/31/2015 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 2,610.22 |
| 12/31/2015 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | 9148 EXPENSE REPORT | 967.15 |
| 12/31/2015 | COMMISSIONER OF FINANCE - BINGHAMTON | PO BOX 5271 BINGHAMTON NY 13902 United States | REAL ESTATE TAXES | 12,843.27 |
| 12/31/2015 | DAVID L GANDELL MD | 21 WARWICK DR FAIRPORT NY 14450 United States | 070 RENT | 12,312.99 |
| 12/31/2015 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 1,262.87 |
| 12/31/2015 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY  14623 ATTN  SUE KELLEY | SECURITY | 1,500.00 |
| 12/31/2015 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY  14618 | REPAIR & MAINTENANCE | 168.48 |
| 12/31/2015 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 4,495.50 |
| 12/31/2015 | GATTI PLUMBING INC | 441-A ELMGROVE RD ROCHESTER NY 14586 United States | 745 GREASE TRAP | 184.68 |
| 12/31/2015 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 727.33 |
| 12/31/2015 | GREECE TOWN CENTER LLC | C/O ALLOCO REAL ESTATE MANAGEMENT PO BOX 25111 ROCHESTER NY  14625 | 062 RENT | 3,738.67 |
| 12/31/2015 | GUARDIAN | PO BOX 824404 PHILADELPHIA PA 19182-4404 United States | 9983 HEALTH INSURANCE | 2,657.62 |
| 12/31/2015 | HAFNER FAMILY LIMITED PARTNSHIP | 500 DAVID DR N SYRACUSE NY 13212 United States | 066 RENT | 4,787.74 |
| 12/31/2015 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 6,872.03 |
| 12/31/2015 | MICHAEL PAUL RICHARDS CORP | 249 BANBURY DR ROCHESTER NY 14612 United States | 052 RENT | 5,378.89 |
| 12/31/2015 | NATIONAL GRID | PO BOX 11742 NEWARK NJ  07101-4742 | UTILITY | 7,186.98 |
| 12/31/2015 | NCR CORPORATION | PO BOX 198755 ATLANTA GA  30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 12/31/2015 | NEW YORK STATE THRUWAY AUTHORITY - TOLLS | PO BOX 5501 BINGHAMTON NY 13902-5501 United States | 8046 TOLL CHARGES | 891.78 |
| 12/31/2015 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 786.25 |
| 12/31/2015 | PITTSFORD, TOWN OF - RENT | 11 SOUTH MAIN ST PITTSFORD NY 14534 United States | 657 RENT | 5,296.50 |
| 12/31/2015 | RAPOWITZ ASSOCIATES LP | 3617 FAIR OAKS PLACE LONG BOAT KEY FL 34228 United States | 175 RENT | 10,036.31 |
| 12/31/2015 | RAPOWITZ ASSOCIATES LP | 3617 FAIR OAKS PLACE LONG BOAT KEY FL 34228 United States | 175 RENT | 2,000.00 |
| 12/31/2015 | RENSSELAER COUNTY PLAZA ASSOCIATES | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY  12211 | 068 RENT | 4,839.52 |
| 12/31/2015 | RICHARDS, MARILEE | 79 BEVERLY ST ROCHESTER NY 14610 United States | 9146 EXPENSE REPORT | 380.65 |
| 12/31/2015 | ROCHESTER CITY TREASURER-city hall | CITY HALL ROOM 100A 30 CHURCH ST PROPERTY TAXES ROCHESTER NY 14614 | REAL ESTATE TAXES | 16,303.30 |
| 12/31/2015 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA  02284-7813 United States | UTILITY | 1,282.90 |
| 12/31/2015 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA  02284-7813 United States | UTILITY | 1,263.50 |
| 12/31/2015 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 12/31/2015 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 2,125.63 |
| 12/31/2015 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | 8046 BAKING | 3,593.35 |
| 12/31/2015 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 798.27 |
| 12/31/2015 | ZABITCHUCK, JOSEPH | 33 KENCREST DR ROCHESTER NY 14606 | 9147 EXPENSE REPORT | 687.72 |
| 01/04/2016 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60675-2572 | 8045 FLOUR | 9,567.33 |
| 01/04/2016 | BAY STATE MILLING COMPANY CORP | 100 CONGRESS ST ATTN  A/R DEPT QUINCY MA 02169-0948 United States | VENDOR | 7,854.45 |
| 01/05/2016 | OFF CAMPUS SOLUTIONS | 680 AMERICAN AVE SUITE 102 KING OF PRUSSIA, PA 19406 | 1, 13, 142 MONTHLY FEE FOR THE | 110.00 |
| 01/08/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 8,437.25 |
| 01/08/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 7,543.26 |
| 01/06/2016 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT PO BOX 24470 ROCHESTER NY 14624 United States | RENT | 25,000.00 |
| 01/08/2016 | 215 BRUEGGERS P/C | 333 NOTTINGHAM RD SYRACUSE NY  13210 United States | 215 PETTY CASH | 133.66 |
| 01/08/2016 | 40 BRUEGGERS P/C | 548 MONROE AVE ROCHESTER NY  14607 United States | 40 PETTY CASH | 44.08 |
| 01/08/2016 | 646 BRUEGGERS P/C | 2200 PENFIELD RD PENFIELD NY 14526 United States | 646 PETTY CASH | 118.61 |
| 01/08/2016 | A COMPARATO REALTY & MANAGEMENT | COMPSON DEVELOPMENT 2465 RIDGE RD WEST ROCHESTER NY 14626 | 646 RENT | 5,550.00 |
| 01/08/2016 | ALBANY FIRE EXTINGUISHER INC | 215 WATERVLIET SHAKER RD WATERVLIET NY 12189 United States | 77 FIRE EXTINGUISHER SERVICE | 51.79 |

