

# ALLIANCE
COURT REPORTING, INC.
*Video Conferencing and Videography Center*

120 East Avenue • Suite 200 • Rochester, NY 14604 • 585.546.4920 • 800.724.0970 • fax: 877.546.6429 • alliance@alliancecourtreporting.net

**PAID 07/29/2016**

Gordon & Schaal, LLP
1039 Monroe Avenue
Rochester, NY 14620
Attention: Kenneth Gordon, Esq.

# Invoice

| Date | Control No. | Terms | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 7/13/2016 | 109197 | Due Upon Delivery | CRS | 7/13/2016 | UPS | 20-4893718 | 957249 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 6/28/2016 | In Re: Flour City Bagels, LLC | | | |
| | Certified Transcript - Minimum charge | | 150.00 | 150.00 |
| | Postage and Handling | | 13.00 | 13.00T |
| | Monroe County Sales Tax | | 8.00% | 1.04 |

A law firm who has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person. Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.

| | |
|---|---|
| Total | $164.04 |
| Payments/Credits | -$164.04 |
| Balance Due | $0.00 |

---------------------------------------------------------------------------------
*Please detach and send with payment*

EIN No. 20-4893718

| Invoice # | 957249 |
|---|---|
| Payments/Credits | -$164.04 |
| Balance Due | $0.00 |

Please make checks payable to:
**Alliance Court Reporting, Inc.**
120 East Avenue, Suite 200
Rochester NY 14604

We accept check, money order, VISA and MasterCard. Thank you.

  www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Video Conferencing/Video Streaming • 24/7 Scheduling
Complimentary conference rooms • Client Suites for confidential meetings • Wireless Internet • Copying, faxing and mail service • Prompt efficient service • Cutting-edge technology