UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

**FLOUR CITY BAGELS, LLC**[1],

Debtor.

Case No. 16-20213
(Chapter 11)

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*        )
*COUNTY OF ONONDAGA*   )   ss.:

AUDREY A. VROOMAN, being duly sworn, deposes and says:

1. That she is in the employ of Menter, Rudin & Trivelpiece, P.C., attorneys for Bruegger's Franchise Corporation, Bruegger's Enterprises, Inc., LDA Management Company, Inc. and Le Duff America, Inc. in the above-captioned matter.

2. That on the 8th day of May, 2017, she electronically filed the *Amended Disclosure Statement for Amended Joint Plan of Under Chapter 11 of the Bankruptcy Code Dated May 8, 2017 Proposed by (A) United Capital Business Lending n/k/a Bridge Funding Group, Inc., (B) Bruegger's Franchise Corporation, Bruegger's Enterprises, Inc., LDA Management Company, Inc., and Le Duff America, Inc. (C) Canal Mezzanine Partners II, LP, and (D) Flour City Bagels, LLC*, with attached *Exhibits A through E* (Exhibit A being the *Amended Joint Plan of Under Chapter 11 of the Bankruptcy Code Dated May 8, 2017 Proposed by (A) United Capital Business Lending n/k/a Bridge Funding Group, Inc., (B) Bruegger's Franchise Corporation, Bruegger's Enterprises, Inc., LDA Management Company, Inc., and Le Duff America, Inc., (C) Canal Mezzanine Partners II, LP, and (D) Flour City Bagels, LLC)* [Docket No. 910] with the Clerk of the United States Bankruptcy Court for the Western District of New York using the CM/ECF system, which sent notification of such filing to the parties set forth on the attached **Service List A**.

3. That on the 9th day of May, 2017, she served copies of the *Amended Disclosure Statement for Amended Joint Plan of Under Chapter 11 of the Bankruptcy Code Dated May 8, 2017 Proposed by (A) United Capital Business Lending n/k/a Bridge Funding Group, Inc., (B) Bruegger's Franchise Corporation, Bruegger's Enterprises, Inc., LDA Management Company, Inc., and Le Duff America, Inc. (C) Canal Mezzanine Partners II, LP, and (D) Flour City Bagels, LLC, with attached Exhibits A through E* [Docket No. 910] upon the parties set forth on **Service List B** via first class mail by depositing copies of same in properly addressed, postage paid envelopes in an official depository under the exclusive care and custody of the United States Postal Service at 400 West Division Street, Syracuse, New York, prior to the last pick up time for that day.

　　　　　　　　　　　　　　　　　　　　　　　 */s/Audrey A. Vrooman*
Sworn to before me this　　　　　　　　　　　　 Audrey A. Vrooman
9th day of May, 2017.

　*/s/Jeffrey A. Dove*
Notary Public, State of New York
Qualified in Onondaga County, No. 02DO4831718
Commission Expires March 30, 2019

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

# SERVICE LIST A

**Jason B. Binford** on behalf of Creditor Committee Official Committee of Unsecured Creditors -- jbinford@krcl.com, ecf@krcl.com; jbinford@ecf.courtdrive.com

**Jason B. Binford** on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors
jbinford@krcl.com, ecf@krcl.com;jbinford@ecf.courtdrive.com

**Jason B. Binford** on behalf of Plaintiff Official Committee of Unsecured Creditors
jbinford@krcl.com, ecf@krcl.com;jbinford@ecf.courtdrive.com

**Meghan M Breen** on behalf of Notice of Appearance Creditor Central 1770, L.L.C.
mbreen@lemerygreisler.com

**Meghan M Breen** on behalf of Notice of Appearance Creditor Village Square LLC
mbreen@lemerygreisler.com

**Marc S. Brown** on behalf of Notice of Appearance Creditor Flower City Produce, Inc.
mbrown@reevebrownlaw.com

**Christopher Desiderio** on behalf of Notice of Appearance Creditor United Capital Business Lending, Inc.
cdesiderio@nixonpeabody.com, sfarber@nixonpeabody.com

