UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FLOUR CITY BAGELS, LLC[1],

Debtor.

Case No. 16-20213

# EXHIBIT C
# LIQUIDATION ANALYSIS

to

**AMENDED DISCLOSURE STATEMENT FOR AMENDED JOINT PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED MAY 8, 2017 PROPOSED BY (A) UNITED CAPITAL BUSINESS LENDING, INC., N/K/A BRIDGE FUNDING GROUP, INC., (B) BRUEGGER'S FRANCHISE CORPORATION, BRUEGGER'S ENTERPRISES, INC., LDA MANAGEMENT COMPANY, INC. AND LE DUFF AMERICA, INC., (C) CANAL MEZZANINE PARTNERS II, LP, AND (D) FLOUR CITY BAGELS, LLC [DKT #910]**

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.



**Richard J. Szekelyi**
**Managing Director**

May 9, 2017

Flour City Bagels, LLC
United Capital Business Lending, Inc.
  n/k/a Bridge Funding Group, Inc.
Bruegger's Franchise Corporation
Bruegger's Enterprises, Inc.
LDA Management Company, Inc.
Le Duff America, Inc.
Canal Mezzanine Partners II, LP

RE: LIQUIDATION ANALYSIS OF FLOUR CITY BAGELS, LLC

This report is prepared at the request of the above-referenced entities (collectively referred to herein as "Plan Proponents"), all of which are proposed sponsors of a chapter 11 plan for Flour City Bagels, LLC (referred to herein as "FCB", or the "Company").

### PURPOSE

The purpose of this report is to provide an analysis of the resulting recovery that may be realized by the various classes of creditors in FCB's Bankruptcy Case No. 2-16-20213 (the "Case") in the event FCB's assets are liquidated ("Liquidation Recovery"). This report updates and supplements the prior liquidation analysis dated January 24, 2017 prepared by this writer.

### NATURE OF THE ANALYSIS AND LIMITATIONS

This analysis is based upon certain principle assumptions that are set forth below, my knowledge of FCB's operations and financial position and my training and professional experience. Actual results of operations through the date of liquidation ("Liquidation Date") and the actual execution of the liquidation may yield results that differ from those presented by the analysis, and those differences may be material.

Further, this report is intended to be used only by the parties to this Case, their respective counsel and the judicial tribunal.

## BACKGROUND

FCB operates 28 retail stores as Bruegger's Bagels throughout the Rochester, Syracuse and Albany, New York markets under franchise agreements, and a commissary located in Rochester. The Company, headquartered in Rochester, employs approximately 325 associates.
FCB filed for protection under chapter 11 of the United States Bankruptcy Code on March 2, 2016 in the United States Bankruptcy Court for the Western District of New York. Since that time, it has continued to operate its retail stores. All of the retail locations are operated under third-party property lease agreements.

At the time of the filing, FCB's operations consisted of 32 stores. Since filing, 4 stores have been closed and one lease converted to a month-to-month agreement providing FCB would vacate the property upon a 30-day notice.

FCB attempted a sale of its assets under Section 363 of the Bankruptcy Code in July 2016, which was unsuccessful. On April 26, 2017, the Plan Proponents filed a chapter 11 plan (the "Plan") and disclosure statement with the Court, and on May 8, 2017, they filed an amended Plan and disclosure statement. The Plan provides for the sale of substantially all of FCB's assets to a wholly-owned subsidiary of Bruegger's Enterprises, Inc.

It is anticipated that the proposed Plan will be confirmed on or before July 28, 2017, which will result in closure of the Case and the continued operation of all or most of the retail stores.

## PRINCIPLE ASSUMPTIONS

The following are the principle assumptions upon which this analysis is based.

