UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FLOUR CITY BAGELS, LLC,

Debtor.

Case No. 16-20213
Chapter 11 Case

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN SUPPORT OF REQUEST FOR ORDER REDUCING TIME FOR NOTICE OF HEARING TO CONSIDER MOTION FOR ENTRY OF ORDER:
(I) APPROVING SECOND AMENDED DISCLOSURE STATEMENT; (II) ESTABLISHING VOTING RECORD DATE; (III) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES; (IV) APPROVING FORMS OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON SECOND AMENDED JOINT PLAN; (V) APPROVING FORMS OF NOTICES TO NON-VOTING CLASSES UNDER SECOND AMENDED JOINT PLAN; (VI) ESTABLISHING VOTING DEADLINE TO ACCEPT OR REJECT SECOND AMENDED JOINT PLAN; (VII) APPROVING PROCEDURES FOR VOTE TABULATIONS; AND (VIII) ESTABLISHING CONFIRMATION HEARING DATE AND NOTICE AND <u>OBJECTION PROCEDURES THEREOF</u>**

COMES NOW the Official Committee of Unsecured Creditors (the "Committee") and files this *Statement in Support of the Motion to Reduce Time for the Hearing on the Disclosure Statement* (the "Statement of Support"). In support of this Statement of Support, the Committee respectfully shows the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On March 2, 2016 (the "Petition Date"), Flour City Bagels, LLC (the "Debtor") filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. The Debtor continues to operate its respective business as debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee or examiner has been appointed.

4. On March 21, 2016, the United States Trustee for the Western District of New York (the "Trustee") appointed the Committee.

5. Over the past several months, the Committee, through counsel, has endeavored to negotiate a successful plan and satisfactory terms for a disclosure statement. We believe at this point that we have achieved the best and most promising plan for the benefit of the general unsecured creditors as we can hope to in the context of this case.

6. The Committee understands that certain exigencies exist relative to the timing of the consummation of the plan, and the Committee fully supports the Motion to Shorten Time as all of the Committee's informal objections to the Disclosure Statement have been resolved and the most recent modifications to the Disclosure Statement and Plan serve to improve the proposed distribution to be received by the general unsecured class.

WHEREFORE, the Committee respectfully requests that this Court grant the Motion to Shorten Time and such other and further relief as is deemed just and proper.

Dated: June 12, 2017

Respectfully submitted,

**GORDON & SCHAAL, LLP**

By: /s/ *Kenneth W Gordon*
Kenneth W. Gordon

1039 Monroe Avenue
Rochester, New York 14620
Telephone - (585) 244-1070
Email: kgordon@gordonandschaal.com

**Local Counsel for the Official Committee of Unsecured Creditors**