UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    FLOUR CITY BAGELS, LLC,[1]

Case No. 16-20213
Chapter 11 Case

Debtor.

Application having been made by the Official Committee of Unsecured Creditors of Flour City Bagels, LLC herein for the allowance and payment of compensation to Gardere Wynne Sewell LLP ("Gardere"), as lead counsel to the Official Committee of Unsecured Creditors, and Gardere having been appointed to serve as attorney for Official Committee of Unsecured Creditors, and such appointment having been previously authorized by Order of this Court,

NOW, on the application of the Official Committee of Unsecured Creditors to pay compensation to said attorney, it is hereby

ORDERED that Gardere's fees are hereby allowed in the amount of $1,760.00 in legal fees, subject to a 25% holdback, and $52.70 in expenses as Administrative Expenses for legal services, and it is further

ORDERED, that the Debtor be, and hereby is, authorized and directed to pay Gardere $1,320.00 in legal fees and $52.70 in expenses as allowed in this order.

Dated: _____
    Rochester, New York

                            HONORABLE PAUL R. WARREN
                            U.S. BANKRUPTCY COURT JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

1