UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    FLOUR CITY BAGELS, LLC,[1]

                             Debtor.

Case No. 16-20213
Chapter 11 Case

The Second Interim Application (covering the period from August 1, 2016 through March 31, 2017) having been made by the Official Committee of Unsecured Creditors of Flour City Bagels, LLC herein for the payment of compensation to Corporate Recovery Associates, LLC ("CRA"), as financial advisor to the Official Committee of Unsecured Creditors as an administrative expense, and CRA having been appointed to serve as financial advisor for Official Committee of Unsecured Creditors, and such appointment having been previously authorized by Order of this Court,

NOW, on application of the Official Committee of Unsecured Creditors to pay compensation to said financial advisor, it is hereby

ORDERED that CRA's fees and hereby allowed in the amount of $16,747.50 in professional fees, subject to a 25% holdback and $151.30 in expenses as an Administrative Expenses for professional services, and it is further

ORDERED, that the Debtor be, and he hereby is, authorized to pay CRA $12,560.63 in professional fees and $151.30 in expenses as an Administrative Expense for professional services to the Official Committee of Unsecured Creditors of Flour City Bagels, LLC.

**(Date and signature blocks on next page)**

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

1

(SECOND INTERIM APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FLOUR CITY BAGELS, LLC FOR COMPENSATION OF CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM AUGUST 1, 2016 THROUGH MARCH 31, 2017 (the "SECOND INTERIM PERIOD"))

Dated: _____
      Rochester, New York

                                            HONORABLE PAUL R. WARREN
                                            U.S. BANKRUPTCY COURT JUDGE