UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

FLOUR CITY BAGELS, LLC,

Debtor.

ORDER APPROVING
THIRD INTERIM COMPENSATION
APPLICATION OF LOCAL
ATTORNEY TO THE COMMITTEE

Case No. 16-20213
Chapter 11

This Third Application having been made by the Kenneth W. Gordon, Esq. as Local Counsel to the Official Committee of Unsecured Creditors of Flour City Bagels, LLC herein for the payment of compensation to Gordon & Schaal, LLP, as local counsel to the Official Committee of Unsecured Creditors as an administrative expense for the period December 1, 2016 through March 31, 2017, and Gordon and Schaal, LLP having been appointed to serve as attorney for Official Committee of Unsecured Creditors, and such appointment having been previously authorized by Order of this Court,

NOW, on application of the Official Committee of Unsecured Creditors to pay compensation to said attorney, it is hereby

ORDERED, pursuant to 11 U.S.C. §330 and §331 that legal fees for Gordon & Schaal, LLP in the amount of $25,935.00 are hereby allowed subject to a 25% holdback, and it is further

ORDERED, that the Debtor be, and he hereby is, authorized to pay Gordon and Schaal, LLP $19,451.25 in legal fees and Gordon & Schaal, LLP may apply for payment of the 25% holdback equaling $6,483.75 from the above allowed fees with its final fee application in this case.

Dated: _____
Rochester, New York

_____
HONORABLE PAUL R. WARREN
U.S. BANKRUPTCY COURT JUDGE