UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:
                                                   Case No. 16-20213
        FLOUR CITY BAGELS, LLC[1],    Chapter 11 Case

                Debtor.
-----------------------------------------------------------x

## Class 4 Ballot for Accepting or Rejecting
## Modified Second Amended Joint Plan Under Chapter 11

United Capital Business Lending, n/k/a Bridge Funding Group, Inc. ("United Capital"), Bruegger's Franchise Corporation, Bruegger's Enterprises, Inc., LDA Management Company, Inc., and Le Duff America, Inc. (collectively, "Bruegger's"), Canal Mezzanine Partners II, LP ("Canal"), and Flour City Bagels, LLC ("Flour City" or the "Debtor") (United Capital, Bruegger's, Canal and the Debtor are referred to herein as the "Plan Proponents") filed a Modified Second Amended Joint Plan Under Chapter 11 dated July 6, 2017 (the "Plan") for the Debtor in this Case. The Court has approved a Modified Second Amended Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jeffrey A. Dove, Esq., Menter, Rudin & Trivelpiece, P.C., 308 Maltbie Street, Suite 200, Syracuse, New York 13204-1439 or jdove@menterlaw.com.

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your Claim classification and treatment under the Plan. Your Claim has been placed in Class 4 under the Plan. If you hold Claims or Interests in more than one Class, you will receive a Ballot for each Class in which you are entitled to vote.**

If your Ballot is not received in hard copy by:

        **The Clerk of the Court**
        **U.S. Bankruptcy Court**
         **for the Western District of New York**
        **U.S. Federal Building**
        **100 State Street**
        **Rochester, New York 14614**

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

or filed on the Court's docket through the electronic case filing (ECF) system so as to be actually received by August 7, 2017, and if such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. Electronic submission of Ballots by any method other than through the Court's ECF system is not permitted and any Ballot received in that manner will not be counted.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned is the holder of a Class 4 Claim against the Debtor in the unpaid amount of $_____.[2]

**Item 1.** Vote. The undersigned, a holder of a Claim in Class 4 of the Plan against the Debtor as of the Voting Record Date in the amount set forth above votes to (check <u>one</u> box):

| ☒ **ACCEPT** the Plan. | ☐ **REJECT** the Plan. |
|---|---|

**The undersigned holder elects to:**

    **ACCEPT the Third-Party Release provisions in Section 10.4 of the Plan.**

**Item 3.** **Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will be counted as having been cast to accept the Plan.

---

[2] For voting purposes only; subject to tabulation rules.

- 2 -

Case 2-16-20213-PRW    Doc 1034    Filed 07/24/17    Entered 07/24/17 14:34:19    Desc
Main Document    Page 2 of 3

_____ Joseph Alloco _____
Name

_____ [signature] _____
Signature

_____
If by Authorized Agent, Name and Title

_____ Greece Town Center _____
Name of Institution

_____ 2200 Elmwood Ave. Suite A. _____
Street Address

_____ Roch, NY 14618 _____
City, State, Zip Code

_____ 585-225-8791 _____
Telephone Number

_____ 7-19-17 _____
Date Completed

- 3 -