UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FLOUR CITY BAGELS, LLC[1],

Debtor.

Case No. 16-20213
Chapter 11 Case

# NOTICE OF FILING OF
# UPDATED ESTIMATED FINAL SETTLEMENT (SOURCES AND USES)

**PLEASE TAKE NOTICE** that attached hereto as Exhibit A is an updated Estimated Final Settlement (Sources and Uses) as of August 11, 2017.

Dated: August 14, 2017
New York, New York

Respectfully Submitted,

NIXON PEABODY LLP

By: /s/ Christopher M. Desiderio
Christopher M. Desiderio, Esq.
Meghan McGuire, Esq.
437 Madison Avenue
New York, New York 10022
Tel: (212) 940-3000
Fax: (212) 940-3111

*Counsel to United Capital Business Lending, n/k/a Bridge Funding Group, Inc.*

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

**EXHIBIT A**

**Flour City Bagel, LLC**
**Final Settlement**
  *Note: The below scheduled obligations are estimates and may differ materially from the actual final obligations.*

| | | |
|---|---:|---:|
| Cash Proceeds from Sale | | $ 1,950,000 |
| Ending Cash Balance | | 475,736 |
| Estimated Credit Cards in Process | | 100,000 |
| Cash in Stores | | (35,000) |
| Last week of Sales Tax | | (45,000) |
| Final Payroll | | (140,000) |
| Vacation Pay | | (30,000) |
| Postpetition AP | | (275,000) |
|   Less Deposits | | 44,358 |
| Merchant Fees through Closing | | (35,000) |
| 503(b)(9) & PACA | | (224,048) |
| NY Sales Tax | | (100,000) |
| Bruegger's 2.5% | (1) | (351,021) |
| Payment to Unsecured Creditors | | (125,000) |
| Lease Cures | | (233,169) |
| IB Fee | | (90,163) |
| UST Fee | | (13,000) |
| Debtor's Professional Fees - including 25% hold-back | | (420,583) |
| Debtor's CRA - including 25% hold-back | | (148,201) |
|   Less Deposit & Retainers | | 59,400 |
| Committee Professional Fees | | (109,050) |
| Cash Balance after Settlement | | 255,259 |

**(1) -  Reflects $390,000 deferred royalties**