UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FLOUR CITY BAGELS, LLC                                   Case No. 16-20213-PRW
  xref n/k/a FC WIND-DOWN COMPANY, LLC,[1]            Chapter 11 Case

                                       Debtor.

## JOINT NOTICE OF HEARINGS TO CONSIDER
## FINAL PROFESSIONAL FEE APPLICATIONS

**PLEASE TAKE NOTICE**, that hearings to consider the final professional fee applications filed by (i) Bond, Schoeneck & King, PLLC, counsel for debtor Flour City Bagels, LLC n/k/a FC Wind-Down Company, LLC (the "Debtor"); (ii) Buckley King, LPA, former counsel for the Debtor; (iii), Phoenix Management Services, LLC, financial advisors to the Debtor; (iv) Phoenix Capital Resources, investment bankers to the Debtor; (v) Gordon & Schaal, LLP and Gardere Wynne Sewell LLP, counsel for the Official Committee of Unsecured Creditors (the "Committee"); (vi) Kane Russell Coleman & Logan PC, former counsel for the Committee; and (vii) Corporate Recovery Associates, LLC, financial advisors to the Committee, will be held before the Honorable Paul R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Western District of New York, United States Courthouse, 100 State Street, Rochester, New York, on the 12th day of October, 2017 at 9:00 a.m., or as soon thereafter as counsel can be heard.

| Applicant | Final Fees Requested | Expenses Requested | Application Period | Holdback Fees Requested |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC *Counsel for the Debtor* | $194,889.00 | $8,223.78 | 4/1/17 – 8/31/17 | $151,364.88 |
| Buckley King, LPA *Former Counsel for the Debtor* | $0.00 | $584.61 | 11/1/16 – 12/31/16 | $77,605.75 |

---

[1] The last four digits of the Debtor's federal tax identification number are 9515.

2957522.2

| Applicant | Final Fees Requested | Expenses Requested | Application Period | Holdback Fees Requested |
|---|---|---|---|---|
| Phoenix Management Services, LLC *Financial Advisors for the Debtor* | $63,542.50 | $2,186.84 | 4/1/17 – 9/11/17 | $75,353.81 |
| Phoenix Capital Resources *Investment Bankers for the Debtor* | $175,000.00 | $5,163.30 | 3/2/17 – 7/31/17 | $0.00 |
| Gordon & Schaal, LLP *Local Counsel for the Committee* | $20,767.50 | $0.00 | 4/1/17 – 8/31/17 | $9,342.77 |
| Gardere Wynne Sewell LLP *Counsel for the Committee* | $5,204.00 | $159.72 | 4/1/17 – 8/31/17 | $440.00 |
| Corporate Recovery Assoc., LLC *Financial Advisors for the Committee* | $21,395.00 | $165.20 | 4/1/17 – 9/11/17 | $22,627.77 |
| Kane Russell Coleman & Logan PC, *Former Counsel for the Committee* | $0.00 | $308.65 | 4/1/17 – 8/31/17 | $29,093.24 |

**PLEASE TAKE FURTHER NOTICE**, that all affidavits and memoranda in opposition to the relief requested, if any, shall be filed with the United States Bankruptcy Court Clerk's Office in Rochester, New York and served upon (i) counsel for the Debtor, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Esq. and Camille W. Hill, Esq.); (ii) counsel for the Committee, Gardere Wynne Sewell LLP, 2021 McKinney Avenue, Suite 1600, Dallas, Texas 75201 (Attn: Jason B. Binford, Esq.) and Gordon & Schaal LLP, 1039 Monroe Avenue, Rochester, New York 14620 (Attn: Kenneth W. Gordon, Esq.), (iii) the Office of the United States Trustee, Western District of New York, Federal Office Building, 100 State Street, Rochester, New York 14614 (Attn: Kathleen D. Schmitt, Esq.); and (iv) the respective applicant(s) at the address(es) set forth on the attached schedule as soon as practicable prior to the hearing date in accordance with Local Rule 9013-1(B).

2957522.2

Date:   September 14, 2017
        Syracuse, New York

                            BOND, SCHOENECK & KING, PLLC


                    By:        /s/  Camille W. Hill
                            Stephen A. Donato, Esq.
                            Camille W. Hill, Esq.
                            *Attorneys for the Debtor*
                            One Lincoln Center
                            Syracuse, New York 13202
                            Telephone:  (315) 218-8000
                            Facsimile:  (315) 218-8100
                            Email:  sdonato@bsk.com and chill@bsk.com


TO:

Kathleen D. Schmitt, Esq.                    Christopher M. Desiderio, Esq.
Office of the U.S. Trustee                   Nixon Peabody, LLP
Federal Office Building                      *Attorneys for United Capital Business Lending*
100 State Street, Room 6090                  437 Madison Avenue
Rochester, NY 14614                          New York, NY 10022-7039


Daniel R. Swetnam, Esq.                      Michael Einbinder, Esq.
Ice Miller LLP                               Einbinder, Dunn & Goniea LLP
*Attorneys for Canal Mezzanine Partners II, LP*  *Attorneys for Bruegger's*
250 West Street, Suite 700                   112 Madison Avenue
Columbus, OH 43215-7509                      New York, NY 10016


Meghan K. McGuire, Esq.                      Jeffrey A. Dove, Esq.
Nixon Peabody LLP                            Menter, Rudin & Trivelpiece, P.C.
*Attorneys for United Capital Business Lending*  *Attorneys for Bruegger's*
1300 Clinton Square                          308 Maltbie Street, Suite 200
Rochester, NY 14604                          Syracuse, NY 13204-1439


Jason B. Binford, Esq.                       Kenneth W. Gordon, Esq.
Gardere Wynne Sewell LLP                     Gordon and Schaal LLP
*Counsel for Creditors Committee*            *Local Counsel for Creditors Committee*
2021 McKinney Avenue                         1039 Monroe Avenue
Suite 1600                                   Rochester, NY 14620
Dallas, TX 75201


All parties filing Notices of Appearance


All creditors and other parties in interest

2957522.2

# SCHEDULE OF APPLICANTS

**Bond, Schoeneck & King, PLLC**
Attn:  Stephen A. Donato, Esq. and
      Camille W. Hill, Esq.
One Lincoln Center
Syracuse, New York 13202

**Phoenix Capital Resources**
Attn:  Michael Jacoby
110 Commons Court
Chadds Ford, PA 19317

**Gordon & Schaal LLP**
Attn:  Kenneth W. Gordon, Esq.
1039 Monroe Avenue
Rochester, New York 14620

**Kane Russell Coleman & Logan PC**
Attn:  John Kane, Esq.
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201

**Phoenix Management Services, LLC**
Attn:  Richard J. Szekelyi
1382 W. 9th Street
Suite 310
Cleveland, Ohio 44113

**Gardere Wynne Sewell LLP**
Attn:  Jason B. Binford, Esq.
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201

**Corporate Recovery Associates, LLC**
Attn:  Richard J. Feferman, Managing Member
3830 Valley Centre Drive
Suite 705-152
San Diego, California 92130

**Buckley King, LPA**
Attn:  Harry W. Greenfield, Esq.
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, Ohio 44114

2957522.2