UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re

Flour City Bagels, LLC,

Case No. 16-20213
Chapter 11

Debtor(s)

## DEBTOR'S FINAL/POST CONFIRMATION REPORT AND ACCOUNT IN A CHAPTER 11 CASE

The (Post-Confirmation) (Final) Report and Account of __Michael Arnold, Plan Ad.__ shows and alleges that:

I. PRIORITY PAYMENTS OF NON-OPERATING ADMINISTRATIVE EXPENSES §507(a) (1)

| | Paid to Date | Balance Due |
|---|---|---|
| A. Trustee (Chapter 11) Commissions (Do not report UST quarterly fees on this line) | $ 0.00 | $ 0.00 |
| B. Accountant's Fees | 16,617.00 | 0.00 |
| C. Attorney's Fees for Creditors Committee | 65,311.28 | 0.00 |
| D. Auctioneer's Fees | N/A | N/A |
| E. Attorney Fees for Chapter 11 Trustee | N/A | N/A |
| F. Attorney Fees for Debtor | 398,203.82 | 0.00 |
| G. Other Attorney Fees (specify) | N/A | N/A |
| H. Taxes, Fines, Penalties, etc. (§503(b) (1) (B) & (C)) | N/A | N/A |
| I. Other Non-Operating Expenses of Administration (specify) | 300,505.59 | TBD |
| J. Appraiser's Fees | N/A | N/A |

II. OTHER PRIORITY EXPENSES

| | % payment provided in plan | Total amount of claims allowed | Paid to Date | Balance |
|---|---|---|---|---|
| A. Post involuntary Petition, Pre-Relief, etc. claims [§507 (a)(2)] | N/A | N/A | $ N/A | $ N/A |
| B. Wages, Etc. [§507 (a)(3)] | N/A | 3974.14 | $ 3974.14 | $ 0.00 |
| C. Contributions to Employee Benefit Plans [§507 (a)(4)] | N/A | N/A | $ N/A | $ N/A |
| D. Deposits for Undelivered Service of Property [§507 (a)(5)] | N/A | N/A | $ N/A | $ N/A |
| E. Taxes [§507 (a)(6)] | | | $ | $ |

| III. | PAYMENTS TO CREDITORS | % payment provided in plan | Total amount of claims allowed | Paid to Date | Balance Due |
|---|---|---|---|---|---|
| A. | Holders of Secured Claims: | N/A | N/A | N/A | N/A |
| | (1) Class _____ | | | | |
| | (2) Class _____ | | | | |
| | (3) Other _____ | | | | |
| | (specify) | | | | |
| B. | Holders of Unsecured Claims: | | | | |
| | (1) Class B.F.C. | 315,759. | | | |
| | (2) Class 4 | 125,000. | | | |
| | (3) Other _____ | | | | |
| C. | Attach statement listing each class of equity holders and amount(s) paid to each and every class of equity holders. If no equity holders, please indicate such. | | | | |
| D. | Exemptions Claimed by Debtor and not disallowed | | | N/A | N/A |
| E. | Other Distributions | | | N/A | N/A |
| F. | Surplus Returned to Debtor | | | N/A | N/A |

| IV. | TRUSTEE DISBURSEMENTS | | | | |
|---|---|---|---|---|---|
| A. | Portion of Total Distribution other than surplus (III-F), exemptions, or other monies paid to the debtor disbursed by Chapter 11 Trustee | | | N/A | N/A |
| B. | Operating Expenses Disbursed by Chapter 11 Trustee | | | N/A | N/A |

V. VALUE OF CERTAIN ABANDONED OR EXEMPT PROPERTY

Value of Abandoned Property or property set apart as exempt on which a security was attached.    $ ___N/A___

VI. ESTIMATED DATE OF FINAL PAYMENT UNDER PLAN:

          05          2021
    (month)    (year)

VII. SPECIFY OTHER RELEVANT ACTION TAKEN AND PROGRESS MADE IN CONSUMMATION OF PLAN BELOW AND ON ATTACHMENTS:

## CERTIFICATION

I, __Michael H. Arnold__, __Plan Administrator__ (title) of (for debtor), certify under penalty of perjury that the information contained in the [Post-Confirmation] [Final] Report is truthful, complete and accurate to the best of my knowledge; and that this report has been duly transmitted to the court as required by the Local Rules of the Court.

Dated: May 17, 2019    Signed: _/s/ M. H. Arnold, Plan Administrator_
    Printed Name and Title: Michael H. Arnold, Plan Administrator
    Business Phone: 585-739-1060

FINAL POST CONFIRMATION REPORT SUPPLEMENT

Section 1. I.

|  | Paid to Date | Balance Due |
|---|---|---|
| Financial Advisor for Debtor | 45,383.17 | 0.00 |
| Investment Banker for Debtor | 203,005.87 | 0.00 |
| ERISA bond premium, water bill | 1,088.88 | 0.00 |
| FedEx | 105.96 | 0.00 |
| Shredding (Iron Mountain) | 4,634.35 | 0.00 |
| Plan Administrator Fees & Expenses | 27,096.66 | TBD |
| United States Trustee Fees | 19,190.70 | TBD |
| Total | 300,505.59 | |

Section II. B.

Wages represent payment made to a former employee who assisted with the accounting necessary to wrap up the 401-k plan, as well as reimbursement of wages owed to a couple employees who had lost one or more pre-petition paychecks.

Section III. B.

| (1) B.F.C. = Brueggers Franchise Corporation | 315,759.47 | Paid as per plan |
| (2) Class 4 Unsecured Creditors | 125,000.00 | Minimum dist. to class as per Plan |
| | | Additional recoveries (if any) will be paid to this class. |