# Flour City Bagels, LLC
## Find Report
### December 1, 2015 through March 1, 2016

| | | | | |
|---|---|---|---|---|
| 01/08/2016 | ALBANY WATER BOARD | PO BOX 1966 ALBANY NY 12201-1966 United States | 12 WATER | 85.44 |
| 01/08/2016 | ARAMARK UNIFORM SERVICES INC | PO BOX 28050 AUS NORTH LOCK NEW YORK NY 10087-8050 United States | ALB/ROC/SYR RESTAURANT SERV | 4,939.29 |
| 01/08/2016 | BOEHM,CHARLES-florida | 248 NORTH LAKE AVE TROY NY 12180 United States | 026 RENT | 2,310.00 |
| 01/08/2016 | CLIFTON COUNTRY RD ASSOCIATES LLC | PO BOX 1549 C/O WINDSOR DEV GROUP INC CLIFTON PARK NY 12065-0807 | 025 RENT | 4,332.27 |
| 01/08/2016 | COCA-COLA REFRESHMENTS | ROCHESTER SALES CENTER PO BOX 4108 BOSTON, MA 02211-4106 | VENDOR | 386.41 |
| 01/08/2016 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 1,709.83 |
| 01/08/2016 | DELAWARE PLAZA LLC | 180 DELAWARE AVE DELAWARE PLAZA SUITE 200 DELMAR NY 12054 | 047 RENT | 8,834.99 |
| 01/08/2016 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN SUE KELLEY | SECURITY | 1,500.00 |
| 01/08/2016 | EMG NOTTINGHAM LLC | 277 MARTINE AVE WHITE PLAINS NY 10601 United States | 215 RENT | 6,004.15 |
| 01/08/2016 | ERIE BOULEVARD LLC | PO BOX 808 SHELBURNE VT 05482-0808 United States | 235 RENT | 12,580.15 |
| 01/08/2016 | FAIRPORT MUNICIPAL COMMISSION | 31 SOUTH MAIN ST FAIRPORT NY 14450 United States | UTILITY | 615.90 |
| 01/08/2016 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | 8046 / 9983 SHIPPING | 167.32 |
| 01/08/2016 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 193.32 |
| 01/08/2016 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 4,544.55 |
| 01/08/2016 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | 9983 PHONE | 34.99 |
| 01/08/2016 | FUNCTIONAL COMMUNICATIONS CORP | 5900 SOUTH SALINA ST SYRACUSE NY 13205 United States | VENDOR | 992.16 |
| 01/08/2016 | GATTI PLUMBING INC | 441-A ELMGROVE RD ROCHESTER NY 14606 United States | REPAIR & MAINTENANCE | 971.54 |
| 01/08/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 429.53 |
| 01/08/2016 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 11,860.31 |
| 01/08/2016 | MALT PRODUCTS LLC | PO BOX 898 SADDLE BROOK NJ 07663 United States | VENDOR | 5,624.19 |
| 01/08/2016 | MDB ENTERPRISES LLC | 1025 CENTRAL AVE ALBANY NY 12205 United States | 020 RENT | 3,204.91 |
| 01/08/2016 | MONROE CLOVER PLAZA LLC | 259 ALEXANDER ST C/O BUCKINGHAM PROPERTIES LLC ROCHESTER NY 14607 | 745 RENT | 5,132.60 |
| 01/08/2016 | MONROE EXTINGUISHER CO INC | 105 DODGE ST PO BOX 60980 ROCHESTER NY 14606 United States | REPAIR & MAINTENANCE | 125.28 |
| 01/08/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 5,972.81 |
| 01/08/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | REPAIR & MAINTENANCE | 500.00 |
| 01/08/2016 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | 9145 EXPENSE REPORT | 701.21 |
| 01/08/2016 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | ALB MAINT PETTY CASH | 1,203.37 |
| 01/08/2016 | NEWTON PLAZA ASSOCIATES LLC - DUES | 596 NEW LOUDON RD LATHAM NY 12110 | 013 DUES | 50.00 |
| 01/08/2016 | NEWTON PLAZA ASSOCIATES LLC - RENT | 596 NEW LOUDON RD LATHAM NY 12110 United States | 013 RENT | 6,160.07 |
| 01/08/2016 | NIUM INC | 7418 BRIGHTON RD PITTSBURGH PA 15202 United States | VENDOR | 61.46 |
| 01/08/2016 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 621.50 |
| 01/08/2016 | ONONDAGA COUNTY WATER AUTHORITY | PO BOX 4949 SYRACUSE NY 13221-4949 United States | 66 WATER | 205.67 |
| 01/08/2016 | PALMER FOOD SERVICE CORPORATION | PO BOX 92365 ROCHESTER NY 14692 United States | VENDOR | 779.55 |
| 01/08/2016 | PENFIELD TK OWNER LLC | C/O JADD MANAGEMENT LLC 415 PARK AVE ATTN KERRY STEVENS ROCHESTER NY 14607 | 287 RENT | 5,471.74 |
| 01/08/2016 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UTILITY | 5,328.12 |
| 01/08/2016 | SAGE COLLEGES | 65 1ST ST TROY NY 12180 United States | 1 RENT | 2,845.02 |
| 01/08/2016 | SHOES FOR CREWS, LLC | PO BOX 504634 ST LOUIS MO 63150-4634 United States | VENDOR | 84.96 |
| 01/08/2016 | SOUTH TOWN PLAZA ASSOCIATES LLC | PO BOX 20852 ROCHESTER NY 14602 United States | 142 RENT | 7,081.49 |
| 01/08/2016 | STUYVESANT PLAZA INC | 4 TOWER PL SUITE 101 ALBANY NY 12203 United States | 002 RENT | 8,014.18 |
| 01/08/2016 | TIME WARNER COMMUNICATIONS-70872 | PO BOX 70872 CHARLOTTE NC 28272-0872 United States | ALB/ROC/SYR PHONE | 3,376.53 |
| 01/08/2016 | TJB SUNSHINE ENTERPRISE INC | 10 MAIN ST SUITE 201 BALLSTON LAKE NY 12019 | DISPOSAL | 337.70 |
| 01/08/2016 | TOMAROCH MANAGEMENT LLC | C/O HOFFMAN ENTERPRISES 25 CORPORATE CIRLCE SUITE 100 ALBANY NY 12203 | 077 RENT | 4,263.02 |
| 01/08/2016 | TRASON-GLOBAL REALTY LLC | 3187 BELLEVUE AVE APT A3 WINKWORTH GARDEN APARTMENTS SYRACUSE NY 13219 | 231 RENT | 3,496.64 |
| 01/08/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 01/08/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 15,484.52 |
| 01/08/2016 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 2,506.86 |
| 01/08/2016 | UNIVERSITY BUSINESS CENTER | C/O BUCKINGHAM PROPERTIES LLC 259 ALEXANDER ST ROCHESTER NY 14607 | 8046 RENT | 7,513.77 |
| 01/08/2016 | VILLAGE SQUARE LLC | 14 HEMLOCK ST PO BOX 517 LATHAM NY 12110-0517 United States | 091 RENT | 5,320.00 |
| 01/08/2016 | WINDSOR WOLF ROAD PROPERTIES LLC | PO BOX 12753 COLUMBIA DEVELOPMENT GROUP ALBANY NY 12212 | 030 RENT | 5,939.56 |
| 01/08/2016 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | VENDOR | 875.29 |
| 01/11/2016 | CNL APF PARTNERS, LP - RENT | PO BOX 100327 ATLANTA GA 30384-0327 United States | RENT | 15,928.34 |
| 01/11/2016 | PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | PROFESSIONAL FEES | 10,000.00 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Account | Amount |
|---|---|---|---|---|
| 01/11/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | PROFESSIONAL FEES | 7,693.75 |
| 01/11/2016 | US FOODSERVICE INC. | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | VENDOR | 422.37 |
| 01/11/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 52,518.93 |
| 01/12/2016 | MONROE SALES REGISTER | PANORAMA BRANCH PO BOX 25150 ROCHESTER NY 14625 United States | REPAIR & MAINTENANCE | 324.00 |
| 01/12/2016 | MONROE SALES REGISTER | PANORAMA BRANCH PO BOX 25150 ROCHESTER NY 14625 United States | REPAIR & MAINTENANCE | 326.16 |
| 01/12/2016 | PMC INSURANCE COMPANY INC | 209 BURLINGTON RD BEDFORD MA 01730 | WORKERS' COMP | 18,563.29 |
| 01/12/2016 | SANTAROSE, MARGE | 247 WALZER RD ROCHESTER NY 14622 United States | 9983 OFFICE CLEANING | 80.00 |
| 01/13/2016 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60675-2572 | VENDOR | 9,288.13 |
| 01/13/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 14,381.32 |
| 01/13/2016 | NEW YORK STATE DEPARTMENT OF HEALTH | 77 MOHICAN ST GLENS FALLS NY 12801-4429 United States | PERMINT | 150.00 |
| 01/13/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 5,373.75 |
| 01/13/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 2,271.12 |
| 01/14/2016 | EXCELLUS BLUECROSS BLUESHIELD | PO BOX 5266 BINGHAMTON NY 13902-5266 United States | 9983 HEALTH INSURANCE | 4,476.84 |
| 01/14/2016 | EXCELLUS BLUECROSS BLUESHIELD | PO BOX 5266 BINGHAMTON NY 13902-5266 United States | 9983 HEALTH INSURANCE | 21,551.63 |
| 01/15/2016 | 107 BRUEGGERS P/C | 5196 WEST TAFT RD NORTH SYRACUSE NY 13212 United States | 107 PETTY CASH | 57.47 |
| 01/15/2016 | 2 BRUEGGERS P/C | 1475 WESTERN AVE ALBANY NY 12203 | 2 PETTY CASH | 56.99 |
| 01/15/2016 | 235 BRUEGGERS P/C | 3065 ERIE BLVD EAST SYRACUSE NY 13224 United States | 9148 EXPENSE REPORT | 413.12 |
| 01/15/2016 | 25 BRUEGGERS P/C | 19 CLIFTON COUNTY RD CLIFTON PK NY 12065 United States | 25 PETTY CASH | 101.13 |
| 01/15/2016 | 26 BRUEGGERS P/C | 1634 UNION ST SCHENECTADY NY 12309 United States | 26 PETTY CASH | 83.00 |
| 01/15/2016 | 30 BRUEGGERS P/C | 98 WOLF RD ALBANY NY 12205 United States | 30 PETTY CASH | 75.66 |
| 01/15/2016 | 52 BRUEGGERS P/C | 1234 EAST RIDGE RD ROCHESTER NY 14621 United States | 52 PETTY CASH | 95.73 |
| 01/15/2016 | 66 BRUEGGERS P/C | 112 EAST SENECA ST MANLIUS NY 13104 United States | 66 PETTY CASH | 105.03 |
| 01/15/2016 | 68 BRUEGGERS P/C | RENSSELAER CNTY PLAZA RT 4&20 RENSSELAER NY 12144 | 68 PETTY CASH | 111.89 |
| 01/15/2016 | 91 BRUEGGERS P/C | 1770 CENTRAL AVE ALBANY NY 12205 United States | 68 PETTY CASH | 259.91 |
| 01/15/2016 | APEX PLUMBING AND DRAIN SERVICE INC | 872 ALBANY SHAKER RD LATHAM NY 12110 United States | REPAIR & MAINTENANCE | 240.75 |
| 01/15/2016 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 3,282.41 |
| 01/15/2016 | BRADY SYSTEMS INC | 811 NORTH ALVORD ST SYRACUSE NY 13208-2015 United States | REPAIR & MAINTENANCE | 176.58 |
| 01/15/2016 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | 9148 EXPENSE REPORT | 784.88 |
| 01/15/2016 | BUDGET SEWER AND DRAIN | 872 OLD ALBANY SHAKER RD LATHAM NY 12110 United States | REPAIR & MAINTENANCE | 469.80 |
| 01/15/2016 | CAVOLIS GRINDING SERVICE INC | 1921 BROADWAY SCHENECTADY NY 12306 United States | REPAIR & MAINTENANCE | 560.50 |
| 01/15/2016 | CENTER FOR SECURITY/LOCKSMITHS | 1659 ROUTE 9 CLIFTON PK NY 12065 United States | 25 SECURITY SERVICES | 679.45 |
| 01/15/2016 | CNL APF PARTNERS, LP - Atlanta | PO BOX 100327 ATLANTA, GA 30384-0327 USA | 003 RENT | 4,333.34 |
| 01/15/2016 | COMMISSIONER OF FINANCE - BINGHAMTON | PO BOX 5271 BINGHAMTON NY 13902 United States | REAL ESTATE TAXES | 10,148.98 |
| 01/15/2016 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 1,434.60 |
| 01/15/2016 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN SUE KELLEY | SECURITY | 1,500.00 |
| 01/15/2016 | DUFFY'S EQUIPMENT SERVICES | 3138 ONEIDA ST SAUQUOIT NY 13456-2814 United States | REPAIR & MAINTENANCE | 1,480.73 |
| 01/15/2016 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | 9983 SHIPPING | 67.02 |
| 01/15/2016 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 461.16 |
| 01/15/2016 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 4,847.55 |
| 01/15/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 150.65 |
| 01/15/2016 | GE CAPITAL | PO BOX 642333 PITTSBURGH PA 15264-2333 United States | 9145 / 9148 COPIER | 68.04 |
| 01/15/2016 | GUARDIAN | PO BOX 824404 PHILADELPHIA PA 19182-4404 United States | 9983 HEALTH INSURANCE | 2,767.48 |
| 01/15/2016 | HTS LAWN & LANDSCAPE LLC | PO BOX 757 PITTSFORD NY 14534 | 175 - SNOWPLOWING | 459.00 |
| 01/15/2016 | INTUIT QUICKBOOKS INC | 2800 E COMMERCE CENTER PLACE TUCSON AZ 85706 | 9983 JANUARY 2016 & YEARLY SUI | 3,243.96 |
| 01/15/2016 | J C EHRLICH CO INC | PO BOX 13848 READING PA 19612-3848 United States | EXTERMINATING | 2,290.22 |
| 01/15/2016 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 6,346.89 |
| 01/15/2016 | KAY CHEMICAL COMPANY | PO BOX 601090 CHARLOTTE NC 28260-1090 | 8046 CLEANING SUPPLIES | 1,953.71 |
| 01/15/2016 | KELLY,JODEE M | RECEIVER OF TAXES 4401 STATE ROUTE 31 CLAY NY 13041-8707 | 231 - PROPERTY 312489 093 -03-41 | 12,359.24 |
| 01/15/2016 | LACAGNINA, DEANNA | 663 BEADLE RD BROCKPORT NY 14420 United States | ROC MILEAGE AND PETTY CASH | 261.64 |
| 01/15/2016 | LEGACY REMODELING LLC | 4 ABBY ROAD LATHAM NY 12110 United States | 26 SNOWPLOWING NOVEMBER 20 | 1,100.00 |
| 01/15/2016 | METTLER-TOLEDO SAFELINE INC | 22677 NETWORK PLACE CHICAGO IL 60673-1226 United States | 8046 METAL DETECTOR | 969.09 |
| 01/15/2016 | MONROE COUNTY WATER AUTHORITY | PO BOX 5158 BUFFALO NY 14240-5158 United States | UTILITY | 55.00 |
| 01/15/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 7,853.79 |
| 01/15/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 01/15/2016 | NORTHEAST COMMERCIAL APPLIANCE SERVICE IN | 949 TROY SCHENECTADY RD LATHAM NY 12110 United States | 1 - BAKERY OVEN REPAIR - BEARI | 4,158.17 |
| 01/15/2016 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 473.50 |
| 01/15/2016 | PAYCHEX INC | 1175 JOHN ST WEST HENRIETTA NY 14586-9199 | 9983 JANUARY 2016 ANALYSIS & N | 147.75 |
| 01/15/2016 | PENFIELD TK OWNER LLC | C/O JADD MANAGEMENT LLC 415 PARK AVE ATTN KERRY STEVENS ROCHESTER NY 14607 | 287 RENT INCREASE EFFECTIVE 1 | 530.93 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Payee | Address | Memo | Amount |
|------|-------|---------|------|--------|
| 01/15/2016 | PESCHEL,LAURA RECEIVER OF TAXES | 301 BROOKLEA DR FAYETTEVILLE NY 13066 United States | 66 - PROPERTY 313803 029 -02-15. | 10,591.33 |
| 01/15/2016 | PLUG & PAY TECHNOLOGIES COR | 1363-26 VETERANS HIGHWAY HAUPPAUGE NY 11788 United States | 9983 BRUEGGERS DECEMBER 201 | 7.40 |
| 01/15/2016 | POVINELLI CUTLERY & SHARPENING SERVICE | SERVICE INC 3810 UNION RD CHEEKTOWAGA. NY 14225 | VENDOR | 279.34 |
| 01/15/2016 | PRO MAINTENANCE SERVICE | PRO MAINTENANCE SERVICE 201 W GENESEE ST FAYETTEVILLE NY 13066 | 66 SNOW PLOWING | 405.00 |
| 01/15/2016 | PRUDENTIAL INSURANCE COMPANY OF AMERICA | PO BOX 101241 ATLANTA GA 30392-1241 United States | 9983 LTD/DBL INS | 1,770.99 |
| 01/15/2016 | RED 9 ENTERPRISES | RED 9 ENTERPRISES 25 TIMBERLINE DRIVE PENFIELD NY 14526 | ROC - 2ND INSTALLMENT SNOWPL | 1,350.00 |
| 01/15/2016 | RICHARDS, MARILEE | 79 BEVERLY ST ROCHESTER NY 14610 United States | 9146 EXPENSE REPORT | 352.48 |
| 01/15/2016 | ROCHESTER CITY TREASURER-city hall | CITY HALL ROOM 100A 30 CHURCH ST PROPERTY TAXES ROCHESTER NY 14614 | 70 - CITY TAXES - 136.540-0001-02< | 2,050.00 |
| 01/15/2016 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA  02284-7813 United States | UTILITY | 7,348.46 |
| 01/15/2016 | SYRACUSE HAULERS | 6223 THOMPSON RD SUITE 1000 SYRACUSE NY 13206 United States | SYR RUBBISH REMOVAL | 2,034.50 |
| 01/15/2016 | THE HARTFORD | PO BOX 660916 DALLAS TX  75266-0916 | 9983 - AUTO INSURANCE | 920.13 |
| 01/15/2016 | TIME WARNER COMMUNICATIONS-70872 | PO BOX 70872 CHARLOTTE NC 28272-0872 United States | 9145 PHONE | 219.61 |
| 01/15/2016 | TOSHIBA BUSINESS SOLUTIONS | PO BOX 927 BUFFALO NY 14240-0927 United States | 9983 COPY ALLOWANCE | 692.82 |
| 01/15/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 01/15/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 1,360.69 |
| 01/15/2016 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 3,023.95 |
| 01/15/2016 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | VENDOR | 4,136.65 |
| 01/15/2016 | US FOODSERVICE INC. | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | VENDOR | 509.41 |
| 01/15/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 44,371.32 |
| 01/15/2016 | W B MASON CO INC | PO BOX 981101 BOSTON MA 02298-1101 United States | OFFICE SUPPLIES | 1,897.82 |
| 01/15/2016 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT PO BOX 24470 ROCHESTER NY 14624 United States | 053 RENT | 1,917.73 |
| 01/15/2016 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 957.70 |
| 01/15/2016 | YOUNGBLOOD DISPOSAL ENTERPRISES OF WESTER | PO BOX 64463 ROCHESTER NY 14624 United States | 85000 RUBBISH REMOVAL | 871.29 |
| 01/15/2016 | ZABITCHUCK, JOSEPH | 33 KENCREST DR ROCHESTER NY  14606 | 9147 EXPENSE REPORT | 562.63 |
| 01/19/2016 | NIUM INC | 7418 BRIGHTON RD PITTSBURGH PA 15202 United States | 8046 - PREPAY DESSERT DAYDOT | 193.49 |
| 01/19/2016 | UNITED STATES TREASURY - RAIVS TEAM | INTERNAL REVENUE SERVICE RAIVS TEAM STOP 6705 P-6 | 9983 - FORM 4506 REQUEST FOR ( | 250.00 |
| 01/20/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 14,658.96 |
| 01/20/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 3,000.00 |
| 01/21/2016 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60875-2572 | VENDOR | 9,409.47 |
| 01/21/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,596.63 |
| 01/22/2016 | 1 BRUEGGERS P/C | 55 CONGRESS ST TROY NY 12180 United States | 1 PETTY CASH | 98.41 |
| 01/22/2016 | 13 BRUEGGERS P/C | 594 NEW LOUDEN RD LATHAM NY 12110 United States | 13 PETTY CASH | 55.00 |
| 01/22/2016 | 70 BRUEGGERS P/C | 1400 MT HOPE AVE ROCHESTER NY 14620 United States | 70 PETTY CASH | 30.00 |
| 01/22/2016 | AP PROFESSIONALS OF ROCHESTER LLC | BOX 200816 PITTSBURGH PA 15251-0816 | 9983 TEMP OFFICE HELP | 1,395.00 |
| 01/22/2016 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 1,845.57 |
| 01/22/2016 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | SYR MAINT PETTY CASH | 245.81 |
| 01/22/2016 | CINTAS FIRST AID & SAFETY | PO BOX 631025 CINCINNATI OH 45263-1025 United States | VENDOR | 569.20 |
| 01/22/2016 | COMMISSIONER OF MOTOR VEHICLES | REG RENEWAL CENTER 207 GENESEE ST STE 6 UTICA NY 13501-5899 | ALBANY REGISTRATION RENEWAL | 106.50 |
| 01/22/2016 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEV | 1,018.02 |
| 01/22/2016 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY  14623 ATTN  SUE KELLEY | ALBANY SECURITY | 1,500.00 |
| 01/22/2016 | ERIE INSURANCE | 100 ERIE INSURANCE PL ERIE PA  16530 | 9983 INSURANCE | 7,526.23 |
| 01/22/2016 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | SHIPPING | 117.31 |
| 01/22/2016 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY  14618 | REPAIR & MAINTENANCE | 239.76 |
| 01/22/2016 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 5,142.20 |
| 01/22/2016 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | 9983 PHONE | 104.35 |
| 01/22/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 247.86 |
| 01/22/2016 | HOLAVA, CRAIG | 14 COUNTY ROUTE 23 CONSTANTIA NY  13044 | SYR MILEAGE | 147.75 |
| 01/22/2016 | IPFS CORPORATION | 24722 NETWORK PL CHICAGO IL  60673-1247 | 9983 - UMBRELLA INSURANCE - P/ | 980.47 |
| 01/22/2016 | IRONDEQUOIT, TOWN OF | 1280 TITUS AVE TAX OFFICE ROCHESTER NY 14617-4192 United States | 52 - 2016 OPERATING PERMIT | 135.00 |
| 01/22/2016 | J & R WELDING INC | 270 MILTON AVE BALLSTON SPA NY 12020 United States | REPAIR & MAINTENANCE | 410.00 |
| 01/22/2016 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 6,227.60 |
| 01/22/2016 | LACAGNINA, DEANNA | 663 BEADLE RD BROCKPORT NY 14420 United States | ROC PETTY CASH/MILEAGE | 258.66 |
| 01/22/2016 | MALT PRODUCTS LLC | PO BOX 898 SADDLE BROOK NJ 07663 United States | 8046 MALT | 5,012.85 |
| 01/22/2016 | MONROE COUNTY WATER AUTHORITY | PO BOX 5158 BUFFALO NY 14240-5158 United States | 52 WATER | 120.16 |
| 01/22/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ  07101-4742 | UTILITY | 2,902.06 |
| 01/22/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ  07101-4742 | UTILITY | 3,130.50 |
| 01/22/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA  30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 01/22/2016 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | 9145 EXPENSE REPORT | 396.98 |