**Mackenzie L. Dimitri** on behalf of Notice of Appearance Creditor Bruegger's Enterprises, Inc.
mld@edglawfirm.com

**Mackenzie L. Dimitri** on behalf of Notice of Appearance Creditor Bruegger's Franchise Corporation
mld@edglawfirm.com

**Mackenzie L. Dimitri** on behalf of Notice of Appearance Creditor LDA Management Company, Inc.
mld@edglawfirm.com

**Stephen A. Donato** on behalf of Debtor Flour City Bagels, LLC
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

**Jeffrey A. Dove** on behalf of Creditor Le Duff America, Inc.
jdove@menterlaw.com, avrooman@menterlaw.com

**Jeffrey A. Dove** on behalf of Notice of Appearance Creditor Bruegger's Enterprises, Inc.
jdove@menterlaw.com, avrooman@menterlaw.com

**Jeffrey A. Dove** on behalf of Notice of Appearance Creditor Bruegger's Franchise Corporation
jdove@menterlaw.com, avrooman@menterlaw.com

**Jeffrey A. Dove** on behalf of Notice of Appearance Creditor LDA Management Company, Inc.
jdove@menterlaw.com, avrooman@menterlaw.com

**Michael Einbinder** on behalf of Creditor Le Duff America, Inc.
me@edglawfirm.com

**Michael Einbinder** on behalf of Notice of Appearance Creditor Bruegger's Enterprises, Inc.
me@edglawfirm.com

**Michael Einbinder** on behalf of Notice of Appearance Creditor Bruegger's Franchise Corporation
me@edglawfirm.com

**Michael Einbinder** on behalf of Notice of Appearance Creditor LDA Management Company, Inc.
me@edglawfirm.com

**Joseph D. Frank** on behalf of Creditor Frito-Lay North America, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com

**Joseph D. Frank** on behalf of Notice of Appearance Creditor Frito-Lay North America, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com

**Kenneth W. Gordon** on behalf of Creditor Committee Official Committee of Unsecured Creditors
kengor@rochester.rr.com

**Kenneth W. Gordon** on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors
kengor@rochester.rr.com

**Kenneth W. Gordon** on behalf of Plaintiff Official Committee of Unsecured Creditors
kengor@rochester.rr.com

**Harry W Greenfield** on behalf of Attorney Buckley King
greenfield@buckleyking.com

**Harry W Greenfield** on behalf of Debtor Flour City Bagels, LLC
greenfield@buckleyking.com

**Heather E Heberlein** on behalf of Debtor Flour City Bagels, LLC
heberlein@buckleyking.com

**Heather E Heberlein** on behalf of Plaintiff Flour City Bagels, LLC
heberlein@buckleyking.com

**Camille W. Hill** on behalf of Debtor Flour City Bagels, LLC
chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com

**Wendy Kinsella** on behalf of Creditor MRM Real Estate Fund I, LLC
wkinsella@harrisbeach.com, bkemail@harrisbeach.com

**Wendy Kinsella** on behalf of Creditor Morgan Acquisitions, LLC
wkinsella@harrisbeach.com, bkemail@harrisbeach.com

**Wendy Kinsella** on behalf of Notice of Appearance Creditor MRM Wealth Management LLC and Excellus Health Plan, Inc. and its affiliates
wkinsella@harrisbeach.com, bkemail@harrisbeach.com

**Jeremy C. Kleinman** on behalf of Creditor Frito-Lay North America, Inc.
jkleinman@fgllp.com, ccarpenter@fgllp.com

**C. Bruce Lawrence** on behalf of Notice of Appearance Creditor Wegmans Food Markets, Inc.
cblawrence@boylancode.com, sciaccia@boylancode.com

**Meghan K. McGuire** on behalf of Notice of Appearance Creditor United Capital Business Lending, Inc.
mkmcguire@nixonpeabody.com, roc.managing.clerk@nixonpeabody.com,djames@nixonpeabody.com