- <u>Method of Liquidation</u> – This analysis assumes the Case would be converted to a Chapter 7 Case and the liquidation of the assets carried out by a Chapter 7 Trustee.
- <u>Continued Operations</u> – This analysis anticipates the continued operation of the 28 stores and the Company's commissary through June 30, 2017 at which time FCB ceases operations and the Chapter 7 Trustee begins liquidation of the Company's assets.
- <u>Date of Liquidation</u> – The final date of liquidation used in this analysis is July 28, 2017. This date was chosen to correspond with the approximate confirmation date of the Plan.
- <u>Results of Operations</u> – The results of operations considered for this analysis are based upon the cash flow forecast dated May 9, 2017 (see Exhibit A). It should be noted that cash flow forecasts have been prepared and updated by this writer periodically throughout this case and are based on historic cash receipts and expenditures. This cash flow forecast also assumes that ordinary operating costs are paid in a timely manner, consistent with actual performance during the pendency of the Case, through June 30, 2017, the date FCB ceases operations
- <u>Specific Assumptions of Asset Values</u> – Specific assumptions employed regarding the value of the assets to be liquidated are set forth below.

## ESTIMATED BOOK VALUE OF ASSETS AT JULY 28, 2017

The following schedule presents the estimated book value of FCB's assets as of July 28, 2017, the date of liquidation.

2

2903078.2 5/9/2017
www.phoenixmanagement.com | Atlanta • Boston • Cleveland • Ft. Lauderdale • New York • Philadelphia
Case 2-16-20213-PRW    Doc 915    Filed 05/12/17    Entered 05/12/17 16:14:34    Desc
Main Document      Page 3 of 9

|                          | Actual 3/28/17 | Estimate 7/28/17 |
|--------------------------|---------------:|-----------------:|
| **Cash**                 | 384,021        | -                |
| **Cash in Stores**       | 40,856         | -                |
| **Credit Card Receivable** | 120,000      | -                |
| **Accounts Receivable**  | 487            | -                |
| **Inventory**            | 239,231        | 239,231          |
| **Total Current Assets** | 784,595        | 239,231          |
| **Net Fixed assets**     | 2,498,455      | 2,498,455        |
| **Due from Related Parties** | 11,836,471 | 11,836,471       |
| **Due from Affiliate**   | 30,737         | 30,737           |
| **Deposits**             | 69,358         | 69,358           |
| **Total Assets**         | 15,219,616     | 14,674,252       |

**ESTIMATED ASSET LIQUIDATION VALUE AT JULY 28, 2017**

The following schedule presents the estimated gross liquidation values as of July 28, 2017, the final date of liquidation.

|                          | Estimate 7/28/17 | Adjustment to Book Value | Estimate Liquidation Value 7/28/17 | Note |
|--------------------------|-----------------:|-------------------------:|-----------------------------------:|:----:|
| **Cash**                 | -                | -                        | -                                  | A    |
| **Cash in Stores**       | -                | -                        | -                                  | A    |
| **Credit Card Receivable** | -              | -                        | -                                  | A    |
| **Accounts Receivable**  | -                | -                        | -                                  | B    |
| **Inventory**            | 239,231          | (239,231)                | -                                  | C    |
| **Total Current Assets** | 239,231          | (239,231)                | -                                  |      |
| **Net Fixed assets**     | 2,498,455        | (2,198,455)              | 300,000                            | D    |
| **Due from Related Parties** | 11,836,471   | (11,836,471)             | -                                  | E    |
| **Due from Affiliate**   | 30,737           | (30,737)                 | -                                  | E    |
| **Deposits**             | 69,358           | (69,358)                 | -                                  | F    |
| **Total Assets**         | 14,674,252       | (14,374,252)             | 300,000                            |      |
| **Leases**               | -                | -                        | -                                  |      |
| **Total Gross Liquidation Value** |         |                          | 300,000                            | G    |

Notes:

A. <u>Cash</u> – At June 30, 2017, the date FCB ceases operations, FCB's cash balance, including cash in the stores, is estimated to be $109,308. During the next week, an estimated $140,000 would be collected from credit cards sales made during the final week of operations, bringing the cash balance to an estimated $249,308. As reflected on the attached cash flow forecast, this amount is insufficient to pay the total cost of certain operating obligations during the wind down period, such as the employee wages and PTO, rent payments for the month of June, insurance, and the final sales tax payment. Paying all of these obligations would result in a negative cash balance of approximately $30,000.

2903078.2 5/9/2017
www.phoenixmanagement.com | Atlanta • Boston • Cleveland • Ft. Lauderdale • New York • Philadelphia

B. <u>Accounts Receivable</u> – Accounts receivable, which are *de minimis*, arise from catering sales and amounts due from employees to reimburse the Company for health insurance payments paid under COBRA. It is assumed are collected during the month of July.