# Flour City Bagels, LLC
## Find Report
### December 1, 2015 through March 1, 2016

| Date | Vendor | Address | Category | Amount |
|---|---|---|---|---|
| 01/22/2016 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UTILITY | 5,528.65 |
| 01/22/2016 | RYDER TRANSPORTATION SERVICES INC | PO BOX 96723 CHICAGO IL 60693 United States | 8046 - PARKING @ RYDER ALBANY | 81.00 |
| 01/22/2016 | SCHAAP MOVING SYSTEMS INC | 6 BROWN RD ALBANY NY 12205 United States | ALBANY RETENTION | 137.67 |
| 01/22/2016 | STEPHEN GOULD CORPORATION | 35 SOUTH JEFFERSON RD WHIPPANY NJ 07981 | 8046 SEMI CLEAR RACK BAGS | 4,446.17 |
| 01/22/2016 | SUBURBAN DISPOSAL CORP | PO BOX 112 SPENCERPORT NY 14559-0112 United States | ROC RUBBISH REMOVAL | 1,017.67 |
| 01/22/2016 | TJB SUNSHINE ENTERPRISE INC | 10 MAIN ST SUITE 201 BALLSTON LAKE NY 12019 | REPAIR & MAINTENANCE | 239.76 |
| 01/22/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 01/22/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 2,689.39 |
| 01/22/2016 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 1,936.51 |
| 01/22/2016 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | 8046 BAKING | 2,416.05 |
| 01/22/2016 | US FOODS CULINARY EQUIPMENT SUPPLIES | PO BOX 64177 ST PAUL MN 55164 United States | 8046 - PREPAY RESTAURANT SUP | 745.64 |
| 01/22/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 44,075.83 |
| 01/22/2016 | VERIZON WIRELESS SERVICES | PO BOX 408 NEWARK NJ 07101-0408 United States | ROC / ALB / SYR PHONE | 1,094.86 |
| 01/22/2016 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 886.74 |
| 01/24/2016 | NEW YORK STATE SALES TAX PROCESSING | JAF BUILDING PO BOX 1208 NEW YORK NY 10116-1208 United States | TRUCK EXPENSE | 89,728.52 |
| 01/25/2016 | LAKELAND BANK | 166 CHANGEBRIDGE RD MONTVILLE, NJ 07045 | 8046 JAN'16 PYMT FORKLIFT | 282.60 |
| 01/25/2016 | RIGHT NETWORKS LLC | 14-16 HAMPSHIRE DR HUDSON NH 03051 | QUICKBOOKS | 50.00 |
| 01/26/2016 | BAY STATE MILLING COMPANY CORP | 100 CONGRESS ST ATTN A/R DEPT QUINCY MA 02169-0948 United States | 8046 BAKING | 5,686.77 |
| 01/26/2016 | SANTAROSE, MARGE | 247 WALZER RD ROCHESTER NY 14622 United States | 9983 - OFFICE CLEANINT | 80.00 |
| 01/27/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 14,497.48 |
| 01/27/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 10,257.00 |
| 01/28/2016 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60675-2572 | 8046 FLOUR | 9,344.63 |
| 01/28/2016 | CULLIGAN | 131 LITTLE BRITAIN RD NEWBURGH NY 12550 United States | VENDOR | 52.25 |
| 01/28/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | REPAIR & MAINTENANCE | 225.00 |
| 01/28/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 9,725.37 |
| 01/29/2016 | 107 BRUEGGERS P/C | 5196 WEST TAFT RD NORTH SYRACUSE NY 13212 United States | 107 PETTY CASH | 154.27 |
| 01/29/2016 | 287 BRUEGGERS P/C | 1601 PENFIELD RD ROCHESTER NY 14625 United States | 107 PETTY CASH | 76.46 |
| 01/29/2016 | 36 BAKERY BRUEGGERS P/C | BAKERY MANAGER 585 MOSELEY RD FAIRPORT NY 14450 | 36 PETTY CASH | 89.15 |
| 01/29/2016 | 657 BRUEGGERS P/C | 24 STATE ST PITTSFORD NY 14534 United States | 657 PETTY CASH | 104.23 |
| 01/29/2016 | 72 BRUEGGERS P/C | 3177 LATTA RD ROCHESTER NY 14612 United States | 72 PETTY CASH | 46.81 |
| 01/29/2016 | 745 BRUEGGERS P/C | 2951 MONROE AVE ROCHESTER NY 14618 United States | 745 PETTY CASH | 98.67 |
| 01/29/2016 | 77 BRUEGGERS P/C | 1800 WESTERN AVE ALBANY NY 12203 United States | 77 PETTY CASH | 64.81 |
| 01/29/2016 | ACCELCARE | PO BOX 92878 DEPT 385 ROCHESTER NY 14692 | 9983 WORKERS COMP | 83.71 |
| 01/29/2016 | AIRGAS USA LLC | PO BOX 802756 NORTH DIVISION CHICAGO IL 60680-2576 | VENDOR | 297.38 |
| 01/29/2016 | ARAMARK UNIFORM SERVICES INC | PO BOX 28050 AUS NORTH LOCK NEW YORK NY 10087-8050 United States | ALB/ROC/SYR RESTAURANT SERV | 6,494.74 |
| 01/29/2016 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 7,001.06 |
| 01/29/2016 | BRADY SYSTEMS INC | 811 NORTH ALVORD ST SYRACUSE NY 13208-2015 United States | 36 OVEN | 913.68 |
| 01/29/2016 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | 9148 EXPENSE REPORT . | 642.11 |
| 01/29/2016 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | SYR MAINT PETTY CASH | 354.06 |
| 01/29/2016 | BUDGET SEWER AND DRAIN | 872 OLD ALBANY SHAKER RD LATHAM NY 12110 United States | REPAIR & MAINTENANCE | 1,009.80 |
| 01/29/2016 | CENTER FOR SECURITY/LOCKSMITHS | 1659 ROUTE 9 CLIFTON PK NY 12065 United States | REPAIR & MAINTENANCE | 209.75 |
| 01/29/2016 | CONNOVER PACKAGING | 119 DESPATCH DR EAST ROCHESTER NY 14445 | ROC SYR DEPOSIT SLIPS | 315.85 |
| 01/29/2016 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | VENDOR | 1,395.98 |
| 01/29/2016 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN SUE KELLEY | SECURITY | 1,500.00 |
| 01/29/2016 | DUFFY'S EQUIPMENT SERVICES | 3138 ONEIDA ST SAUQUOIT NY 13456-2814 United States | REPAIR & MAINTENANCE | 1,613.37 |
| 01/29/2016 | EASTSIDE MEDICAL URGENT CARE LLC | 2226 PENFIELD RD PENFIELD NY 14526 United States | 9983 WORKER'S COMP | 160.50 |
| 01/29/2016 | ELLIVANCE MEDICAL BILLING | PO BOX 248 ELLICOTTVILLE NY 14731 | 9983 WORKER'S COMP | 140.19 |
| 01/29/2016 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | 9983 SHIPPING | 475.52 |
| 01/29/2016 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 170.64 |
| 01/29/2016 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 5,524.80 |
| 01/29/2016 | FRANCOTYP-POSTALIA INC | PO BOX 157 BEDFORD PARK IL 60499-0157 United States | 9983 SHIPPING | 171.56 |
| 01/29/2016 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | 142 PHONE | 313.24 |
| 01/29/2016 | FUNCTIONAL COMMUNICATIONS CORP | 5900 SOUTH SALINA ST SYRACUSE NY 13205 United States | VENDOR | 992.16 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Account | Amount |
|---|---|---|---|---|
| 01/29/2016 | GATTI PLUMBING INC | 441-A ELMGROVE RD ROCHESTER NY 14606 United States | REPAIR & MAINTENANCE | 216.00 |
| 01/29/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 653.73 |
| 01/29/2016 | HOLAVA, CRAIG | 14 COUNTY ROUTE 23 CONSTANTIA NY 13044 | SYR MILEAGE | 291.06 |
| 01/29/2016 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | 9983 PROFESSIONAL FEES | 3,395.00 |
| 01/29/2016 | J C EHRLICH CO INC | PO BOX 13848 READING PA 19612-3848 United States | 2 PEST CONTROL | 405.00 |
| 01/29/2016 | JACKSON, AIMEE | C/O BRUEGGERS 3333 WEST HENRIETTA RD ROCHESTER NY 14623 | 9983 REISSUE RETURNED P/R CHI | 85.33 |
| 01/29/2016 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 1,401.82 |
| 01/29/2016 | MICHAEL PAUL RICHARDS CORP | 249 BANBURY DR ROCHESTER NY 14612 United States | 052 RENT | 3,765.23 |
| 01/29/2016 | MONROE EXTINGUISHER CO INC | 105 DODGE ST PO BOX 60980 ROCHESTER NY 14606 United States | REPAIR & MAINTENANCE | 125.28 |
| 01/29/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 5,423.02 |
| 01/29/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARE | 500.00 |
| 01/29/2016 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | 9145 EXPENSE REPORT | 400.55 |
| 01/29/2016 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | REPAIR & MAINTENANCE | 1,467.12 |
| 01/29/2016 | NIUM INC | 7418 BRIGHTON RD PITTSBURGH PA 15202 United States | 1 - REPLACEMENT SIGNATURE BA | 46.85 |
| 01/29/2016 | NYS DEPT OF MOTOR VEHICLES | PO BOX 2409 REVENUE ACCOUNTING ALBANY NY 12220-0409 United States | 9983 DEC 2015 LENS | 1.00 |
| 01/29/2016 | NYSEG | PO BOX 11745 NEWARK NJ 07101-4745 United States | 25 ELECTRIC | 809.06 |
| 01/29/2016 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 400.50 |
| 01/29/2016 | ONONDAGA COUNTY HEALTH DEPARTMENT | DIV OF ENVIRONMENTAL HEALTH 421 MONTGOMERY ST, 12TH FLOOR SYRACUSE NY 13202 | SYR BAKERIES HEALTH PERMITS | 1,564.00 |
| 01/29/2016 | POVINELLI CUTLERY & SHARPENING SERVICE | SERVICE INC 3810 UNION RD CHEEKTOWAGA, NY 14225 | VENDOR | 227.85 |
| 01/29/2016 | RAPOWITZ ASSOCIATES LP | 3617 FAIR OAKS PLACE LONG BOAT KEY FL 34228 United States | 175 RENT | 2,000.00 |
| 01/29/2016 | RELIN GOLDSTEIN & CRANE LLP | 28 E MAIN ST STE 1800 ROCHESTER NY 14614 | PROFESSIONAL FEES | 1,000.00 |
| 01/29/2016 | RENSSELAER COUNTY DEPARTMENT OF HEALTH | 1600 SEVENTH AVE TROY NY 12180 United States | PERMIT | 200.00 |
| 01/29/2016 | REPUBLIC SERVICES #964 | PO BOX 9001099 LOUISVILLE KY 40290-1099 United States | RUBBISH REMOVAL | 2,888.96 |
| 01/29/2016 | RICHARDS, MARILEE | 79 BEVERLY ST ROCHESTER NY 14610 United States | 9146 EXPENSE REPORT | 485.99 |
| 01/29/2016 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UTILITY | 2,512.34 |
| 01/29/2016 | RYDER TRANSPORTATION SERVICES INC | PO BOX 96723 CHICAGO IL 60693 United States | TRUCK RENTAL | 16,079.19 |
| 01/29/2016 | SAMARITAN HOSPITAL | 2215 BURDETT AVE TROY NY 12180 United States | 9983 WORKER'S COMP | 520.50 |
| 01/29/2016 | SMITH, SEAN KEVIN | C/O BRUEGGERS 585 MOSELEY RD FAIRPORT NY 14450 | 9983 - REPLACE LOST P/R DATED | 309.72 |
| 01/29/2016 | THE OTHER SIDE PROPERTY SERVICES | THE OTHER SIDE PROPERTY SERVICES 104 WESTVIEW AVE SYRACUSE NY 13208-1930 | SYR SNOWPLOWING | 1,371.60 |
| 01/29/2016 | TJB SUNSHINE ENTERPRISE INC | 10 MAIN ST SUITE 201 BALLSTON LAKE NY 12019 | REPAIR & MAINTENANCE | 418.42 |
| 01/29/2016 | TL CANNON CORPORATION | 220 PONTE VEDRA PARK DR PONTE VEDRA BEACH FL 32082 United States | 36 TRASH REMOVAL | 319.26 |
| 01/29/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 01/29/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 2,376.63 |
| 01/29/2016 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 1,983.79 |
| 01/29/2016 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | VENDOR | 3,009.50 |
| 01/29/2016 | US FOODSERVICE INC. | PO BOX 644547 PITTSBURGH, PA 15264-4547 United States | VENDOR | 512.89 |
| 01/29/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 45,370.69 |
| 01/29/2016 | VILLAGE SQUARE LLC | 14 HEMLOCK ST PO BOX 517 LATHAM NY 12110-0517 United States | 091 RENT | 3,250.00 |
| 01/29/2016 | W B MASON CO INC | PO BOX 981101 BOSTON MA 02298-1101 United States | OFFICE SUPPLIOES | 1,742.08 |
| 01/29/2016 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 787.25 |
| 01/29/2016 | ZABITCHUCK, JOSEPH | 33 KENCREST DR ROCHESTER NY 14606 | 9147 EXPENSE REPORT | 632.56 |
| 02/02/2016 | OFF CAMPUS SOLUTIONS | 680 AMERICAN AVE SUITE 102 KING OF PRUSSIA, PA 19406 | 1, 13, 142 MONTHLY FEE FOR THE | 110.00 |
| 02/02/2016 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 784.25 |
| 02/03/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 9,784.69 |
| 02/03/2016 | HISCOCK, JULIE | C/O BRUEGGERS 7601 OSWEGO RD RT 57 | 9983 - REPLACE PAYROLL DATED | 430.17 |
| 02/04/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,014.79 |
| 02/05/2016 | 158 BRUEGGERS P/C | 900 CENTRAL AVE ALBANY NY 12206 United States | 158 PETTY CASH | 44.04 |
| 02/05/2016 | 199 BRUEGGERS P/C | 731 SOUTH CROUSE AVE SYRACUSE NY 13210 United States | 199 PETTY CASH | 45.17 |
| 02/05/2016 | 231 BRUEGGERS P/C | 7601 OSWEGO RD RT 57 LIVERPOOL NY 13090 United States | 231 PETTY CASH | 64.80 |
| 02/05/2016 | 235 BRUEGGERS P/C | 3065 ERIE BLVD EAST SYRACUSE NY 13224 United States | 235 PETTY CASH | 48.19 |
| 02/05/2016 | 62 BRUEGGERS P/C | 2496 RIDGE RD WEST ROCHESTER NY 14626 United States | 62 PETTY CASH | 52.90 |
| 02/05/2016 | 66 BRUEGGERS P/C | 112 EAST SENECA ST MANLIUS NY 13104 United States | 66 PETTY CASH | 73.01 |
| 02/05/2016 | 731 SOUTH CROUSE AVENUE CORP | 989 JAMES ST SYRACUSE NY 13203 United States | 199 RENT | 6,488.99 |