**Michelle McMahon** on behalf of Creditor US Foods, Inc.
michelle.mcmahon@bryancave.com

**Devin L. Palmer** on behalf of Notice of Appearance Creditor Southtown Plaza Associates
dpalmer@boylancode.com, dpalmer@boylancode.com;sciaccia@boylancode.com

**Devin L. Palmer** on behalf of Notice of Appearance Creditor Wegmans Food Markets, Inc.
dpalmer@boylancode.com, dpalmer@boylancode.com;sciaccia@boylancode.com

**David L. Rasmussen** on behalf of Counter-Claimant 683 PVR, LLC
drasmussen@davidsonfink.com, vbillups@davidsonfink.com

**David L. Rasmussen** on behalf of Counter-Claimant F. Kenneth Greene
drasmussen@davidsonfink.com, vbillups@davidsonfink.com

**David L. Rasmussen** on behalf of Creditor 683 PVR LLC
drasmussen@davidsonfink.com, vbillups@davidsonfink.com

**David L. Rasmussen** on behalf of Creditor F. Kenneth Greene
drasmussen@davidsonfink.com, vbillups@davidsonfink.com

**David L. Rasmussen** on behalf of Defendant 683 PVR, LLC
drasmussen@davidsonfink.com, vbillups@davidsonfink.com

**David L. Rasmussen** on behalf of Defendant F. Kenneth Greene
drasmussen@davidsonfink.com, vbillups@davidsonfink.com

**Kathleen Dunivin Schmitt**
USTPRegion02.RO.ECF@USDOJ.GOV

**Joann Sternheimer** on behalf of Notice of Appearance Creditor 900 Central Avenue LLC
jsternhe@deilylawfirm.com, jpatterson@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com

**Joann Sternheimer** on behalf of Notice of Appearance Creditor Rensselaer County Plaza Associate
jsternhe@deilylawfirm.com, jpatterson@deilylawfirm.com;ecfactivitynotices@deilylawfirm.com

**Daniel R. Swetnam** on behalf of Defendant Canal Mezzanine Partners II, L.P.
daniel.swetnam@icemiller.com

**Daniel R. Swetnam** on behalf of Notice of Appearance Creditor Canal Mezzanine Partners II, L.P.
daniel.swetnam@icemiller.com

**Scott A. Sydelnik** on behalf of Notice of Appearance Creditor Penfield TK Owner LLC
ssydelnik@davidsonfink.com, lwells@davidsonfink.com;jbianco@davidsonfink.com;ctrifiro@davidsonfink.com

**Daniel J. Tyson** on behalf of Notice of Appearance Creditor Village Square LLC
dtyson@lemerygreisler.com, rcooper@lemerygreisler.com;bcostanzo@lemerygreisler.com

**Robert K. Weiler** on behalf of Creditor 731 South Crouse Avenue Corporation
rweiler@bhlawpllc.com, lellis@bhlawpllc.com;mbalanoff@bhlawpllc.com;sweiler@bhlawpllc.com

**Steven W. Wells** on behalf of Defendant Michael Borelli
swells@hodgsonruss.com, cnapiers@hodgsonruss.com

**Steven W. Wells** on behalf of Notice of Appearance Creditor Michael Borrelli
swells@hodgsonruss.com, cnapiers@hodgsonruss.com