C. <u>Inventory</u> – Inventory is primarily comprised of perishable food products and to a much lesser extent restaurant supplies, much of which is branded. The estimated liquidation value of inventory is zero.

D. <u>Net Fixed Assets</u> – Net fixed assets are comprised primarily of old, used restaurant equipment and furnishings. In addition, there is a portion of net fixed assets that represent commissary equipment, which is minimal, and a small amount of office furnishings and equipment. Past management did not maintain detailed fixed asset records, so specific details are not available. As mention above, 4 stores have been closed during the last year. In a few cases, the furniture and equipment has been sold to liquidators. According to management, the average amount of proceeds realized from such sales is approximately $10,000 per store. Multiplying this amount by the 28 stores results in $280,000 of estimated liquidation value. The commissary equipment, which includes a very old extruding machine used to manufacture bagel pucks, some basic material handling equipment and unused bakery equipment is assumed to have a liquidation value of $20,000. One commissary asset is a 2004 Raymond Electric Forklift on which Lakeland Bank has a first lien security interest. The balance due Lakeland Bank on the loan is approximately $9,000. A review of similar forklifts on eBay indicates market values of $2,500 to $7,500, less than the outstanding Lakeland Bank debt. The office furniture and equipment, which are also very aged, is assumed to have little to no value.

> Note: A formal fixed asset appraisal was not available, nor ordered for the purpose of this analysis. A formal appraisal was not ordered due to the fact that a value of the fixed assets that is 10 times the $300,000 estimate, or $3 million, would not result in recovery by any creditor other than those addressed below.

E. <u>Due from Related Parties and Affiliates</u> – These assets were assigned no value for the purpose of this analysis. Past management failed to maintain detailed subsidiary records for these assets. In addition, during the course of our engagement, we found numerous entries charged to asset accounts that masked the fact that the transactions were actually expenses and/or owner withdrawals, not assets. Lastly, the principal owner of FCB has filed for personal bankruptcy, making any meaningful recovery improbable.

F. <u>Deposits</u> – This asset represents deposits held by suppliers who provide continuing products or services to the Company. In the event of FCB's liquidation, these deposits would be retained by the supplier as payment of any outstanding invoices, the amounts of which likely exceed the amount of the deposit.

G. <u>Leases</u> – As mentioned above, all of FCB's facilities are operated under third-party property leases. To the extent these leases are below market value, they may represent value to the estate. Neither United nor Canal filed liens on these leases. The New York State Department of Taxation and Finance ("NYS Tax Department"), through its tax lien filed against FCB in Monroe County for unpaid sale taxes, has a lien upon only those leases located within Monroe County. While evidence was submitted to the Court regarding the value of the leases, the Court did not accept the report into evidence. The value of the Monroe County leases is unclear, and therefore, for the purpose of this analysis, have been estimated to yield no liquidation value.

## CLAIMS

The following schedule summarizes the existing claims against the estate's assets.

| Creditor | Priority | $ Claim | Notes |
|---|---|---|---|
| **Employee Unpaid Compensation** | Administrative | 80,000 | Reflects 4 days wages due at June 30, 2017 |
| **Employee Unpaid PTO** | Administrative | 20,000 | Estimated PTO |
| **Flower City Produce** | PACA | 34,569 | Primes First Secured Lien |
| **United Capital Business Lending, Inc.** | First Secured Lien | 5,256,147 | Security interest in all assets with the exception of leases |
| **Lakeland Bank** | First Secured Lien | 8,900 | Security interest in on a forklift |
| **Canal Mezzanine Partners II, LP** | Second Secured Lien | 4,502,229 | Security interest in all assets with the exception of leases |
| **New York State Department of Taxation** | Priority Secured | 1,219,912 | Security interest filed in Monroe County |
| **Administrative Claims** | | | |
|     **Professional Fees** | Administrative | 650,000 | Estimated unpaid fees as of June 30, 2017 |
|     **503(b)(9) Claims** | Administrative | 189,489 | |
|     **Lease Cure Claims** | Administrative | 233,169 | |
|     **Deferred Royalties due BEI** | Administrative | 680,000 | Estimated amount due as of June 30, 2017 |
|     **Post-petition Accounts Payables** | Administrative | 250,000 | Estimated outstanding AP as of June 30, 2017 |
| **Unsecured:** | | | |
|     **Bruegger's Enterprises, Inc.** | Pre-petition Unsecured | 684,142 | To be waived as part of the Bruegger's/United Plan |
|     **LDA America Company, Inc.** | Pre-petition Unsecured | 73,130 | To be waived as part of the Bruegger's/United Plan |
|     **MRM Wealth Management** | Pre-petition Unsecured | 396,983 | To be waived as part of the Canal/ MRM Plan |
|     **Other Pre-petition Claims** | Pre-petition Unsecured | 2,063,693 | |
| **Total Claims** | | 16,342,363 | |