# Flour City Bagels, LLC
# Find Report
## December 1, 2015 through March 1, 2016

| Date | Name | Address | Account | Amount |
|---|---|---|---|---|
| 02/05/2016 | 900 CENTRAL AVENUE LLC | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY 12211 | 158 RENT | 5,504.00 |
| 02/05/2016 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 5,684.79 |
| 02/05/2016 | BOEHM,CHARLES-florida | 248 NORTH LAKE AVE TROY NY 12180 United States | 026 RENT | 2,310.00 |
| 02/05/2016 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | SYR MAINT PETTY CASH | 221.82 |
| 02/05/2016 | BUDGET SEWER AND DRAIN | 872 OLD ALBANY SHAKER RD LATHAM NY 12110 United States | REPAIR & MAINTENANCE | 591.50 |
| 02/05/2016 | CANAL MEZZANINE PARTNERS II | 8840 COMMONS BLVD SUITE 130 TWINSBURG OH 44087 United States | 9983 PROFESSIONAL FEES | 93.00 |
| 02/05/2016 | CNL APF PARTNERS, LP - RENT | PO BOX 100327 ATLANTA GA 30384-0327 United States | RENT | 8,416.67 |
| 02/05/2016 | COMMISSIONER OF FINANCE | PO BOX 328 SARATOGA SPRINGS NY 12866-0328 United States | 3 WATER | 340.62 |
| 02/05/2016 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 1,900.87 |
| 02/05/2016 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN SUE KELLEY | SECURITY | 1,500.00 |
| 02/05/2016 | EMG NOTTINGHAM LLC | 277 MARTINE AVE WHITE PLAINS NY 10601 United States | 215 RENT | 6,004.15 |
| 02/05/2016 | EMG NOTTINGHAM LLC | 277 MARTINE AVE WHITE PLAINS NY 10601 United States | RENT | 1,000.00 |
| 02/05/2016 | EXCELLUS BLUECROSS BLUESHIELD | PO BOX 5266 BINGHAMTON NY 13902-5266 United States | 9983 HEALTH INSURANCE | 4,476.84 |
| 02/05/2016 | EXCELLUS BLUECROSS BLUESHIELD | PO BOX 5266 BINGHAMTON NY 13902-5266 United States | 9983 HEALTH INSURANCE | 22,301.18 |
| 02/05/2016 | FAIRPORT MUNICIPAL COMMISSION | 31 SOUTH MAIN ST FAIRPORT NY 14450 United States | 36 ELECTRIC | 616.74 |
| 02/05/2016 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | 9983 SHIPPING | 51.04 |
| 02/05/2016 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 109.08 |
| 02/05/2016 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 6,172.70 |
| 02/05/2016 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | 9983 PHONE | 34.58 |
| 02/05/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 234.90 |
| 02/05/2016 | GUARDIAN | PO BOX 824404 PHILADELPHIA PA 19182-4404 United States | 9983 HEALTH INSURANCE | 2,683.08 |
| 02/05/2016 | HOLAVA, CRAIG | 14 COUNTY ROUTE 23 CONSTANTIA NY 13044 | ROC - EXPENSE REPORT | 343.54 |
| 02/05/2016 | J & R WELDING INC | 270 MILTON AVE BALLSTON SPA NY 12020 United States | REPAIR & MAINTENANCE | 125.00 |
| 02/05/2016 | J C EHRLICH CO INC | PO BOX 13848 READING PA 19612-3848 United States | EXTERMINATING | 75.60 |
| 02/05/2016 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 8,976.46 |
| 02/05/2016 | LACAGNINA, DEANNA | 663 BEADLE RD BROCKPORT NY 14420 United States | ROC - EXPENSE REPORT | 580.05 |
| 02/05/2016 | MDB ENTERPRISES LLC | 1025 CENTRAL AVE ALBANY NY 12205 United States | 020 RENT | 3,204.91 |
| 02/05/2016 | MICHAEL PAUL RICHARDS CORP | 249 BANBURY DR ROCHESTER NY 14612 United States | RENT | 3,765.23 |
| 02/05/2016 | MONROE COUNTY WATER AUTHORITY | PO BOX 5158 BUFFALO NY 14240-5158 United States | UTILITY | 455.07 |
| 02/05/2016 | MONROE EXTINGUISHER CO INC | 105 DODGE ST PO BOX 60980 ROCHESTER NY 14606 United States | 231 FIRE EXTINGUISHER SERVICE | 62.64 |
| 02/05/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 6,789.35 |
| 02/05/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 02/05/2016 | NEW YORK STATE THRUWAY AUTHORITY - TOLLS | PO BOX 5501 BINGHAMTON NY 13902-5501 United States | 8046 TOLL CHARGES | 967.44 |
| 02/05/2016 | NEWTON PLAZA ASSOCIATES LLC - DUES | 596 NEW LOUDON RD LATHAM NY 12110 | 013 DUES | 50.00 |
| 02/05/2016 | NEWTON PLAZA ASSOCIATES LLC - RENT | 596 NEW LOUDON RD LATHAM NY 12110 United States | 013 RENT | 6,160.07 |
| 02/05/2016 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 504.25 |
| 02/05/2016 | PITTSFORD, TOWN OF - RENT | 11 SOUTH MAIN ST PITTSFORD NY 14534 United States | 657 RENT | 5,296.50 |
| 02/05/2016 | PREMIER SIGN SYSTEMS LLC | 10 EXCEL DR ROCHESTER NY 14621 United States | 62 SIGN REPAIR | 307.80 |
| 02/05/2016 | RAPOWITZ ASSOCIATES LP | 3617 FAIR OAKS PLACE LONG BOAT KEY FL 34228 United States | 175 RENT | 2,000.00 |
| 02/05/2016 | RENSSELAER COUNTY PLAZA ASSOCIATES | C/O NIGRO COMPANIES 20 CORPORATE WOODS BLVD ALBANY NY 12211 | 068 RENT | 4,883.52 |
| 02/05/2016 | ROCHESTER CITY TREASURER - WATER PAYMENTS | CITY OF ROCHESTER WATER DEPT 90134 PO BOX 5508 | UTILITY | 750.00 |
| 02/05/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 3,795.60 |
| 02/05/2016 | SCHAUMBURG SPECIALTIES CO INC | 550 ALBION AVE UNIT 30 SCHAUMBURG IL 60193 United States | 8046 RACKS | 250.00 |
| 02/05/2016 | STUYVESANT PLAZA INC | 4 TOWER PL SUITE 101 ALBANY NY 12203 United States | 002 RENT | 8,014.18 |
| 02/05/2016 | TIME WARNER COMMUNICATIONS-70672 | PO BOX 70872 CHARLOTTE NC 28272-0872 United States | TELEPHONE | 3,654.45 |
| 02/05/2016 | TJB SUNSHINE ENTERPRISE INC | 10 MAIN ST SUITE 201 BALLSTON LAKE NY 12019 | REPAIR & MAINTENANCE | 287.00 |
| 02/05/2016 | TOMAROCH MANAGEMENT LLC | C/O HOFFMAN ENTERPRISES 25 CORPORATE CIRLCE SUITE 100 ALBANY NY 12203 | 077 RENT | 4,332.65 |
| 02/05/2016 | TOMAROCH MANAGEMENT LLC | C/O HOFFMAN ENTERPRISES 25 CORPORATE CIRLCE SUITE 100 ALBANY NY 12203 | RENT | 2,663.40 |
| 02/05/2016 | TRASON-GLOBAL REALTY LLC | 3187 BELLEVUE AVE APT A3 WINKWORTH GARDEN APARTMENTS SYRACUSE NY 13219 | 231 RENT | 3,496.64 |
| 02/05/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 3,500.00 |
| 02/05/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | REPAIR & MAINTENANCE | 2,541.91 |
| 02/05/2016 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 2,080.32 |
| 02/05/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 43,810.32 |
| 02/05/2016 | VILLAGE SQUARE LLC | 14 HEMLOCK ST PO BOX 517 LATHAM NY 12110-0517 United States | RENT | 3,250.00 |
| 02/05/2016 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT PO BOX 24470 ROCHESTER NY 14624 United States | RENT | 19,217.55 |
| 02/05/2016 | WEGMANS FOOD MARKETS INC | REAL ESTATE ACCT PO BOX 24470 ROCHESTER NY 14624 United States | RENT | 25,000.00 |
| 02/05/2016 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | VENDOR | 908.39 |
| 02/05/2016 | YOUNGBLOOD DISPOSAL ENTERPRISES OF WESTER | PO BOX 64463 ROCHESTER NY 14624 United States | 85000 RUBBISH REMOVAL | 919.17 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Account | Amount |
|------|------|---------|---------|--------|
| 02/09/2016 | SANTAROSE, MARGE | 247 WALZER RD ROCHESTER NY 14622 United States | 9983 OFFICE CLEANING | 80.00 |
| 02/10/2016 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60675-2572 | 8046 FLOUR | 9,332.46 |
| 02/10/2016 | DILLON, LINDA M | 11 SOUTH MAIN ST RECEIVER PITTSFORD NY 14534 United States | 657 - PROPERTY 264601 151 18-3-3 | 2,957.28 |
| 02/10/2016 | ENNIS, GREG | C/O BRUEGGERS 453 BROADWAY ST SARATOGA SPRINGS NY 12866 | 9983 - REPLACE LOST P/R CHECK | 279.44 |
| 02/10/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | 8046 CC | 10,561.32 |
| 02/10/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | EXPENSE REIMBURSEMENT | 3,479.05 |
| 02/10/2016 | GENIER, BARBARA | TAX RECEIVER, TOWN OF IRONDEQUOIT DEPT #117080 PO BOX 5209 BINGHAMTON NY 13902-5270 | 52 - PROPERTY 263400 091.08-2-51 | 5,966.11 |
| 02/10/2016 | JACKSON, AIMEE | C/O BRUEGGERS 3333 WEST HENRIETTA RD ROCHESTER NY 14623 | 9983 REPLACE PAYROLL CHECK D | 83.89 |
| 02/10/2016 | PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,000.00 |
| 02/10/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 9,948.45 |
| 02/10/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | 8046 COFFEE | 5,408.36 |
| 02/10/2016 | WEST, JENNIFER A | 1350 TURK HILL RD RECEIVER FAIRPORT NY 14450 United States | 175 - PROPERTY 264489 179 10-1-4 | 3,523.88 |
| 02/12/2016 | 13 BRUEGGERS P/C | 594 NEW LOUDEN RD LATHAM NY 12110 United States | PETTY CASH | 151.08 |
| 02/12/2016 | 158 BRUEGGERS P/C | 900 CENTRAL AVE ALBANY NY 12206 United States | 158 PETTY CASH | 48.56 |
| 02/12/2016 | 175 BRUEGGERS P/C | 709-11 PITTSFORD-VICTOR RD PITTSFORD NY 14534 United States | 175 PETTY CASH | 61.34 |
| 02/12/2016 | 47 BRUEGGERS P/C | 180 DELAWARE PLAZA DELMAR NY 12054 United States | 47 PETTY CASH | 291.43 |
| 02/12/2016 | 646 BRUEGGERS P/C | 2200 PENFIELD RD PENFIELD NY 14526 United States | 646 PETTY CASH | 60.77 |
| 02/12/2016 | 72 BRUEGGERS P/C | 3177 LATTA RD ROCHESTER NY 14612 United States | 72 PETTY CASH | 34.94 |
| 02/12/2016 | 91 BRUEGGERS P/C | 1770 CENTRAL AVE ALBANY NY 12205 United States | 91 PETTY CASH | 87.42 |
| 02/12/2016 | A COMPARATO REALTY & MANAGEMENT | COMPSON DEVELOPMENT 2465 RIDGE RD WEST ROCHESTER NY 14626 | 646 RENT | 5,550.00 |
| 02/12/2016 | AIRGAS USA LLC | PO BOX 802756 NORTH DIVISION CHICAGO IL 60680-2576 | VENDOR | 330.80 |
| 02/12/2016 | ALBANY FIRE EXTINGUISHER INC | 215 WATERVLIET SHAKER RD WATERVLIET NY 12189 United States | REPAIR & MAINTENANCE | 250.50 |
| 02/12/2016 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 797.63 |
| 02/12/2016 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | 9148 EXPENSE REPORT | 815.40 |
| 02/12/2016 | CENTER FOR SECURITY/LOCKSMITHS | 1659 ROUTE 9 CLIFTON PK NY 12065 United States | 2 SECURITY SERVICES | 192.24 |
| 02/12/2016 | CLEAR VIEW BAG CO. INC. | PO BOX 11160 ALBANY NY 12211 United States | 8046 CLEAR POLY BAGS | 421.16 |
| 02/12/2016 | CLIFTON COUNTRY RD ASSOCIATES LLC | PO BOX 1549 C/O WINDSOR DEV GROUP INC CLIFTON PARK NY 12065-0807 | 025 RENT | 4,332.27 |