# SERVICE LIST B

| | | |
|---|---|---|
| Kathleen D. Schmitt, Esq.<br>Office of the U.S. Trustee<br>Federal Office Building<br>100 State Street, Room 6090<br>Rochester, NY 14614 | Christopher M. Desiderio, Esq.<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, NY 10022-7039 | Daniel R. Swetnam, Esq.<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, OH 43215-7509 |
| Michael Einbinder, Esq.<br>Mackenzie L. Dimitri<br>Einbinder, Dunn & Goniea LLP<br>112 Madison Avenue<br>New York, NY 10016 | Richard J. Szekelyi<br>Phoenix Management Services, LLC<br>1382 W. 9th Street, Suite 310<br>Cleveland, OH 44113 | KeyBank, N.A.<br>1475 Mt. Hope Avenue<br>Rochester, NY 14620 |
| Meghan K. McGuire, Esq.<br>Nixon Peabody LLP<br>1300 Clinton Square<br>Rochester, NY 14604 | Joann Sternheimer, Esq.<br>Deily & Glastetter, LLP<br>8 Thurlow Terrace<br>Albany, NY 12203 | Jason B. Binford, Esq.<br>Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 |
| Kenneth W. Gordon, Esq.<br>Gordon and Schaal LLP<br>1039 Monroe Avenue<br>Rochester, NY 14620 | Marc S. Brown, Esq.<br>Reeve Brown, PLLC<br>3380 Monroe Avenue, Suite 200<br>Rochester, NY 14618-4726 | Frank G. Montemalo, Esq.<br>Law Office of Frank G. Montemalo<br>36 West Main Street, Suite 500<br>Rochester, NY 14614 |
| Daniel J. Tyson, Esq.<br>Meghan M. Breen, Esq.<br>Lemery Greisler LLC<br>50 Beaver Street<br>Albany, NY 12207 | Devin Lawton Palmer, Esq.<br>Boylan Code LLP<br>145 Culver Road, Suite 100<br>Rochester, NY 14620 | Wendy A. Kinsella, Esq.<br>Harris Beach PLLC<br>333 West Washington St., Suite 200<br>Syracuse, NY 13202 |
| Aaron Davis, Esq.<br>Lesley Bayles, Esq.<br>Bryan Cave LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601-3315 | Joseph D. Frank, Esq.<br>Jeremy C. Kleinman, Esq.<br>FrankGecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60654-6465 | Steven W. Wells, Esq.<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202 |
| Francis L. Gorman, III, Esq.<br>Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, NY 14534 | Ramesh Singh, Financial Controller<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of the NYS Attorney General<br>Litigation Bureau, Bankruptcy Unit<br>The Capital<br>Albany, NY 12224-0341 | Internal Revenue Service<br>Insolvency Group I<br>Niagara Center, 2nd Floor<br>130 S. Elmwood Avenue<br>Buffalo, NY 14202 |
| NYS Department of Taxation & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Office of the Attorney General<br>Main Place Tower, Suite 300A<br>350 Main Street<br>Buffalo, NY 14202 | US Attorney's Office<br>100 State Street, Suite 500<br>Rochester, NY 14614-1350 |

| | | |
|---|---|---|
| Janet S. Kaplan, Esq.<br>Stuyvesant Plaza, Inc.<br>4 Tower Place, Suite 101<br>Albany, NY 12203 | Scott A. Sydelnik, Esq.<br>Davidson Fink LLP<br>28 East Main Street, Suite 1700<br>Rochester, NY 14614 | C. Bruce Lawrence, Esq.<br>Boylan Code LLP<br>145 Culver Road, Suite 100<br>Rochester, NY 14620 |
| Jeffrey T. Wegner, Esq.<br>Kutak Rock LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE 68102 | John Valentino, Esq.<br>Robert K. Weiler, Esq.<br>Bousquet Holstein PLLC<br>110 West Fayette Street, Suite 900<br>Syracuse, NY 13202-1188 | Mr. Philip C. Mistretta<br>24 Daisy Lane<br>North Chili, NY 14514-1405 |
| Flour City Bagels, LLC<br>Attn: Kevin J. Coyne<br>585 Moseley Road<br>Fairport, NY 14450-3339 | Paul Groschadl, Esq.<br>Anthony Cotroneo, Esq.<br>Woods Oviatt Gilman LLP<br>2 State Street, Suite 700<br>Rochester, NY 14614 | Buckley King LPA<br>Attn: Harry Greenfield, Heather Heberlein, and Jeffrey Toole<br>1400 Fifth Third Center<br>600 Superior Avenue, East<br>Cleveland, OH 44114-2652 |