## CREDITOR RECOVERY

Given the estimated gross liquidation value of FCB's assets of $300,000, after partial payments made during the wind down period for final wages and PTO to employees, rent, and the final payment of current sales tax collected to the NYS Tax Department, the only creditors that would benefit from a liquidation of FCB's assets are (i) PACA claimant Flower City Produce, Inc.; (ii) Lakeland Bank; (iii) the NYS Tax Department; and (iv) United. Flower City Produce, Inc. would receive cash in the amount of its claim of $34,569. The NYS Tax Department could realize a recovery, if any, from the value of the leases located in Monroe County. Lakeland Bank could recover the forklift. United would receive the remaining cash generated through the liquidation, which is estimated to total $265,431.

| | |
|---|---:|
| **Estimated Cash Generated** | 300,000 |
| **Flower City Product - PACA Vendor** | (34,569) |
| **Potential Recovery to United (1)** | 265,431 |
| **United Claim** | 5,256,147 |
| **United Deficiency after Recovery** | (4,990,716) |

**(1) - This potential recovery to United may be subject to carve-outs for professional expenses and for any deferred Bruegger's royalties pursuant to the applicable orders entered by this Court. The parties reserve all rights with respect to the proper application and allocation of any carve-outs from the lender's collateral in the event of a Chapter 7 liquidation or dismissal of these cases.**

## CONCLUSION

This analysis indicates that there would be insufficient funds to pay all operating obligations such as final wages and PTO due employees, rent, and the final payment of current sales tax collected to the NYS Tax Department, as well as amounts due the Chapter 7 Trustee and U.S. Trustee. Only 4 creditors would realize any recovery from the liquidation of FCB's assets. United, FCB's senior lender, would recover approximately $265,000, or 5% of its outstanding claim of more than $5.2 million. Holders of administrative claims and pre-petition unsecured claims would realize no recovery under a liquidation of FCB's assets.