| 02/12/2016 | DAVID L GANDELL MD | 21 WARWICK DR FAIRPORT NY 14450 United States | 070 RENT | 12,312.99 |
| 02/12/2016 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 2,134.65 |
| 02/12/2016 | DELAWARE PLAZA LLC | 180 DELAWARE AVE DELAWARE PLAZA SUITE 200 DELMAR NY 12054 | RENT | 9,860.85 |
| 02/12/2016 | DIAZ, EDWARDO | C/O BRUEGGERS COMMISSARY 1044 UNIVERSITY AVE BLDG 2 SPACE L ROCHESTER NY 14607 | 8046 ROC COMMISSARY PETTY CA | 105.91 |
| 02/12/2016 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN SUE KELLEY | SECURITY | 1,500.00 |
| 02/12/2016 | DUFFY'S EQUIPMENT SERVICES | 3138 ONEIDA ST SAUQUOIT NY 13456-2814 United States | REPAIR & MAINTENANCE | 2,367.62 |
| 02/12/2016 | ERIE BOULEVARD LLC | PO BOX 808 SHELBURNE VT 05482-0808 United States | 235 RENT | 12,580.15 |
| 02/12/2016 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #128 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 369.36 |
| 02/12/2016 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 5,392.62 |
| 02/12/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | 8046 CC | 6,808.00 |
| 02/12/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 479.52 |
| 02/12/2016 | GREECE TOWN CENTER LLC | C/O ALLOCO REAL ESTATE MANAGEMENT PO BOX 25111 ROCHESTER NY 14625 | RENT | 5,229.24 |
| 02/12/2016 | HAFNER FAMILY LIMITED PARTNSHIP | 500 DAVID DR N SYRACUSE NY 13212 United States | 066 RENT | 4,787.74 |
| 02/12/2016 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | 9983 PROFESSIONAL FEES | 13,344.88 |
| 02/12/2016 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 10,031.26 |
| 02/12/2016 | MALT PRODUCTS LLC | PO BOX 898 SADDLE BROOK NJ 07663 United States | 8046 MALT | 5,622.09 |
| 02/12/2016 | MICHAEL PAUL RICHARDS CORP | 249 BANBURY DR ROCHESTER NY 14612 United States | 052 RENT | 5,378.89 |
| 02/12/2016 | MONROE CLOVER PLAZA LLC | 259 ALEXANDER ST C/O BUCKINGHAM PROPERTIES LLC ROCHESTER NY 14607 | 745 RENT | 5,132.60 |
| 02/12/2016 | MS EQUIPMENT SALES INC | 3498 UNION ST NORTH CHILI NY 14514 United States | 8046 - FORKLIFT REPAIR | 688.15 |
| 02/12/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 2,732.26 |
| 02/12/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UTILITY | 7,669.88 |
| 02/12/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 02/12/2016 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | 9145 EXPENSE REPORT | 695.80 |
| 02/12/2016 | NIETOPSKI SPORTS | NIETOPSKI SPORTS 2024 W HENRIETTA RD  SUITE 2A ROCHESTER NY 14623 | ALL MAINTENANCE UNIFORMS | 372.21 |
| 02/12/2016 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 402.50 |
| 02/12/2016 | PALMER FOOD SERVICE CORPORATION | PO BOX 92365 ROCHESTER NY 14692 United States | 8046 HOT CHOCOLATE | 1,248.00 |
| 02/12/2016 | PARKER INSIGHTS | PARKER MARKETING RESEARCH LLC 7644 KING'S POINTE RD TOLEDO OH 43617 | 9983 PROFESSIONAL FEES | 22,000.00 |
| 02/12/2016 | PENFIELD TK OWNER LLC | C/O JADD MANAGEMENT LLC 415 PARK AVE ATTN KERRY STEVENS ROCHESTER NY 14607 | 287 RENT | 6,002.67 |
| 02/12/2016 | POVINELLI CUTLERY & SHARPENING SERVICE | SERVICE INC 3810 UNION RD CHEEKTOWAGA. NY 14225 | VENDOR | 241.99 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Account | Amount |
|---|---|---|---|---|
| 02/12/2016 | PRO MAINTENANCE SERVICE | PRO MAINTENANCE SERVICE 201 W GENESEE ST FAYETTEVILLE NY 13066 | 66 SNOW PLOWING | 405.00 |
| 02/12/2016 | RAPOWITZ ASSOCIATES LP | 3617 FAIR OAKS PLACE LONG BOAT KEY FL 34228 United States | 175 RENT | 10,036.31 |
| 02/12/2016 | RICHARDS, MARILEE | 79 BEVERLY ST ROCHESTER NY 14610 United States | 9146 EXPENSE REPORT | 239.22 |
| 02/12/2016 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UTILITY | 9,621.06 |
| 02/12/2016 | SAGE COLLEGES | 65 1ST ST TROY NY 12180 United States | 1 RENT | 2,845.02 |
| 02/12/2016 | SCHAUMBURG SPECIALTIES CO INC | 550 ALBION AVE UNIT 30 SCHAUMBURG IL 60193 United States | 8046 RACKS | 250.00 |
| 02/12/2016 | SHOES FOR CREWS. LLC | PO BOX 504634 ST LOUIS MO 63150-4634 United States | VENDOR | 110.92 |
| 02/12/2016 | SONO ITALIANO CORPORATION | 1110 WEST HARRIS RD SUITE 102 ARLINGTON TX 76001 United States | 8046 FOOD | 2,574.50 |
| 02/12/2016 | ST JOSEPHS MEDICAL P C | PO BOX 4868 SYRACUSE NY 13221 United States | 9983 WORKERS COMP | 99.93 |
| 02/12/2016 | THE HARTFORD | PO BOX 660916 DALLAS TX 75266-0916 | 9983 - AUTO INSURANCE | 920.13 |
| 02/12/2016 | TJB SUNSHINE ENTERPRISE INC | 10 MAIN ST SUITE 201 BALLSTON LAKE NY 12019 | VENDOR | 215.38 |
| 02/12/2016 | TRIPLE O MECHANICAL INC | 6004 NORTH LAKE RD BERGEN, NY 14416 USA | 91 COOLER | 3,500.00 |
| 02/12/2016 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - SITE 1856 CHICAGO IL 60675-1856 United States | 8046 BEVERAGE | 2,612.22 |
| 02/12/2016 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | 8046 BAKING | 3,331.80 |
| 02/12/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 46,128.48 |
| 02/12/2016 | W B MASON CO INC | PO BOX 981101 BOSTON MA 02298-1101 United States | OFFICE SUPPLIES | 1,578.95 |
| 02/12/2016 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 666.11 |
| 02/12/2016 | ZABITCHUCK, JOSEPH | 33 KENCREST DR ROCHESTER NY 14606 | 9147 EXPENSE REPORT | 492.90 |
| 02/15/2016 | UNIVERSITY BUSINESS CENTER | C/O BUCKINGHAM PROPERTIES LLC 259 ALEXANDER ST ROCHESTER NY 14607 | 8046 RENT | 7,513.77 |
| 02/16/2016 | CARR, GORDON | C/O BRUEGGERS 333 NOTTINGHAM RD SYRACUSE NY 13210 | REPLACE P/R CHECK DATED 2/16/ | 431.74 |
| 02/16/2016 | INTUIT QUICKBOOKS INC | 2800 E COMMERCE CENTER PLACE TUCSON AZ 85706 | QUICKBOOKS | 219.96 |
| 02/17/2016 | PMC INSURANCE COMPANY INC | 209 BURLINGTON RD BEDFORD MA 01730 | 9983 JANUARY 2016 WORKERS CC | 14,705.95 |
| 02/18/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 7,628.31 |
| 02/18/2016 | US FOODS CULINARY EQUIPMENT SUPPLIES | PO BOX 64177 ST PAUL MN 55164 United States | VENDOR | 1,829.04 |
| 02/19/2016 | 107 BRUEGGERS P/C | 5196 WEST TAFT RD NORTH SYRACUSE NY 13212 United States | 107 PETTY CASH | 42.29 |
| 02/19/2016 | 2 BRUEGGERS P/C | 1475 WESTERN AVE ALBANY NY 12203 | 2 PETTY CASH | 41.93 |
| 02/19/2016 | 20 BRUEGGERS P/C | 1116 MADISON AVE ALBANY NY 12206 United States | 20 PETTY CASH | 86.20 |
| 02/19/2016 | 215 BRUEGGERS P/C | 333 NOTTINGHAM RD SYRACUSE NY 13210 United States | 215 PETTY CASH | 180.93 |
| 02/19/2016 | 231 BRUEGGERS P/C | 7601 OSWEGO RD RT 57 LIVERPOOL NY 13090 United States | 231 PETTY CASH | 197.77 |
| 02/19/2016 | 235 BRUEGGERS P/C | 3065 ERIE BLVD EAST SYRACUSE NY 13224 United States | 235 PETTY CASH | 67.64 |
| 02/19/2016 | 25 BRUEGGERS P/C | 19 CLIFTON COUNTY RD CLIFTON PK NY 12065 United States | 25 PETTY CASH | 33.57 |
| 02/19/2016 | 26 BRUEGGERS P/C | 1634 UNION ST SCHENECTADY NY 12309 United States | 26 PC 020116 | 66.41 |
| 02/19/2016 | 3 BRUEGGERS P/C | 453 BROADWAY ST SARATOGA SPRINGS NY 12866 United States | 3 PETTY CASH | 90.01 |
| 02/19/2016 | 52 BRUEGGERS P/C | 1234 EAST RIDGE RD ROCHESTER NY 14621 United States | 52 PETTY CASH | 123.49 |
| 02/19/2016 | 53 BRUEGGERS P/C | 1950 EMPIRE BLVD WEBSTER NY 14580 United States | 53 PETTY CASH | 127.00 |
| 02/19/2016 | 657 BRUEGGERS P/C | 24 STATE ST PITTSFORD NY 14534 United States | 657 PETTY CASH | 55.66 |
| 02/19/2016 | 70 BRUEGGERS P/C | 1400 MT HOPE AVE ROCHESTER NY 14620 United States | 70 PETTY CASH | 100.20 |
| 02/19/2016 | BAY STATE MILLING COMPANY CORP | 100 CONGRESS ST ATTN  A/R DEPT QUINCY MA 02169-0948 United States | 8046 BAKING | 5,961.83 |
| 02/19/2016 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 3,081.43 |
| 02/19/2016 | BOND SCHOENECK & KING PLLC | ONE LINCOLN CENTER SYRACUSE NY 13202-1355 | 9983 PROFESSIONAL FEES | 6,078.50 |
| 02/19/2016 | BUDGET SEWER AND DRAIN | 872 OLD ALBANY SHAKER RD LATHAM NY 12110 United States | 68 GREASE TANK | 162.00 |
| 02/19/2016 | CENTER FOR SECURITY/LOCKSMITHS | 1659 ROUTE 9 CLIFTON PK NY 12065 United States | 2 BACK DOOR REPLACED | 3,467.12 |
| 02/19/2016 | CNL APF PARTNERS, LP - Atlanta | PO BOX 100327 ATLANTA, GA 30384-0327 USA | 3 PROPERTY TAX | 4,183.49 |
| 02/19/2016 | COCA-COLA REFRESHMENTS | ROCHESTER SALES CENTER PO BOX 4108 BOSTON, MA 02211-4106 | GNPK | 469.04 |
| 02/19/2016 | CONNOVER PACKAGING | 119 DESPATCH DR EAST ROCHESTER NY 14445 | ROC SYR DEPOSIT SLIPS | 135.37 |
| 02/19/2016 | CPWA | PO BOX 1446 CLIFTON PARK NY 12065-0806 United States | 25 WATER | 174.46 |
| 02/19/2016 | DAVIS-ULMER SPRINKLER CO INC - METRO PARK | 300 METRO PARK ROCHESTER NY 14623 United States | 745 - PREPAY 1ST QUARTER 2016 | 135.00 |
| 02/19/2016 | DECRESCENTE DISTRIBUTING CO INC | 211 N MAIN ST PO BOX 231 MECHANICVILLE NY 12118 United States | ALB BEVERAGE | 1,578.78 |
| 02/19/2016 | DOYLE SECURITY SYSTEMS INC | 792 CALKINS RD ROCHESTER NY 14623 ATTN  SUE KELLEY | SECURITY | 784.46 |
| 02/19/2016 | ERIE INSURANCE | 100 ERIE INSURANCE PL ERIE PA 16530 | 9983 INSURANCE | 7,526.23 |
| 02/19/2016 | FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 United States | SHIPPING | 88.88 |
| 02/19/2016 | FISH WINDOW CLEANING INC | 2604 ELMWOOD AVE #126 ROCHESTER NY 14618 | REPAIR & MAINTENANCE | 203.04 |
| 02/19/2016 | FLOWER CITY PRODUCE INC | 20-22 PUBLIC MARKET ROCHESTER, NY 14609 USA | VENDOR | 5,765.00 |
| 02/19/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | VENDOR | 14,545.96 |
| 02/19/2016 | FRONTIER TELEPHONE OF ROCHESTER INC | PO BOX 20550 ROCHESTER NY 14602-0550 United States | TELEPHONE | 422.68 |
| 02/19/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 1,220.60 |
| 02/19/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | ALB MAINT PETTY CASH | 168.72 |