Richard J. Szekelyi
Managing Director

**Flour City Bagel, LLC**
**Cash Flow Forecast**

| | Wk 61 | Wk 62 | Wk 63 | Wk 64 | Wk 65 | Wk 66 | Wk 67 | Wk 68 |
|---|---|---|---|---|---|---|---|---|
| Week Ending | 5/5/17 | 5/12/17 | 5/19/17 | 5/26/17 | 6/2/17 | 6/9/17 | 6/16/17 | 6/23/17 |
| **Projected Gross Revenue** | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 |
| **Cash Inflows** | | | | | | | | |
| Weekly Cash Collections | 339,500 | 339,500 | 339,500 | 339,500 | 339,500 | 339,500 | 339,500 | 339,500 |
| Weekly Cash Collections Sale Taxes | 27,160 | 27,160 | 27,160 | 27,160 | 27,160 | 27,160 | 27,160 | 27,160 |
| Other Cash Inflows | | | | | | | | |
| *Total Inflows* | 366,660 | 366,660 | 366,660 | 366,660 | 366,660 | 366,660 | 366,660 | 366,660 |
| **Operating Disbursements** | | | | | | | | |
| Flour City Payroll & Taxes | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 |
| 401k - Emplpyee Withholding | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Health Insurance | 23,000 | | | | 23,000 | | | |
| US Foods | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Franklin | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 |
| Flower City Produce | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 |
| Johnson Papers | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Decresdente - Juice | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 |
| Royal Coffee | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Wright Beverage | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| ADM | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Twin Bakery | 4,500 | - | 4,500 | - | 4,500 | | 4,500 | |
| COGS (Food/Bev/Other) | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 |
| Repairs and Maintenance | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 | 16,500 |
| Gift Card Fees | | | | | | | | |
| Credit Card Fees | | 27,000 | 1,650 | | | | 27,000 | 1,650 |
| Corporate Insurance | 9,200 | | | | 9,200 | | | |
| Workers Comp | | 18,000 | | | | | 18,000 | |
| Equipment Leases | 282 | | | | 282 | | | |
| Auto/Truck Expense | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | | | |
| Truck Rental | 10,500 | | | | 10,500 | | | |
| Professional Fees | | | | | | | | |
| Employment Agency Fees | | | | | | | | |
| Rents (Including CAM) | 188,000 | | | | 188,000 | | | |
| Security - Doyle | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Disposal | | 2,000 | | 1,000 | | | 2,000 | |
| Royalty Fee (BEI) | 7,763 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 | 7,875 |
| BEI - Other | 3,995 | | | | 3,995 | | | |
| Sales Taxes | | | | 90,000 | | | | 90,000 |
| Supplies | | | | | | | | |
| T&E & Petty Cash | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 |
| Telephone | 7,500 | 1,000 | 500 | | 7,500 | 1,000 | 500 | |
| Cell Phones | | | | | | | | |
| Utilities | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Bank Fees | 8,500 | | | | 8,500 | | | |
| Miscellaneous | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| *Total Operating Disbursements* | 553,090 | 345,725 | 304,375 | 388,725 | 553,202 | 297,525 | 348,525 | 388,175 |
| **Operating Cash Generated / (Used) in Operations** | (186,430) | 20,935 | 62,285 | (22,065) | (186,542) | 69,135 | 18,135 | (21,515) |
| **Cumulative Cash Generated / (Used) in Operations** | 8,415 | 29,350 | 91,635 | 69,570 | (116,973) | (47,838) | (29,703) | (51,218) |
| **Non-Operating Disbursements** | | | | | | | | |
| Fees & Interest Payments | | | | | | | | |
| Professional Fees - Restructuring | | | | - | | | | |
| Rent Arreage Settlements | | | | | | | | |
| Chapter 7 Trustee | | | | | | | | |
| US Trustee Fee | | | | | | | | |
| Retainers | | | | | | | | |
| Utility Deposits | | | | | | | | |
| Other | | | | | | | | |
| *Total Non-Operating Disbursements* | - | - | - | - | - | - | - | - |
| **Cash Generated / (Used)** | (186,430) | 20,935 | 62,285 | (22,065) | (186,542) | 69,135 | 18,135 | (21,515) |
| **Cumulative Cash Generated / (Used)** | (73,297) | (52,362) | 9,924 | (12,142) | (198,684) | (129,549) | (111,414) | (132,929) |
| **Cash Balance - Book** | | | | | | | | |
| Beginning Cash Balance | 400,734 | 214,305 | 235,240 | 297,525 | 275,460 | 88,918 | 158,053 | 176,188 |
| Cash (Used)/Generated.................. | (186,430) | 20,935 | 62,285 | (22,065) | (186,542) | 69,135 | 18,135 | (21,515) |
| Loan Borrowings/(Repayments)................ | | | | | | | | |
| *Ending Cash Balance* | 214,305 | 235,240 | 297,525 | 275,460 | 88,918 | 158,053 | 176,188 | 154,673 |