# Flour City Bagels, LLC
# Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Category | Amount |
|---|---|---|---|---|
| 02/19/2016 | GE CAPITAL | PO BOX 642333 PITTSBURGH PA 15264-2333 United States | 9145 / 9148 COPIER | 68.04 |
| 02/19/2016 | HOLAVA, CRAIG | 14 COUNTY ROUTE 23 CONSTANTIA NY 13044 | SYR MILEAGE | 170.48 |
| 02/19/2016 | HOLAVA, CRAIG | 14 COUNTY ROUTE 23 CONSTANTIA NY 13044 | REPAIR & MAINTENANCE | 1,055.20 |
| 02/19/2016 | IPFS CORPORATION | 24722 NETWORK PL CHICAGO IL 60673-1247 | 9983 - UMBRELLA INSURANCE - PA | 980.47 |
| 02/19/2016 | JOHNSTON PAPER COMPANY | PO BOX 736 AUBURN NY 13021 United States | VENDOR | 4,741.72 |
| 02/19/2016 | LACAGNINA, DEANNA | 663 BEADLE RD BROCKPORT NY 14420 United States | ROC MILEAGE | 61.02 |
| 02/19/2016 | MILLENNIUM MEDICAL IMAGING | PO BOX 130 LATHAM NY 12110 United States | 9983 WORKER'S COMP | 29.00 |
| 02/19/2016 | MONROE EXTINGUISHER CO INC | 105 DODGE ST PO BOX 60980 ROCHESTER NY 14606 United States | 70 EXTINGUISHER SERVICE | 229.23 |
| 02/19/2016 | NATIONAL GRID | PO BOX 11742 NEWARK NJ 07101-4742 | UILITY | 6,587.89 |
| 02/19/2016 | NCR CORPORATION | PO BOX 198755 ATLANTA GA 30384-8755 | RADIANT BAKERIES Q2 2015 HARD | 500.00 |
| 02/19/2016 | NEIDER, TIMOTHY | 10 LINCOLN AVE SARATOGA SPRINGS NY 12866 United States | 9145 EXPENSE REPORT | 248.14 |
| 02/19/2016 | NIUM INC | 7418 BRIGHTON RD PITTSBURGH PA 15202 United States | 9983 - MARKETING SUPPLIES | 430.94 |
| 02/19/2016 | ONONDAGA BEVERAGE | 7655 EDGECOMB DR LIVERPOOL NY 13088 United States | VENDOR | 529.75 |
| 02/19/2016 | PLUG & PAY TECHNOLOGIES COR | 1363-26 VETERANS HIGHWAY HAUPPAUGE NY 11788 United States | 9983 BRUEGGERS JANUARY 2016 | 6.52 |
| 02/19/2016 | POVINELLI CUTLERY & SHARPENING SERVICE | SERVICE INC 3810 UNION RD CHEEKTOWAGA, NY 14225 | VENDOR | 164.16 |
| 02/19/2016 | RED 9 ENTERPRISES | RED 9 ENTERPRISES 25 TIMBERLINE DRIVE PENFIELD NY 14526 | ROC - 3RD INSTALLMENT SNOWPL | 1,350.00 |
| 02/19/2016 | REPUBLIC SERVICES #964 | PO BOX 9001099 LOUISVILLE KY 40290-1099 United States | RUBBISH REMOVAL | 2,386.76 |
| 02/19/2016 | ROCHESTER GAS & ELECTRIC | PO BOX 847813 BOSTON MA 02284-7813 United States | UILITY | 8,381.76 |
| 02/19/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | VENDOR | 7,533.96 |
| 02/19/2016 | SCHAUMBERG SPECIALTIES CO INC | 550 ALBION AVE UNIT 30 SCHAUMBURG IL 60193 United States | 8046 RACKS | 250.00 |
| 02/19/2016 | SOUTH TOWN PLAZA ASSOCIATES LLC | PO BOX 20852 ROCHESTER NY 14602 United States | 142 RENT | 7,081.49 |
| 02/19/2016 | SOUTH TOWN PLAZA MERCHANTS ASSOCIATES | 2975 BRIGHTON HENRIETTA TL RD ROCHESTER NY 14623 United States | RENT | 613.24 |
| 02/19/2016 | SPECK'S GENERAL CONTRACTING | 575 FORTS FERRY RD LATHAM NY 12110 | 47 - REMOVE FLOOR DRAIN & BRC | 1,500.00 |
| 02/19/2016 | ST MARY'S HEALTHCARE | 427 GUY PARK AVE AMSTERDAM NY 120101054 | WORKERS' COMP | 116.01 |
| 02/19/2016 | SUBURBAN DISPOSAL CORP | PO BOX 112 SPENCERPORT NY 14559-0112 United States | ROC RUBBISH REMOVAL | 1,017.67 |
| 02/19/2016 | SYRACUSE HAULERS | 6223 THOMPSON RD SUITE 1000 SYRACUSE NY 13209 United States | SYR RUBBISH REMOVAL | 2,034.48 |
| 02/19/2016 | THE OTHER SIDE PROPERTY SERVICES | THE OTHER SIDE PROPERTY SERVICES 104 WESTVIEW AVE SYRACUSE NY 13208-1930 | SYR SNOWPLOWING | 1,371.60 |
| 02/19/2016 | TJB SUNSHINE ENTERPRISE INC | 10 MAIN ST SUITE 201 BALLSTON LAKE NY 12019 | REPAIR & MAINTENANCE | 238.68 |
| 02/19/2016 | TRIMARK SS KEMP - CLEVELAND CORPORATION | 4567 WILLOW PARKWAY CLEVELAND OH 44125-1041 United States | 52 - BEVERAGE DISPENSER | 1,316.52 |
| 02/19/2016 | TROPICANA CHILLED DSD INC-chicago | 75 REMITTANCE DR - STE 1856 CHICAGO IL 60675-1856 United States | VENDOR | 2,610.25 |
| 02/19/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 53,990.64 |
| 02/19/2016 | VERIZON WIRELESS SERVICES | PO BOX 408 NEWARK NJ 07101-0408 United States | ROC / ALB / SYR PHONE | 1,088.95 |
| 02/19/2016 | VILLAGE SQUARE LLC | 14 HEMLOCK ST PO BOX 517 LATHAM NY 12110-0517 United States | 091 RENT | 5,320.00 |
| 02/19/2016 | W B MASON CO INC | PO BOX 981101 BOSTON MA 02298-1101 United States | OFFICE SUPPLIES | 695.37 |
| 02/19/2016 | WINDSOR WOLF ROAD PROPERTIES LLC | PO BOX 12753 COLUMBIA DEVELOPMENT GROUP ALBANY NY 12212 | RENT | 6,231.16 |
| 02/19/2016 | WRIGHT BEVERAGE DISTRIBUTING CORP | 3165 BRIGHTON HENRIETTA TOWNLINE RD ROCHESTER NY 14623-2795 United States | 8046 BEVERAGE | 752.29 |
| 02/22/2016 | KING, BUCKLEY | 600 SUPERIOR AVE EAST SUITE 1400 CLEVELAND OH 44114 | 9983 PROFESSIONAL FEES | 10,000.00 |
| 02/23/2016 | SANTAROSE, MARGE | 247 WALZER RD ROCHESTER NY 14622 United States | 9983 OFFICE CLEANING | 80.00 |
| 02/24/2016 | RIGHT NETWORKS LLC | 14-16 HAMPSHIRE DR HUDSON NH 03051 | QUICKBOOKS | 50.00 |
| 02/25/2016 | ADM MILLING CORP | ARCHER DANIELS MIDLAND CO PO BOX 92572 CHICAGO IL 60675-2572 | VENDOR | 9,293.26 |
| 02/25/2016 | LAKELAND BANK | 166 CHANGEBRIDGE RD MONTVILLE, NJ 07045 | 8046 FEB'16 PYMT FORKLIFT | 282.60 |
| 02/25/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 7,238.75 |
| 02/25/2016 | VAN DRUNEN FARMS - PREPAY | 300 WEST 6TH ST MOMENCE IL 60954 United States | 8046 GROUND ROSEMARY | 923.97 |
| 02/25/2016 | VERIZON WIRELESS SERVICES | PO BOX 408 NEWARK NJ 07101-0408 United States | 9983 - PAYMENT FOR CREDIT PRE | 186.91 |
| 02/26/2016 | ALBANY COUNTY SHERIFF'S OFFICE | ALBANY COUNTY COURT HOUSE ROOM 79 ALBANY NY 12207 | 9983 - DANIELLE BATTIGE DOCKE1 | 883.99 |
| 02/26/2016 | BEARDSLEY, LARRY | 1014 KLEM RD WEBSTER NY 14580 United States | ROC MAINT PETTY CASH | 1,304.99 |
| 02/26/2016 | BOND SCHOENECK & KING PLLC | ONE LINCOLN CENTER SYRACUSE NY 13202-1355 | 9983 PROFESSIONAL FEES | 6,338.00 |
| 02/26/2016 | BROWN, MONICA | 915 VINE ST LIVERPOOL NY 13088 United States | 9148 EXPENSE REPORT | 561.22 |
| 02/26/2016 | CARR, GORDON | C/O BRUEGGERS 333 NOTTINGHAM RD SYRACUSE NY 13210 | 9145 EXPENSE REPORT | 215.36 |
| 02/26/2016 | COMMONWEALTH FINANCIAL SYSTEMS INC | 245 MAIN ST DICKSON CITY PA 18519 | 9983 - DANIELLE BATTIGE CFSI AC | 150.31 |
| 02/26/2016 | COMMONWEALTH FINANCIAL SYSTEMS INC | 245 MAIN ST DICKSON CITY PA 18519 | 9983 - DANIELLE BATTIGE CFSI AC | 58.26 |
| 02/26/2016 | DOYLE CHEVROLET SUBARU | 740 RIDGE RD WEBSTER NY 14580 | 9983 - 2015 SUBARU XV CROSSTR | 942.14 |
| 02/26/2016 | ELLSBURY, DARIEN | C/O BRUEGGERS RENSSELAER CNTY PLAZA RT 4&20 RENSSELAER NY 12144 | 9983 - REISSUE P/R CHECK DATEL | 211.18 |
| 02/26/2016 | EVANS, KOLLIN | C/O BRUEGGERS 5198 WEST TAFT RD N SYRACUSE NY 13212 | 9983 - REISSUE P/R CHECK DATEL | 136.29 |
| 02/26/2016 | FRANKLIN FOODS INC | PO BOX 1312 WILLISTON VT 05495 United States | 8046 CC | 12,272.10 |
| 02/26/2016 | GAYLORD, DOUGLAS | 548 MARQUART DR WEBSTER NY 14580 United States | 9150 EXPENSE REPORT | 467.85 |
| 02/26/2016 | NEW YORK STATE SALES TAX PROCESSING | JAF BUILDING PO BOX 1208 NEW YORK NY 10116-1208 United States | SALES TAX | 87,887.84 |