**Flour City Bagel, LLC**
**Cash Flow Forecast**

| | Wk 69 | Wk 70 | Wk 71 | Wk 72 | Wk 73 | |
|---|---|---|---|---|---|---|
| Week Ending | 6/30/17 | 7/7/17 | 7/14/17 | 7/21/17 | 7/28/17 | Total |
| **Projected Gross Revenue** | 350,000 | | | | | 6,921,962 |
| **Cash Inflows** | | | | | | |
| Weekly Cash Collections | 339,500 | 140,000 | - | - | - | 7,184,997 |
| Weekly Cash Collections Sale Taxes | 27,160 | | - | - | - | 244,440 |
| Other Cash Inflows | | | | | | - |
| *Total Inflows* | 366,660 | 140,000 | - | - | - | 7,429,437 |
| **Operating Disbursements** | | | | | | |
| Flour City Payroll & Taxes | 250,000 | | | | | 2,816,858 |
| 401k - Emplpyee Withholding | 1,500 | 1,500 | | | | 30,742 |
| Health Insurance | | | | | | 93,009 |
| US Foods | 45,000 | | | | | 849,267 |
| Franklin | 14,000 | | | | | 242,738 |
| Flower City Produce | 4,500 | | | | | 80,455 |
| Johnson Papers | 8,000 | | | | | 145,525 |
| Decresdente - Juice | 1,800 | | | | | 34,914 |
| Royal Coffee | 6,500 | | | | | 120,689 |
| Wright Beverage | 1,400 | | | | | 25,380 |
| ADM | 12,000 | | | | | 180,838 |
| Twin Bakery | 4,500 | | | | | 36,214 |
| COGS (Food/Bev/Other) | 14,000 | | | | | 246,522 |
| Repairs and Maintenance | 16,500 | | | | | 303,593 |
| Gift Card Fees | | | | | | 1,397 |
| Credit Card Fees | | | | | | 104,884 |
| Corporate Insurance | | 9,200 | | | | 52,932 |
| Workers Comp | | | | | | 85,573 |
| Equipment Leases | | | | | | 1,693 |
| Auto/Truck Expense | | | | | | 20,298 |
| Truck Rental | | | | | | 54,363 |
| Professional Fees | | | | | | 50 |
| Employment Agency Fees | | | | | | - |
| Rents (Including CAM) | | 180,000 | | | | 932,463 |
| Security - Doyle | 250 | | | | | 8,403 |
| Disposal | 1,000 | | | | | 22,143 |
| Royalty Fee (BEI) | 7,875 | | | | | 148,455 |
| BEI - Other | | | | | | 22,328 |
| Sales Taxes | | | | 90,000 | | 512,826 |
| Supplies | | | | | | - |
| T&E & Petty Cash | 5,200 | | | | | 98,327 |
| Telephone | | | | | | 34,620 |
| Cell Phones | | | | | | - |
| Utilities | 12,500 | | | | | 225,390 |
| Bank Fees | | | | | | 32,558 |
| Miscellaneous | 5,500 | | | | | 101,273 |
| *Total Operating Disbursements* | 412,025 | 190,700 | - | 90,000 | - | 7,666,720 |
| **Operating Cash Generated / (Used) in Operations** | (45,365) | (50,700) | - | (90,000) | - | (237,283) |
| **Cumulative Cash Generated / (Used) in Operations** | (96,583) | (147,283) | (147,283) | (237,283) | (237,283) | |
| **Non-Operating Disbursements** | | | | | | |
| Fees & Interest Payments | | | | | | - |
| Professional Fees - Restructuring | | | | | | 68,711 |
| Rent Arreage Settlements | | | | | | 13,000 |
| Chapter 7 Trustee | | | | | 36,000 | 36,000 |
| US Trustee Fee | | | | | 13,000 | 13,000 |
| Retainers | | | | | | - |
| Utility Deposits | | | | | | - |
| Other | | | | | | - |
| *Total Non-Operating Disbursements* | - | - | - | - | 49,000 | 130,711 |
| **Cash Generated / (Used)** | (45,365) | (50,700) | - | (90,000) | (49,000) | (367,994) |
| **Cumulative Cash Generated / (Used)** | (178,294) | (228,994) | (228,994) | (318,994) | (367,994) | |
| **Cash Balance - Book** | | | | | | |
| Beginning Cash Balance | 154,673 | 109,308 | 58,608 | 58,608 | (31,393) | 287,601 |
| Cash (Used)/Generated................ | (45,365) | (50,700) | - | (90,000) | (49,000) | (367,994) |
| Loan Borrowings/(Repayments)................. | | | | | | |
| *Ending Cash Balance* | 109,308 | 58,608 | 58,608 | (31,393) | (80,393) | (80,393) |