# Flour City Bagels, LLC
## Find Report
### December 1, 2015 through March 1, 2016

| Date | Name | Address | Account | Amount |
|---|---|---|---|---|
| 02/26/2016 | NYSEG | PO BOX 11745 NEWARK NJ 07101-4745 United States | 25 ELECTRIC | 960.49 |
| 02/26/2016 | RICHARDS, MARILEE | 79 BEVERLY ST ROCHESTER NY 14610 United States | 9146 EXPENSE REPORT | 260.28 |
| 02/26/2016 | ROYAL CUP INC | 160 CLEAGE RD PO BOX 170971 BIRMINGHAM AL 35217-0971 United States | 8046 COFFEE | 6,144.32 |
| 02/26/2016 | SCHLEHR, MIKAYLA | C/O BRUEGGERS 709-711 PITTSFORD-VICTOR RD PITTSFORD NY 14534 | 9983 - REISSUE P/R CHECK DATED | 110.96 |
| 02/26/2016 | TWIN BAKERY SUPPLY INC | 647 EAGLE ST BUFFALO NY 14210 United States | 8046 BAKING | 2,963.15 |
| 02/26/2016 | US FOODS CULINARY EQUIPMENT SUPPLIES | PO BOX 64177 ST PAUL MN 55164 United States | VENDOR | 113.29 |
| 02/26/2016 | USFOOD | PO Box 19109 Greeneville, SC 29602 USA | VENDOR | 50,333.59 |
| 02/26/2016 | ZABITCHUCK, JOSEPH | 33 KENCREST DR ROCHESTER NY 14606 | 9147 EXPENSE REPORT | 482.68 |
| 03/01/2016 | BOND SCHOENECK & KING PLLC | ONE LINCOLN CENTER SYRACUSE NY 13202-1355 | PROFESSIONAL FEES | 27,696.00 |
| 03/01/2016 | KING, BUCKLEY | 600 SUPERIOR AVE EAST SUITE 1400 CLEVELAND OH 44114 | PROFESSIONAL FEES | 40,000.00 |
| 03/01/2016 | NYS LLC/LLP FEE | STATE PROCESSING CENTER PO BOX 4148 BINGHAMTON NY 13902-4148 | 16-1599515 - 2015 FILING FEE | 25.00 |
| 03/01/2016 | NYS LLC/LLP FEE | STATE PROCESSING CENTER PO BOX 4148 BINGHAMTON NY 13902-4148 | 16-1599516 - 2015 FILING FEE | 25.00 |
| 03/01/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | PROFESSIONAL FEES | 22,817.24 |
| | | | | **3,605,868.99** |

# STATEMENT OF FINANCIAL AFFAIRS

# NO. 4

# Flour City Bagels, LLC
## Find Report
### March 1, 2015 through March 1, 2016

| Date | Name | Address | Memo | Amount |
|------|------|---------|------|--------|
| 03/06/15 | 683 PVR LLC | | Rent | 5,166.67 |
| 04/17/15 | 683 PVR LLC | | Rent | 5,166.67 |
| 04/29/15 | 683 PVR LLC | C/O MICHAEL BORRELLI 22 CRICKET HILL DR PITTSFORD NY 14534 | Rent & Prepaid Rent | 13,166.67 |
| 05/29/15 | 683 PVR LLC | C/O MICHAEL BORRELLI 22 CRICKET HILL DR PITTSFORD NY 14534 | Rent | 5,166.67 |
| 06/29/15 | 683 PVR LLC | C/O MICHAEL BORRELLI 22 CRICKET HILL DR PITTSFORD NY 14534 | Rent | 5,166.67 |
| 07/24/15 | 683 PVR LLC | C/O MICHAEL BORRELLI 22 CRICKET HILL DR PITTSFORD NY 14534 | Rent | 5,166.67 |
| | **Total Paid to 683PVR** | | | **39,000.02** |
| | | | | |
| 03/06/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 6,500.00 |
| 04/01/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 29,300.00 |
| 05/01/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 10,000.00 |
| 05/08/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 9,823.52 |
| 05/15/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 4,000.00 |
| 05/22/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 3,185.29 |
| 06/05/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 3,000.00 |
| 06/19/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 6,000.00 |
| 06/26/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 3,000.00 |
| 07/03/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 2,441.00 |
| 07/10/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 5,000.00 |
| 07/17/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Prepaid Expenses | 4,000.00 |
| 07/24/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Prepaid Expenses | 5,000.00 |
| 07/31/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement - no support | 3,000.00 |
| 07/31/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Expense reimbursement | 15,138.56 |
| 08/24/2015 | GREENE,F KENNETH | 57 SUNSET BLVD PITTSFORD NY 14534 | Consutling Fee | 4,800.00 |
| | **Total Paid to Green** | | | **114,188.37** |
| | | | | |
| 07/31/2015 | BORRELLI,MICHAEL | 22 CRICKET HILL DR PITTSFORD NY 14534 | Partial expense reimbursement | 2,000.00 |
| 08/07/2015 | BORRELLI,MICHAEL | 22 CRICKET HILL DR PITTSFORD NY 14534 | Partial expense reimbursement | 2,500.00 |
| | **Total Paid to Borrelli** | | | **4,500.00** |
| | | | | |
| 12/23/2015 | CANAL MEZZANINE PARTNERS | 8840 COMMONS BLVD SUITE 130 TWINSBURG OH 44087 | Travel Expense Reimbursement | 14,438.88 |
| 10/15/2015 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | Reimbursement of Professional Fees | 15,000.00 |
| 10/28/2015 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | Reimbursement of Professional Fees | 18,770.92 |
| 11/13/2015 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | Reimbursement of Professional Fees | 8,035.87 |
| 12/04/2015 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | Reimbursement of Professional Fees | 22,157.42 |
| 01/29/2016 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | Reimbursement of Professional Fees | 3,395.00 |
| 02/12/2016 | ICE MILLER LLP | PO BOX 68 INDIANAPOLIS IN 46206-0068 | Reimbursement of Professional Fees | 13,344.88 |
| | Total Paid to or on the Behalf of Canal Mezzanine Partners II | | | **95,142.97** |
| | | | | |
| | | | | **252,831.36** |

| NAME | ADRESS | RELATIONSHIP | CHECK DATE | GROSS |
|------|--------|--------------|------------|-------|
| BORRELLI, MICHAEL | 22 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 1/6/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 23 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 1/13/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 24 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 1/20/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 25 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 1/27/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 26 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 2/3/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 27 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 2/10/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 28 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 2/17/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 29 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 2/24/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 30 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 3/3/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 31 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 3/10/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 32 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 3/17/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 33 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 3/24/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 34 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 3/31/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 35 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 4/7/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 36 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 4/14/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 37 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 4/21/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 38 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 4/28/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 39 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 5/5/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 40 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 5/12/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 41 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 5/19/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 42 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 5/26/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 43 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 6/2/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 44 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 6/9/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 45 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 6/16/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 46 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 6/23/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 47 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 6/30/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 48 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 7/7/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 49 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 7/14/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 50 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 7/21/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 51 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 7/28/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 52 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 8/4/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 53 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 8/11/2015 | $5,000.00 |
| BORRELLI, MICHAEL | 54 CRICKET HILL DRIVE, PITTSFORD, NY 14534 | SELF/OWNER | 8/25/2015 | $4,000.00 |
| | | | | $164,000.00 |

NO COMPENSATION 2016

| NAME | ADRESS | RELATIONSHIP | CHECK DATE | GROSS |
|---|---|---|---|---|
| DECARR, RICK | 4753 FAWN HILL, SYRACUSE, NY 13215 | SELF/OWNER | - | $0.00 |

NO COMPENSATION SINCE Q1 2014

| NAME | ADRESS | RELATIONSHIP | CHECK DATE | GROSS |
|------|--------|--------------|------------|-------|
| GREENE, KEN | 57 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 1/6/2015 | $7,700.00 |
| GREENE, KEN | 58 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 1/13/2015 | $7,700.00 |
| GREENE, KEN | 59 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 1/20/2015 | $7,700.00 |
| GREENE, KEN | 60 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 1/27/2015 | $7,700.00 |
| GREENE, KEN | 61 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 2/3/2015 | $7,700.00 |
| GREENE, KEN | 62 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 2/10/2015 | $7,700.00 |
| GREENE, KEN | 63 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 2/17/2015 | $7,700.00 |
| GREENE, KEN | 64 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 2/24/2015 | $7,700.00 |
| GREENE, KEN | 65 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 3/3/2015 | $7,700.00 |
| GREENE, KEN | 66 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 3/10/2015 | $7,700.00 |
| GREENE, KEN | 67 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 3/17/2015 | $7,700.00 |
| GREENE, KEN | 68 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 3/24/2015 | $12,700.00 |
| GREENE, KEN | 69 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 3/31/2015 | $12,700.00 |
| GREENE, KEN | 70 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 4/7/2015 | $12,700.00 |
| GREENE, KEN | 71 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 4/14/2015 | $12,700.00 |
| GREENE, KEN | 72 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 4/21/2015 | $11,131.15 |
| GREENE, KEN | 73 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 4/28/2015 | $7,700.00 |
| GREENE, KEN | 74 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 5/5/2015 | $7,700.00 |
| GREENE, KEN | 75 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 5/12/2015 | $7,700.00 |
| GREENE, KEN | 76 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 5/19/2015 | $7,700.00 |
| GREENE, KEN | 77 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 5/26/2015 | $7,700.00 |
| GREENE, KEN | 78 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 6/2/2015 | $7,700.00 |
| GREENE, KEN | 79 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 6/9/2015 | $7,700.00 |
| GREENE, KEN | 80 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 6/16/2015 | $7,700.00 |
| GREENE, KEN | 81 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 6/23/2015 | $7,700.00 |
| GREENE, KEN | 82 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 6/30/2015 | $7,700.00 |
| GREENE, KEN | 83 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 7/7/2015 | $7,700.00 |
| GREENE, KEN | 84 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 7/14/2015 | $7,700.00 |
| GREENE, KEN | 85 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 7/21/2015 | $7,700.00 |
| GREENE, KEN | 86 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 7/28/2015 | $7,700.00 |
| GREENE, KEN | 87 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 8/4/2015 | $7,700.00 |
| GREENE, KEN | 88 SUNSET BLVD, PITTSFORD, NY 14450 | SELF/OWNER | 8/11/2015 | $7,700.00 |
| | | | | $269,831.15 |

NO COMPENSATION 2016

| NAME | ADRESS | RELATIONSHIP | CHECK DATE | GROSS |
|------|--------|--------------|------------|-------|
| GREENE, BENJAMIN | 96 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 2/3/2015 | $7.50 |
| GREENE, BENJAMIN | 97 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 2/10/2015 | $7.50 |
| GREENE, BENJAMIN | 100 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 3/3/2015 | $7.50 |
| GREENE, BENJAMIN | 101 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 3/10/2015 | $7.50 |
| GREENE, BENJAMIN | 105 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 4/7/2015 | $7.50 |
| GREENE, BENJAMIN | 109 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 5/5/2015 | $15.00 |
| GREENE, BENJAMIN | 113 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 6/2/2015 | $7.50 |
| GREENE, BENJAMIN | 114 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 6/9/2015 | $7.50 |
| GREENE, BENJAMIN | 117 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 6/30/2015 | $7.50 |
| GREENE, BENJAMIN | 122 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 8/4/2015 | $7.50 |
| GREENE, BENJAMIN | 126 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 9/1/2015 | $7.50 |
| GREENE, BENJAMIN | 131 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 10/6/2015 | $7.50 |
| GREENE, BENJAMIN | 135 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 11/3/2015 | $7.50 |
| GREENE, BENJAMIN | 140 BROWNE STREET APT#1, BROOKLINE, MA 02446 | SON OF KEN GREENE | 12/8/2015 | $15.00 |

NO COMPENSATION 2016

# STATEMENT OF FINANCIAL AFFAIRS

# NO. 11

# Flour City Bagels, LLC
## Find Report
### March 1, 2015 through March 1, 2016

| Date | Name | Name Address | Memo | Amount |
|------|------|--------------|------|--------|
| 08/17/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 30,339.94 |
| 08/21/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 30,924.34 |
| 08/28/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,750.55 |
| 09/04/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 12,829.80 |
| 09/10/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 14,191.15 |
| 09/17/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 11,062.67 |
| 09/24/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,462.69 |
| 10/01/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 13,158.86 |
| 10/07/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 13,970.84 |
| 10/15/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,122.25 |
| 10/22/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 7,598.15 |
| 10/29/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 7,675.62 |
| 11/05/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 4,395.00 |
| 11/12/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 8,894.93 |
| 11/19/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 8,568.50 |
| 11/25/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 9,176.56 |
| 12/03/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 4,167.50 |
| 12/10/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,026.56 |
| 12/17/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 12,761.92 |
| 12/28/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 8,603.75 |
| 12/30/2015 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 9,673.91 |
| 01/11/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 7,693.75 |
| 01/13/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 5,373.75 |
| 01/21/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,596.63 |
| 01/28/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 9,725.37 |
| 02/04/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 10,014.79 |
| 02/10/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 9,948.45 |
| 02/18/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 7,628.31 |
| 02/25/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | 9983 PROFESSIONAL FEES | 7,238.75 |
| 03/01/2016 | PHOENIX MANAGEMENT SERVICES LLC | 110 COMMONS COURT CHADDS FORD PA 19317-9716 | | 22,817.24 |
| | **Total Paid to Phoenix Management** | | | **340,392.53** |
| | | | | |
| 02/22/2016 | KING, BUCKLEY | 600 SUPERIOR AVE EAST SUITE 1400 CLEVELAND OH 44114 | 9983 PROFESSIONAL FEES | 10,000.00 |
| 03/01/2016 | KING, BUCKLEY | 600 SUPERIOR AVE EAST SUITE 1400 CLEVELAND OH 44114 | 9983 RESTRUCTURING FEES | 40,000.00 |
| | **Total Paid to Buckley King** | | | **50,000.00** |

# Flour City Bagels, LLC
## Find Report
### March 1, 2015 through March 1, 2016

| | | | |
|---|---|---|---|
| 11/20/2015 BOND SCHOENECK & KING PLLC | ONE LINCOLN CENTER SYRACUSE NY  13202-1355 | 9983 - INITIAL RETAINER | 20,000.00 |
| 02/19/2016 BOND SCHOENECK & KING PLLC | ONE LINCOLN CENTER SYRACUSE NY  13202-1355 | 9983 PROFESSIONAL FEES | 6,078.50 |
| 02/26/2016 BOND SCHOENECK & KING PLLC | ONE LINCOLN CENTER SYRACUSE NY  13202-1355 | 9983 PROFESSIONAL FEES | 6,338.00 |
| 03/01/2016 BOND SCHOENECK & KING PLLC | ONE LINCOLN CENTER SYRACUSE NY  13202-1355 | | 27,696.00 |
| **Total Paid to Bon Schoeneck & King** | | | **60,112.50** |
| | | | |
| 12/07/2015 PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA  19317-9716 | Professional Fees | 10,000.00 |
| 12/17/2015 PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA  19317-9716 | Professional Fees | 11,500.00 |
| 01/11/2016 PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA  19317-9716 | Professional Fees | 10,000.00 |
| 02/10/2016 PHOENIX CAPITAL RESOURCES | 110 COMMONS COURT CHADDS FORD PA  19317-9716 | Professional Fees | 10,000.00 |
| **Total Paid to Phoenix Capital Resources** | | | **41,500.00** |
| | | | |
| Total | | | 492,005.03 |